RECEIVED
JAN 07 2008 aw
Jan 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RECEIVED
JAN 07 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

In The United States District Court
For the Northern District of
Chicago Division

Louis C. Sheptin,
  Petitioner

vs.

Attorney General,
  Respondent

Case # 82 CR 555

EMERGENCY APPLICATION

Directed to the Honorable Charles Kocoras, Judge

SUPPLEMENT TO EMERGENCY APPLICATION FOR WRIT OF HABEAS CORPUS

Comes now the Petitioner, Louis Charles Sheptin and moves under 28 USC 2241 for Writ of Habeas Corpus to issue, as Petitioner is being held in violation of his rights under both Civil Rights Law and Constitutional Law.

—1—

08CV0116
JUDGE KENNELLY
MAG. JUDGE MASON

Plaintiff would show via exhibit(s)

1. That on or about December 7, 2007 while in Federal Custody, Petitioner had a heart attack SEE EXHIBIT MARKED "A"

2. That Petitioner was rushed by ambulance to Saint Anthony's Hospital on 12/07/07 and admitted to Intensive Care Unit in critical condition. SEE EXHIBIT MARKED "B"

3. That cardiac angioplasty was preformed and a seventh (7th) stent was placed by Dr. Sutor. SEE EXHIBIT MARKED "C" into Petitioner's LAD artery

-2-

4. THAT ADDITIONALLY PETITIONER WAS DIAGNOSED WITH DIABITES, BREST CANCER (MASS) AND LEFT SHOULDER INJURY<u>1/</u> FOR <u>FOLLOW-UP</u> BY RESPONDENT. SEE EXHIBIT MARKED "D". <u>NO FOLLOW-UP GIVEN</u> <u>TO DATE</u>.

5. THAT A HANDWRITTEN MED LIST WAS SENT WITH PETITIONER. SEE EXHIBIT MARKED "E"

6. THAT ALSO A COMPUTOR GENERATED 3 PAGE MED LIST WAS ALSO SENT TO FEDERAL DETENTION CENTER IN OKLAHOMA CITY, AND MCC CHICAGO.

— 3 —

1/ AND CARDIO- DAMAGE (EX-"D" ARROW

7. THAT THE THREE PAGE MEDICATION LIST CONTAINED 21 MEDICATIONS LISTED, HOWEVER THE MEDICATION LIST SENT WITH PETITIONER WAS THAT OF ONE <u>JAMES T. CAIL</u> DATE OF BIRTH 01-23-38 SEE EXHIBITS MARKED "F", "G", AND "H".
<u>AND NOT</u> LOUIS C. SHEPTIN

8. THAT DR. HARVEY, CLINICAL DIRECTOR PERSCRIBED OFF EXHIBITS F, G AND H MEDICATIONS

— 4 —

without paying attention to what name was on the med list, injuring Petitioner

→ As a consequence of Harvey's negligence, and malpractice, ,,,, Petitioner was rushed to Northwestern Hospital with cardiac collapse, blood pressure of 88/40 near death; and possible cardio-damage

See Exhibits I, J, K, and K, discharge from Northwestern.

-5-

Petitioner was injured and continues to need follow-up for Brest Cancer.[1/] See Exhibit marked "K," of which MCC ignores.

Petitioner moves for release or Medical Bond, forthwith.

Respectfully submitted,

*[signature]*

Louis C. Sheptin
71 W. Van Buren St
Chicago, IL 60605

---

1/ Since Nov 13, 2007 and (C) Shoulder Rotor Cuff Injury.

— 6 —



☐ **STAT**

ST ANTHONY HOSPITAL
* SHEPTIN, LOUIS
0734100419              I/P
10/23/1948  CAR  3005-01
000511770   59Y M  12/07/07
            SUTOR, RONALD

 **St. Anthony Hospital**
1000 North Lee Street
Oklahoma City, OK 73102

SA382-B (Rev. 9/05)

St. Anthony Heart Hospital
1000 North Lee Street
Oklahoma City, OK 73102

 **St. Anthony South**
BEHAVIORAL MEDICINE
2129 S.W. 59th Street
Oklahoma City, OK 73119

## PHYSICIAN'S ORDERS

| | Read back VO & TO check here | Do Not Use | Use Instead | Do Not Use | Use Instead | Do Not Use | Use Instead | Do Not Use | Use Instead |
|---|---|---|---|---|---|---|---|---|---|
| | | U | Unit | X.0 mg | X mg | Q.D. | Daily | MS or MSO4 | Morphine |
| | | IU | International Unit | .X mg | 0.X mg | Q.O.D. | Every other day | MgSO4 | Magnesium Sulfate |

**DATE** 12/10/07

Discharge

Meds: ECASA 325mg daily PO
Plavix 75mg daily
Vytorin 10/40 every evening
Sotalol 40.0 twice daily
Zantac 150mg [illegible]
Tegretol 200mg twice daily
Dilantin 300 mg every evening
NTG 0.4mg SL PRN

Add PMH: Tylenol 325mg 1-2 tabs every 4 hours PRN pain

Dx. [illegible] + mild cardiomyopathy
Hyperchol
HTN a fib
Hepatitis C
GERD
Hepatitis
Seizure disorder
[illegible]
Borderline diabetes
R) Breast lump?
Spurs on both feet [illegible] to pt.
R) Shoulder soft tissue injury — needs further work up

Pt. to Continue with medical [illegible] FTC
No lifting or [illegible] for 1 week then call
R) breast mass & R) Shoulder soft tissue injury need further follow up.

[signature]

| Do Not Use | Use Instead | Do Not Use | Use Instead | Do Not Use | Use Instead | Do Not Use | Use Instead |
|---|---|---|---|---|---|---|---|
| U | Unit | X.0 mg | X mg | Q.D. | Daily | MS or MSO4 | Morphine |
| IU | International Unit | .X mg | 0.X mg | Q.O.D. | Every other day | MgSO4 | Magnesium Sulfate |

## Saint Anthony Hospital
1000 North Lee, Oklahoma City, Oklahoma 73102

*Inpatient Discharge Instructions*

ST ANTHONY HOSPITAL
* SHEPTIN, LOUIS          I/P
0734100419   CAR 3005-01
10/23/1948  59Y  M  12/07/07
SUTOR, RONALD      000511770

**Diagnoses and Comments:**
CAD s/p stent    Seizure Disorder
HX AF'b          R Shoulder soft tissue injury
Hepatitis C
GERD

**Appointments:**
Physician: Dr. Centure Medical Clinic    date/time: _____

**Special Instructions:**
Diet: Healthy Heart            Activity: No Lifting for 1 week
Other: (laboratory, physical therapy, return to work, etc)
   Home Health: _____                   phone: _____

**Medications:** (name, dosage, how often)
EC Aspirin 325 daily po               — to cont'd
Plavix 75mg                           Refused treatment
Vitamin D 1 tab every evening
Sotalol 40mg
Zantac 150 mg twice daily
Dilantin 300mg everyday
NTG 0.4mg SL PRN chest pain
Tylenol 325 1-2 tabs q 4 hrs PRN pain

If you have questions, call: _____    phone: _____
"I understand, and have received a copy of this discharge plan."
(signature of patient or guardian): [signature]    date: 12-10-07
Physician signature: _____ date: _____ discharging nurse: [signature]  date: 12-10-07

ST ANTHONY HOSPITAL
* SHEPTIN, LOUIS
0734100419    CAR    3005-01    I/P
10/23/1948    59Y  M    12/07/07
000511770    SUTOR, RONALD

☐ **STAT**


**St. Anthony Hospital**
1000 North Lee Street
Oklahoma City, OK 73102

5A382-B (Rev. 9/05)


St. Anthony Heart Hospital
1000 North Lee Street
Oklahoma City, OK 73102

**St. Anthony South**
BEHAVIORAL MEDICINE
2129 S.W. 59th Street
Oklahoma City, OK 73119

## PHYSICIAN'S ORDERS

| Read back VO & TO check here | Dangerous Abbreviations NOT To Be Used | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Do Not Use | Use Instead | Do Not Use | Use Instead | Do Not Use | Use Instead | Do Not Use | Use Instead |
| | U  IU | Unit  International Unit | X.0 mg  .X mg | X mg  0.X mg | Q.D.  Q.O.D. | Daily  Every other day | MS or MSO4  MgSO4 | Morphine  Magnesium Sulfate |

**DATE** 12/10/07

Discharge

Meds: ECASA 325mg daily PO
Plavix 75mg daily "
Vytorin 10/40 every evening "
Sotalol 40mg twice daily "
Zantac 150mg [crossed out]
Toprol 200mg twice daily "
Dilantin 300mg every evening "
NTG 0.4g SL prn SL
Tylenol 325mg 1-2 Tabs every 4 hrs prn pain

Dx: [illegible] Spontaneous CHF + mild cardiomyopathy ←
Hyperchol
HTN afib
Hepatitis C
GERD
Hepatitis
Seizure disorder
[illegible] movement disorder
Borderline diabetes
R Breast lump ?
[illegible] on both feet around [illegible]
L shoulder soft tissue injury - needs further work up

Pt to continue with medical care FTC
No lifting or straining for 1 week then all ok
[illegible] L shoulder soft tissue injury needs
[illegible]

R. [signature]

| Do Not Use | Use Instead | Do Not Use | Use Instead | Do Not Use | Use Instead | Do Not Use | Use Instead |
|---|---|---|---|---|---|---|---|
| U  IU | Unit  International Unit | X.0 mg  X mg | X mg  0.X mg | Q.D.  Q.O.D. | Daily  Every other day | MS or MSO4  MgSO4 | Morphine  Magnesium Sulfate |

# Saint Anthony Hospital
1000 North Lee, Oklahoma City, Oklahoma 73102

*Inpatient Discharge Instructions*

ST ANTHONY HOSPITAL
* SHEPTIN, LOUIS                1/P
0734100419    CAR 3005-01
10/23/1948  59Y  M  12/07/07
SUTOR, RONALD     000511770

**Diagnoses and Comments:**
CAD s/p Stent          Seizure Disorder
HX AF'b               ® Shoulder soft tissue injury
Hepatitis C
GERD

**Appointments:**
Physician: Dr. Lature Medical Clinic   date/time: ____

**Special Instructions:**
Diet: Healthy Heart     Activity: No Lifting for 1 week
Other: (laboratory, physical therapy, return to work, etc)
Home Health: ____   phone: ____

**Medications:** (name, dosage, how often)
- EC Aspirin 325 daily po
- Plavix 75mg
- Vitorin 10/40 every evening
- Sotalol 40mg
- Zantac 150 mg twice daily
- Dilantin 300 mg every day
- NTG 0.4mg SL PRN chest pain
- Tylenol 325 1-2 tabs q 4 hrs PRN pain

If you have questions, call: ____   phone: ____
"I understand, and have received a copy of this discharge plan."
(signature of patient or guardian): /s/   date: 12-10-07
Physician signature: ____   date: ____   discharging nurse: /s/   date: 12-10-07
faxed to: ____   fax number: ____   date & time faxed: ____   initials: ____

***** UNSCHEDULED MEDICATION ORDERS (cont.) *****

Special Instructions:

| Ord# | Start | Stop | Drug/Dose/Route/Comments | Frequency | 0000-0730 | 0731-1530 | 1531-2359 |
|---|---|---|---|---|---|---|---|
| 0163 PD FLK | 12/08 1700 | | MOM CONCENTRATE 10 ML SUSPENSION<br>MILK OF MAGNESIA CONC<br>Dose: 30ML/10 ML [ORAL]<br>CONTIPATION<br>10ML CONCENTRATE = 30ML MOM | daily prn PRN | | | |
| 0166 PD FLK | 12/08 1700 | | OXYCODONE/APAP 5/325MG 5 MG TABLET<br>OXYCODONE HCL W/ACETAMINOPHEN<br>Dose: 1-2 TAB/1-2 TABLET [ORAL]<br>FOR PAIN | every 3 hours PRN | | *gpn* | |
| 0169 RH FLK | 12/08 1700 | | OXYCODONE/APAP 5/325MG 5 MG TABLET<br>OXYCODONE HCL W/ACETAMINOPHEN<br>Dose: 5 MG/1 TABLET [ORAL]<br>1-2 TABLETS | every 3h PRN | | | |
| 0167 PD FLK | 12/08 1700 | | ZOLPIDEM 5 MG TABLET<br>ZOLPIDEM TARTRATE<br>Dose: 5 MG/1 TABLET [ORAL]<br>FOR SLEEP, MAY REPEAT X 1<br>Caution: This medication may cause drowsiness and confusion. It also may increase the patient's risk of falling. | HS MRX1 PRN | | | |
| | | | Scheduled Meds | | | | |
| | 12/10 | | Lovenox 40 mg SQ | daily | | 0900 gpn | |
| | 12/10 | | Metformin 850mg PO | TID | | 0900 gpn  1500 | 2100 |

Unadministered Dose Code
R - Refused    H - Hold    * - See Narrative Note
A = Pt Absent  NPO

Site Codes
1-Rt Upper Arm  2-Left Upper Arm  3-Abdomen
4-Rt Lat Thigh  5-Lt Lat Thigh    6-Buttock
7-Lt Buttock    8-Upper Rt Thigh  9-Upper Lt Thigh
10-High Lat Rt Hip  11-High Lat Lt Hip

| Init | Signature | Init | Signature |
|---|---|---|---|
| | James Saunders, RN | PB | Bowen RN |

3004-01    3SE    A0733700361
CAIL, JAMES T
DOB: 01/23/38  Age: 69Y  Sex: M  Adm: 12/03/07
A000303457              Dr: HOWELL, CLIFFORD ERIC
Allergies: PENICI

MAR Verified by: 0110
DEC 10 2007

St Anthony Hospital

Covers Doses from: 12/10/07 00:00 to 12/10/07 23:59

OKLAHOMA CITY, OK 73102

Medication Administration Record

Printed: 12/09/07 23:00
Page: 3 (End of MAR)

***** SCHEDULED MEDICATION ORDERS *****

Special Instructions:

| Ord# | Start | Stop | Drug/Dose/Route/Comments | Frequency | 0000-0730 | 0731-1530 | 1531 2359 |
|---|---|---|---|---|---|---|---|
| 0172 RH FLK | 12/09 2100 | | ALBUTEROL 3 ML SOLUTION ALBUTEROL SULFATE INHL Dose: 2.5 MG    [INHL] TO BE ADMINISTERED BY RESPIRATORY CARE PERSONNEL. See Respiratory Care Clinical Notes for documentation of treatment and actual administration time. | every 4h | 0100 0500 | 0900 1300 | 1700 2100 |
| 0159 PD FLK | 12/08 0900 | | AMLODIPINE BESYLATE 10 MG TABLET NORVASC Dose: 10 MG/1 TABLET   [ORAL] Ord As: CADUET 10/20 ************ AND ************ | Daily | | 0900 | |
| 0159 PD FLK | 12/08 0900 | | ATORVASTATIN 10 MG TABLET LIPITOR Dose: 20 MG/2 TABLET   [ORAL] | Daily | | 0900 | |
| 0157 PD FLK | 12/08 0900 | | ASPIRIN EC 325 MG TABLET DR ECASA 325MG Dose: 325 MG/1 TABLET DR  [ORAL] | every AM | | 0900 | |
| 0160 PD FLK | 12/08 0900 | | LEVOTHYROXINE 100 MCG TABLET SYNTHROID Dose: 100 MCG/1 TABLET  [ORAL] ************ AND ************ | Daily | | 0900 | |
| 0160 PD FLK | 12/08 0900 | | LEVOTHYROXINE 75 MCG TABLET SYNTHROID Dose: 75 MCG/1 TABLET  [ORAL] | Daily | | 0900 | |
| 0156 PD FLK | 12/08 2100 | | METOPROLOL TARTRATE 25 MG TABLET LOPRESSOR  new dose Dose: 25 MG/1 TABLET 50mg  [ORAL] IF NO CONTRAINDICATION | 2 x daily | | 0900 | 2100 |
| 0158 TL | 12/08 1630 | | SURESTEP PRO 1 TEST STRIP FINGERSTICK BLOOD SUGAR TEST Dose: 1 TEST/1 STRIP   [MISC] Ord As: START IF BS >150 DOCUMENT RESULTS ON DIABETIC F.S. 60-150mg/dl 0 Units reg insulin 151-200 " 0 Unit 351-400 8 Units 201-250 " 2 Unit >401 10 Units 251-300 " 4 Unit REPEAT fsbs in4 hr 301-350 " 6 Unit call DR >/= 401 | 2xdaily ac | | 0731 273 4u | 1630 |
| | 12/10 | | Plavix 75 mg | daily | | 0900 | |
| | 12/10 | | Nexium 20mg PO | BID | | 0900 | 2100 |
| | 12/10 | | Digoxin 0.25 mg PO | BID today then daily | | 0900 | 2100 |

See page 2

Unadministered Dose Code

R = Refused    H = Hold    * = See Narrative Note
A = Pt Absent   NPO

Site Codes
1-Rt Upper Arm  2-Left Upper Arm  3-Abdomen
4-Rt Lat Thigh  5-Lt Lat Thigh   6-Buttock
7-Lt Buttock    8-Upper Rt Thigh 9-Upper Lt Thigh
10-High Lat Rt Hip  11-High Lat Lt Hip

| Init | Signature | Init | Signature |
|---|---|---|---|

3004-01      3SE       A0733700361
CAIL, JAMES T

DOB: 01/23/38  Age: 69Y  Sex: M  Adm: 12/03/07
A000303457              Dr: HOWELL, CLIFFORD ERIC

Allergies: PENICI

MAR Verified by: OID
DEC 10 2007

St Anthony Hospital                Covers Doses from:           Medication Administration Record

OKLAHOMA CITY, OK 73102    12/10/07 00:00 to 12/10/07 23:59    Printed: 12/09/07 23:00
                                                                Page: 1 (more meds follow...)

***** UNSCHEDULED MEDICATION ORDERS (cont.) *****

Special Instructions:

| Ord# | Start | Stop | Drug/Dose/Route/Comments | Frequency | 0000-0730 | 0731-1530 | 1531-2359 |
|---|---|---|---|---|---|---|---|
| 0170 RH FLK | 12/08 1700 | | ACETAMINOPHEN 325 MG TABLET<br>  ACETAMINOPHEN<br>Dose: 325 MG/1 TABLET         [ORAL]<br>  PRN FOR TEMP > 101 | every 4h<br>PRN | | | |
| 0165 PD FLK | 12/08 1700 | | DILTIAZEM   INJECTION<br>  DILTIAZEM<br>Dose: 10 MG/2 ML              [IV]<br>  Ord As: <100<br>  IF HR >120 FOR 20MIN HOLD FOR SBP | as needed<br>PRN | | | |
| 0161 PD FLK | 12/08 1700 | | HEPARIN FLUSH   INJ CARTRIDGE<br>  HEPARIN LOCK FLUSH<br>Dose: 200 UNITS/2 ML          [IV]<br>  Ord As: PICC LINE/TRIPLE LUMEN CARE<br>  EACH DAY AND PRN AFTER MEDICATION<br><br>  Flush each lumen with    10ml NS<br>  followed by 2ml 100u/ml Heparin<br>  after blood draws and infusions and<br>  daily when not in use.<br>**************** AND ***************** | as needed<br>PRN | | | |
| 0161 PD FLK | 12/08 1700 | | SODIUM CHLORIDE   INJ SYRINGE<br>  NS 10ML SYRINGE FLUSH<br>Dose: 0.9 %/10 ML             [IV]<br>  EACH DAY AND PRN AFTER MEDICATION | as needed<br>PRN | | | |
| 0164 PD FLK | 12/08 1700 | | MAALOX 30ML U/D 30 ML SUSPENSION<br>  MAALOX PLUS USE THIS ONE<br>Dose: 1 DOSE/                 [ORAL]<br>  Ord As: ANTACID OF CHOICE<br>  PRN GASTRIC UPSET | as needed<br>PRN | | | |
| 0162 PD FLK | 12/08 1700 | | METOCLOPRAMIDE   INJECTION<br>  REGLAN<br>Dose: 10 MG/2 ML              [IV]<br>  Ord As: IF CONTRAINDICATED USE ZOFRAN<br>  NAUSEA/VOMITING<br>****************** OR ***************** | q 4 hrs<br>PRN | | | |
| 0162 PD FLK | 12/08 1700 | | ONDANSETRON   INJECTION<br>  ONDANSETRON HCL<br>Dose: 4 MG/2 ML               [IV]<br>  Ord As: IF REGLAN INEFFECTIVE/CONTRAIN<br>  NAUSEA/VOMITING<br><br>  Therapeutic substitution per P&T | every 6h<br>PRN | | | |

Unadministered Dose Code

R = Refused      H = Hold       * = See Narrative Note
A = Pt Absent    NPO

Site Codes
1-Rt Upper Arm   2-Left Upper Arm   3-Abdomen
4-Rt Lat Thigh   5-Lt Lat Thigh     6-Buttock
7-Lt Buttock     8-Upper Rt Thigh   9-Upper Lt Thigh
10-High Lat Rt Hip   11-High Lat Lt Hip

Init    Signature           Init    Signature

3004-01          3SE          A0733700361
CAIL,JAMES T

DOB: 01/23/38   Age: 69Y   Sex: M   Adm: 12/03/07
A000303457              Dr: HOWELL,CLIFFORD ERIC

Allergies: PENICI

MAR Verified by:  0/10
DEC 10 2007
__/__/__

St Anthony Hospital          Covers Doses from:          Medication Administration Record

OKLAHOMA CITY, OK  73102     12/10/07 00:00 to 12/10/07 23:59    Printed: 12/09/07 23:00
                                                                  Page: 2 (more meds follow...)

Discharge Instructions                                        SHEPTIN, LOUIS - 000267786549

*Final Report*

| | |
|---|---|
| Result type: | Discharge Instructions |
| Result date: | 24 December 2007 10:42 |
| Result status: | Authenticated |
| Result title: | Discharge Instructions |
| Performed by: | BARKER, BLAKE on 24 December 2007 10:51 |
| Verified by: | BARKER, BLAKE on 24 December 2007 10:51 |
| Encounter info: | 000098119928, NMH, Inpatient, 12/23/2007 - |

## * Final Report *

Discharge Instructions

Patient: **SHEPTIN, LOUIS**    MRN - **000267786549** - NMH MRN
Age: **59 years**    Sex: **Male**    DOB: **10/23/1948**
Associated Diagnoses: **None**
Author: **BARKER, BLAKE**

**Discharge Information**

Admission date:12/23/07

Discharge date:12/24/07

Hospital physician:Didwania, Parikh, Gindi

Your discharge diagnoses: Chest Pain, subtherapeutic phenytoin level

Procedures performed: Labwork, Chest X-Ray

Activities you may perform (limitations noted):As tolerated
    Eating
    Dressing
    Bathing

P. Harvey, M.D.
Clinical Director

Printed by:    BARKER, BLAKE
Printed on:    12/24/2007 10:51

Page 1 of 3
(Continued)

Discharge Instructions                          SHEPTIN, LOUIS - 000267786549

* Final Report *

      **Cooking**
      **Shopping**
      **Phone use**
      **Travel ability**
      **Treatments**
      **Medication administration**
      **Cleaning/laundry**
      **Walking**
      **Using stairs**
      **Moving from bed to chair**

**Additional activity restrictions (lifting/driving/other): As tolerated**

**Assistance you require (walker/cane/crutches/wheelchair/prosthetic device/none):None**

**Diet restrictions:Low fat, low cholesterol**

**Allergies:**
codeine,tetracycline,Versed

**Your complete list of medications to take:**

aspirin 325 mg oral tablet
    1 tab(s) by mouth daily

Nitrolingual
    1 spray(s) under the tongue every 5 minutes

phenytoin 600mg   oral capsule, extended release
    1 capsule by mouth daily (HIGHER DOSE)

Discharge Instructions                           SHEPTIN, LOUIS - 000267786549

* Final Report *

Plavix
    75 milligram by mouth daily

sotalol
    40 mg PO qd

Tylenol
    325 milligram by mouth every four hours as needed for pain

Vytorin 10/40 tab
    1 tab(s) by mouth daily

Zantac 150
    150 milligram by mouth twice a day

*[handwritten: TEGRETOL 200 mg by mouth twice a day ✓]*

Changes from your prior medications:
Phenytoin dose was increased.

When to call your doctor: If any of your symptoms worsen or continue without resolution or response to medical therapy.

Additional instructions (daily weights, wound care): None

You must tell your doctor about these issues needing further evaluation:
Right breast mass (consider biopsy)
Subtherapeutic phenytoin level

Your appointments:
Follow up with your internal medicine doctor in 2-4 weeks.

Instructions were reviewed and given to the patient.

Printed by:   BARKER, BLAKE                                    Page 3 of 3
Printed on:   12/24/2007 10:51                                 (End of Report)