**PRISONER CASE**

R

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
# Civil Cover Sheet



**FILED**
JAN - 7 2008
Jan 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | LOUIS C. SHEPTIN | **Defendant(s):** | ATTORNEY GENERAL |
| **County of Residence:** | COOK | **County of Residence:** | |
| **Plaintiff's Address:** | Louis C. Sheptin<br>#90355-024<br>Metropolitan - MCC<br>71 West Van Buren<br>Chicago, IL  60605 | **Defendant's Attorney:** | AUSA<br>United States Attorney's Office<br>219 South Dearborn<br>Chicago, IL  60604 |

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [x] 2. U.S. Government Defendant
- [ ] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**08CV0116**
**JUDGE KENNELLY**
**MAG. JUDGE MASON**

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
- [x] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2241

**Jury Demand:** [ ] Yes  [x] No

**Signature:** *A. E. Woodham*   **Date:** 01/07/2008

Kennelly 07C847
Mason