RETURNED
JAN 07 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RETURNED
JAN 07 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FILED
JAN 11 2008 aew
Jan 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

In The United States District Court
For The Northern District of Illinois
Eastern Division

In re Louis C. Sheptin,
    Movant

Case #

Case # 08ce 0116
08 C 116

Directed to Honorable Matthew Kennelly, Judge

Motion For Re-Appointment of Jenner & Block

Comes Now, Louis Charles Sheptin, hereinafter called "Movant" and respectfully moves this Honorable Court to Reappoint - Pro Bono the firm of Jenner & Block in the recent companion case/suit filed by Movant which claims Retaliation", said case styled SHEPTIN v. HARVEY, Clinical Director, U.S.D.C. N/D. ILL. For good cause Movant would show:

1) Assault by BOP for Prior Suit on Hepatitis C

1) Morant is seriously ill, with coronary heart disease, and possibly terminal cancer[1]. With seven stents in place.

2) The Defendant[2] has clearly made statement(s) as to Morant's "past reputation" stating "Shepton, your reputation precedes you." And just hours later issuing and prescribing [3] some 15 bottles of medications <u>without evaluation</u>, <u>without examination</u>, said medications taken from a medication administration list of one <u>James T. Cail</u>, 69 year old individual! Clearly marked "James T. Cail in bold type.

3) The evidence attached to suit clearly shows a pattern of conduct

-2-

[1] Which defendant is not treating [2] Harvey

SO OUTRAGIOUS AND SO EGRIGIOUS"

AS TO WARRANT GRANTING OF THIS

MOTION.

4) MOREOVER, HARVEY'S ACTS/OMISSIONS

ALMOST KILLED MOVANT, AS RECORDS

SHOW MOVANT WAS RUSHED TO HOSPITAL[3]

ON 12/23/07, SAID RECORDS ATTACHED TO

CASE IN CHIEF.

  IT IS THE MOVANTS POSITION THAT

HARVEY'S ACTS WERE INTENTIONAL,

WILFUL, AND DELIBRATE AND WARRANT

THE GRANTING OF THIS MOTION AND

THE EXCLUSIVE VENUE OF THIS HONORABLE

COURT; NOTWITHSTANDING A PROTECTIVE ORDER.

—3—

1C WHICH HAS ALREADY INJURED SHEOTIN

IT IS INCONCEIVABLE TO YOUR MOVANT THAT THE ADMINISTRATION OF CAIL'S MEDICATIONS[1] WAS SIMPLY MISTAKE, NEGLIGENCE OR MERE OVERSITE.

CONJOINED WITH HARVEY'S STATEMENT ON 12/19/07 THAT MOVANT'S "REPUTATION PRECEDES" HIM AND THE ACT OF THE BUREAU OF PRISONS NOT TELLING MOVANT HE WAS INFECTED WITH A DEADLY LIVER AILMENT IE: HEPATITIS C FOR SOME TEN [10] YEARS WARRANT GRAVE CONSIDERATION, AS THIS COURT KNOWS.

A PERSON OF REASON WOULD SUSPECT THE WORSE AND CONCLUDE

[1] PLURAL

-4-

THAT THESE ACTS WERE INDEED INTENTIONAL, ESPECIALLY IN LIGHT OF THE FACT THAT JUST DAYS BEFORE MOVANT SUFFERED HEART ATTACK AT THE HANDS OF BoP IN OKLAHOMA! AND WAS HOSPITALIZED IN INTENSIVE CARE.

ONE WOULD THINK A CAREFUL REVIEW OF RECORDS WOULD OF BEEN HAD, BY MCC MEDICINE STAFF, BUT APPARENTLY NOT IN THIS CASE!

WHEREFORE, Movant suggests THAT THE EVIDENCE NOW BEFORE THIS Honorable Court certainly WARRANTS THE RE-APPOINTMENT OF THOMAS MACCARTHY ESQUIRE OF THE FIRM OF JENNER AND BLOCK AND A PROTECTIVE

-5-

ORDER TO PROTECT, THIS MOVANT FROM FURTHER ACTS DESIGNED TO TERMINATE THE LIFE OF YOUR MOVANT. SO PRAYS THE MOVANT...

Respectfully submitted,

*[signature]*

Louis C. Shepito

71 West Van Buren

Chicago, IL 60605

Dec. 3, 2008

— 6 —