**United States District Court, Northern District of Illinois**

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0116 | **DATE** | January 18, 2008 |
| **CASE TITLE** | Louis Sheptin (#90355-024) v. Attorney General | | |

**DOCKET ENTRY TEXT:**

Louis Sheptin, currently incarcerated at Metropolitan Correctional Center, has sent numerous materials directly to the chambers of the assigned judge. These materials are being forwarded to the Clerk's office. Court filings and letters may not be sent directly to a judge. Any relief that a party seeks must be requested in a motion (not a letter), must be filed with the Clerk, and must indicate that a copy of the motion has been forwarded to all other parties (or their attorney) in the case. Incarcerated parties must submit their pleadings to this Court to the Prisoner Correspondent. The Court orders Mr. Sheptin not to submit any additional filings or letters directly to the judge's chambers. Any such filings and letters correspondence will not be accepted or considered, and will be stricken. Failure to comply with this order may also result in the imposition of sanctions.

Docketing to mail notices.

isk