BR

FILED
JAN 18 2008
Jan 16, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RECEIVED
JAN 16 2008
JUDGE MATTHEW F. KENNELLY
UNITED STATES DISTRICT COURT

In United States District Court For
The Northern District of Illinois
Eastern Division

Louis C. Sheptin,
    Petitioner
vs.
                            Case# 82 CR 555
                            08 CV 0116

Attorney General
    Respondent          Judge M. Kennelly

Directed To Hon. Arlander Keys:

## Notice of Added Risk
### and Denial of Medications/Treatment

The Respondents Agents on 1/10/08 snatched Petitioner out of Intensive Cardiac Telemetry Unit of University of Illinois Medical Center at Ten O'Clock at Night, after, less than 24 hours prior Petitioner underwent invasive cardiac surgical intervention with stent implantation (PTCA).

Without regard for Petitioner's health he was dragged before this court drugged up [?] less than 12 hours after discharge with an attorney who weeks prior stated he was "court appointed", but needing, just

2 Vicodin / Diazpam / Fentynol / Morphine

MINUTES BEFORE THE HEARING [1]/ PERMISSION FROM JUDGE KOCORAS TO REPRESENT THIS PETITIONER. SUCH MISREPRESENTATIONS ARE FROWNED UPON BY THE ATTORNEY REGISTRATION & DISCIPLINARY COMMISSION AND ARE NORMALLY DECLARED A "FRAUD UPON THE COURT AND THE PUBLIC TRUST."

PETITIONER NOW ADVISES THE COURT THAT UPON HIS RETURN HE WAS AND IS PRESENTLY BEING MEDICATED WITH "AZITHROMYCIN" Rx #106994.

THE ATTACHED PATIENT MEDICATION INFORMATION ADVISES PETITIONER OF A VERY SERIOUS RISK(S) AND NEEDS FOR "ADDITIONAL MONITORING" IF PETITIONER IS TAKING "DIGOXIN" OR "PHENYTOIN" MORE COMMONLY CALLED DILANTIN. SEE EX "A"

PETITIONER REFERENCES HIS MEDICATION LIST ATTACHED TO HIS SUPPLEMENTAL HABEAS CORPUS. THERE IS NO ADDITIONAL MONITORING !!

PETITIONER ALSO CITES HE'S CONTINUED TO BE DENIED VYTORIN. PETITIONER STATES UIC DOCTORS DETERMINED THAT THE STENT IMPLANTED ON 12/7/07 WAS 30% BLOCKED. HE MUST TAKE VYTORIN & PLAVIX

— 2 —

[1]/ ON 1/4/08 AT 10:00AM

The attached patient medication information shows that MCC Dr. P. Harvey who Rx'd different meds than UIC Dr. Co Rx'd fails to use due care and continues to put Petitioner's life at risk. Continues to deny biopsy of R Breast or MRI of (L) breast showcase. Petitioner seeks his release.

Respectfully submitted

*[signature]*

Louis C. Shepton
71 W. Van Buren St
Chicago, IL 60605

4/14/08

Attachment

P

**AZITHROMYCIN 250 MG TAB**  **PATIENT MEDICATION INFORMATION**  **Rx # 106994**

GENERIC NAME: AZITHROMYCIN (az-ith-roe-MYE-sin)

COMMON USES: This medicine is a macrolide antibiotic used to treat bacterial infections.

BEFORE USING THIS MEDICINE: Some medicines or medical conditions may interact with this medicine. INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. DO NOT TAKE THIS MEDICINE if you are also taking propafenone or pimozide. ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you are taking anticoagulants (such as warfarin), digoxin, nelfinavir, cyclosporine, ergotamine, hexobarbital, phenytoin, rifampin, terfenadine, medicines used to treat irregular heartbeat (such as amiodarone, quinidine, or procainamide), or medicines that may affect your heartbeat. Ask your doctor if you are unsure if any of the medicines you are taking may affect your heartbeat. Inform your doctor of any other medical conditions including irregular heartbeat, kidney problems, liver problems, allergies, pregnancy or breastfeeding. Contact your doctor or pharmacist if you have any questions or concerns about taking this medicine.

HOW TO USE THIS MEDICINE: Follow the directions for using this medicine provided by your doctor. This medicine may be taken on an empty stomach or with food. DO NOT TAKE THIS MEDICINE within 1 hour before or 2 hours after aluminum- or magnesium-containing antacids. STORE THIS MEDICINE at room temperature, away from heat and light. TO CLEAR UP YOUR INFECTION COMPLETELY, continue taking this medicine for the full course of treatment even if you feel better in a few days. Do not miss any doses. Taking this medicine at the same time each day will make it easier to remember. IF YOU MISS A DOSE OF THIS MEDICINE, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. If you miss a dose, do not take 2 doses at once.

CAUTIONS: DO NOT TAKE THIS MEDICINE if you have had an allergic reaction to it or are allergic to any ingredient in this product. DO NOT TAKE THIS MEDICINE IF YOU HAVE HAD A SEVERE ALLERGIC REACTION to erythromycin or any macrolide or ketolide antibiotic. A severe reaction includes a severe rash, hives, breathing difficulties, or dizziness. If you have a question about whether you are allergic to this medicine, contact your doctor or pharmacist. IF YOU EXPERIENCE difficulty breathing; tightness of chest; swelling of eyelids, face, or lips; or if you develop a rash or hives, tell your doctor immediately. Do not take any more of this medicine unless your doctor tells you to do so. IF MODERATE TO SEVERE DIARRHEA OCCURS during or after treatment with this medicine, check with your doctor or pharmacist. Do not treat it with non-prescription (over-the-counter) medicines. BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or over-the-counter, check with your doctor or pharmacist. FOR WOMEN: IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy. IT IS UNKNOWN IF THIS MEDICINE IS EXCRETED in breast milk. IF YOU ARE OR WILL BE BREAST-FEEDING while you are using this medicine, check with your doctor or pharmacist to discuss the risks to your baby.

POSSIBLE SIDE EFFECTS: SIDE EFFECTS, that may go away during treatment, include mild diarrhea, nausea, or stomach pain. If they continue or are bothersome, check with your doctor. CHECK WITH YOUR DOCTOR AS SOON AS POSSIBLE if you experience vomiting, or hearing loss or ringing in the ears. CONTACT YOUR DOCTOR IMMEDIATELY if you experience swelling of your hands, legs, face, lips, eyes, throat, or tongue; difficulty swallowing or breathing; hoarseness; irregular heartbeat; reddened, blistered, or swollen skin; or severe diarrhea. An allergic reaction to this medicine is unlikely, but seek immediate medical attention if it occurs. Symptoms of an allergic reaction include rash, itching, swelling, dizziness, or trouble breathing. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist.

OVERDOSE: If overdose is suspected, contact your local poison control center or emergency room immediately. Symptoms of overdose may include nausea, vomiting, and diarrhea.

ADDITIONAL INFORMATION: DO NOT SHARE THIS MEDICINE with others for whom it was not prescribed. DO NOT USE THIS MEDICINE for other health conditions. KEEP THIS MEDICINE out of the reach of children.

Database Edition 07.4 - Expires January 2008
Copyright 2007 Wolters Kluwer Health, Inc.
All rights reserved.

*[Handwritten notes:]* SOTOLOL is heartbeat meds / UP to treat irregular heartbeat

*[Handwritten:]* EXHIBIT "A"

BOP Rx LABEL    TRAK# WFPP03