BR

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

FILED

JAN 16 2008

Jan 16, 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

LOUIS C. SHEPTIN,
          PLAINTIFF
               V.

CASE # 08 CV 0116

D. HARVEY, CLINICAL DIRECTOR
     ET AL
          DEFENDANTS

EVIDENCE ATTACHED

URGENT

NOTICE TO HONORABLE COURT

AND OFFER OF PROOF

DIRECTED TO THE HONORABLE MATTHEW KENNELLY, Judge

MAY IT PLEASE THE HONORABLE COURT,

PETITIONER CITES THAT DUE TO INADEQUATE

MEDICAL CARE,[1] ON JANUARY 9, 2008, PLAINTIFF

HAD HEART FAILURE AND WAS RUSHED FROM

219 SOUTH DEARBORN TO UNIVERSITY OF ILLINOIS

MEDICAL CENTER EMERGENCY ROOM. UPON

ARRIVAL, AN EMERGENCY CONSULT WAS

[1] AND DIET AND PROPER MEDS

HAD WITH CARDIOLOGY STAFF DOCTORS AND

BECAUSE OF PLAINTIFF'S CONDITION, HE

WAS TRANSFERRED TO THE OPERATING ROOM,

WHERE DR. M. VIDOVICH (312)996-4300 IMPLANTED

AN EIGHTH (8TH) CORONARY STENT VIA

VASCULAR INTERVENTION. ADDITIONALLY

DR. VIDOVICH INFORMED PLAINTIFF THAT DUE

TO NOT GETTING A CARDIAC DIET, THE STENT

PLACED ON DECEMBER 8, 2007 WAS 20% BLOCKED.

DR. VIDOVICH INFORMED PLAINTIFF HE

MUST CONTINUE VYTORIN[1]/, A MEDICATION

THAT DEFENDANT HAS CONCURRENTLY REFUSED

PLAINTIFF. SEE EXHIBIT A, B, & C

PLAINTIFF BRINGS TO THE JUDICIAL

ATTENTION OF THE COURT DOCUMENT

131 FILED 1/08/08 IN 82CR555

~2~

1/ ANTI PLACQUEING DRUG

SHEPTIN V. U.S., SEE CABLES FROM
PERSCRIPTIONS NUMBERED 106587 FOR
METOPROLOL 100 BID AND PERSCRIPTION
106558 "LEVOTHYROXINE SODIUM" 100mcg,
BOTH MEDICATIONS ISSUED TO METROPOLITAN
CORRECTIONAL CENTER BY DEFENDANT P. HARVEY.

PLAINTIFF CITES THAT DR. NOKOWSKI
CALLED UNIVERSITY ILLINOIS MEDICAL CENTER
AND SPOKE TO TREATING M.D. DR. LO,
AND ASKED DR. LO TO <u>DISCHARGE</u>
PLAINTIFF BACK TO MCC, WELL KNOWING
THAT MCC CANNOT, AND DO NOT HAVE
THE FACILITIES TO CARE FOR PLAINTIFF,
KNOWING PLAINTIFF HAS LITIGATION
AGAINST HARVEY ET AL.

— 3 —

Plaintiff seeks his release.

Plaintiff's medical condition is very fragile and Defendant Harvey has made a Prima Facia showing of Gross Negligence, <u>WHICH CANNOT BE EXPLAINED</u>. How can Dr. Harvey cure what he has done?

EXHIBIT "A" is the Medical Record Number of Plaintiff's Wrist Band

EXHIBIT "B" is the Stent Placement Card.

EXHIBIT "C" is the Angio-Seal Card.

PLAINTIFF BELIEVES THAT THE EVIDENCE IS WEIGHTY ENOUGH TO INDICT DEFENDANT

— 4 —

Plaintiff states that on 12/11/07
Medications were issued by the
Bureau of Prisons which match the
Medication Administration Record of
James T. Cail. That thereafter
P. Harvey Duplicated this negligence
by re-issuing those same medications.
See exhibits marked "D" and "E".

Plaintiff asserts the evidence
is clear, convincing, and totally
complete warranting sus sponte
action by this Honorable Court.

Plaintiff in addition to medications
issued to Plaintiff Harvey issue the
Oklahoma medications to Plaintiff

BECAUSE PLAINTIFF IS YET TO RECIEVE

A CAT SCAN OF HIS LEFT SHOULDER

OR A BIOPSY OF HIS RIGHT BREAST,

AND MAY HAVE TERMINAL CANCER,

AND BECAUSE HARVEY ET AL CONTINUE

TO DRAG THEIR LEGS WHILE PLAINTIFF'S

HEALTH WORSENS, PLAINTIFF MOVES FOR

HABEAS CORPUS. SEE G AND F, "ARROW"

(EMPHASIS ADDED IN EXHIBIT)


FOR THE FOREGOING REASONS

PLAINTIFF MOVES FOR HIS RELEASE, AS

THE EVIDENCE IS CONCLUSIVE

RESPECTFULLY SUBMITTED

1/10/08

LOUIS C. SHEPTIN

71 W. VAN BUREN ST

CHICAGO, IL 60605

-6-

CERTIFICATE OF SERVICE

THAT ON THIS 18 DAY OF JANUARY
A COPY OF THE FOREGOING NOTICE WAS
MAILED TO U.S. ATTORNEY 219 S.
DEARBORN ST CHICAGO, IL 60604

—7—

80490030-0369          01/09/08
SHEPTIN, LOUIS       MC 10/23/1948

WRIST BAND

UCI ADMISSION

BE ADVISED THAT DR VIDOVICH WAS
VERY CONCERNED ABOUT PLAINTIFF'S CONDITION
AND WANTED TO DO A BY-PASS ON
PLAINTIFF.

SEE EXHIBIT H

THE MCC CABLES

WHERE KARNEY INCREASED

DOSAGES OF MOTRIN AND

LEVOTHYROXINE

EXHIBIT "A"

P111

## Please carry this card at all times.
## Show it to any medical personnel who may be treating you.

**PLEASE CARRY YOUR CARD AT ALL TIMES.** The Guidant MULTI-LINK VISION® family of coronary stents has been shown in non-clinical testing to be MRI safe immediately following implantation. MRI test conditions used to evaluate this stent were: for magnetic field interactions, a static magnetic field strength of 3 tesla with a maximum spatial gradient magnetic field of 3.3 tesla/meter; for MRI-related heating, a maximum whole body averaged specific absorption rate (SAR) of 2.0 W/kg for 15 minutes of MR imaging. While a single stent produced a temperature rise of less than 0.8°C and should not migrate under these conditions, the response of overlapping stents or stents with fractured struts is unknown. Non-clinical testing has not been performed to rule out the possibility of stent migration at field strengths higher than 3 tesla. MRI image quality may be compromised if the area of interest is in the exact same area or relatively close to the position of the stent.

Louis Sheptin          10/23/48

### Stent Patient Implant Card

Patient Name _____  Date of Birth _____

M. Vidovich MD   312-996-4300
Implanting Physician's Name          Phone Number

UIC medical Center
Hospital Name

Chgo, IL          1-9-08
City/State                              Date of Implant

### Stent Identification Information

| | | Affix Product Label Here *or complete:* | Affix Product Label Here *or complete:* |
|---|---|---|---|
| **LOT** 7031331 [RX] **REF** 1007847-15 2.75 x 15 mm **MULTI-LINK VISION®** | ANGIO-SEAL  est. of of Closure Devices | Product Part # (REF) | Product Part # (REF) |
| | | Product Lot # | Product Lot # |
| Location of First Stent | | Location of Third Stent | Location of Fourth Stent |
| LAD | | | |

A1
X20
$630

EXHIBIT "B"



**Patient Information Card**                    a)

PATIENT NAME: Shepten, L.C

HOSPITAL NAME: UIC

PHYSICIAN NAME: M, Vidovich MD

PHYSICIAN PHONE NUMBER: 312 - 996 - 4300

DEVICE PLACEMENT DATE: 1/9/08     Right ☑  Left ☐  *Femoral Artery*
                                  DEVICE PLACEMENT LOCATION

PLEASE KEEP THIS CARD WITH YOU FOR THE NEXT 90 DAYS.



—2-0 Suture—

—Collagen—
—Anchor—

EXHIBIT "C"

**PHARMACY SERVICES**
FTC OKLAHOMA, OK 73189

RX# 527925   DR. MIER, PA   12/11/07
SHEPTIN, LOUIS  3C
90355-024 U              90355-024
TAKE ONE TABLET BY MOUTH ONCE
DAILY

LEVOTHROID 0.175MG TAB      # 7
RXH   3 REFILL(S)   EXPIRES: 01/10/08

---

**PHARMACY SERVICES**
FTC OKLAHOMA, OK 73189

RX# 527927   DR. MIER, PA   12/11/07
SHEPTIN, LOUIS 3C
90355-024 U              90355-024
TAKE ONE TABLET BY
MOUTH 3 TIMES DAILY
WITH FOOD

METFORMIN * 850 MG TAB      # 21
RXH   3 REFILL(S)   EXPIRES: 01/10/08

---

**PHARMACY SERVICES**
FTC OKLAHOMA, OK 73189

RX# 527920   DR.MIER, PA   12/11/07
SHEPTIN, LOUIS 3C
90355-024 U              90355 - 024
TAKE 3 CAPSULES BY MOUTH
AT BEDTIME ——— NOTE :
DOSE AND STRENGTH

DILANTIN * 100 MG CAP      # 21
RXH   3 REFILL(S)   EXPIRES: 01/10/08

---

**PHARMACY SERVICES**
FTC OKLAHOMA, OK 73189

RX# 527274   DR.GOFORTH,   12/05/07
SHEPTIN, LOUIS 3 C
90355 - 024 U              90355 - 024
TAKE ONE TABLET BY MOUTH
EVERY DAY ————— NOTE : THIS
REPLACES VYTORIN —– ALONG
WITH ZETIA

SIMVASTATIN * 40 MG TAB      # 7
KWO   3 REFILL(S)   EXPIRES: 01/05/08

---

**PHARMACY SERVICES**
FTC OKLAHOMA, OK 73189

RX# 527271   DR. GOFORTH,   12/05/07
SHEPTIN, LOUIS  3C
90355-024 U              90355-024
TAKE 1/2 TABLET BY MOUTH TWICE A
DAY —— NOTE: DOSE AND STRENGTH

SOTALOL 80MG TABS      # 7
KWO   3 REFILL(S)   EXPIRES: 01/05/08

---

**PHARMACY SERVICES**
FTC OKLAHOMA, OK 73189

RX# 527266   DR.GOFORTH,   12/05/07
SHEPTIN, LOUIS 3 C
90355 - 024 U              90355 - 024
TAKE ONE TABLET BY
MOUTH TWICE A DAY

ISOSORB DIN * 10 MG TAB      # 14
KWO   3 REFILL(S)   EXPIRES: 01/05/08

---

**PHARMACY SERVICES**
FTC OKLAHOMA, OK 73189

RX# 527922   DR.MIER, PA   12/11/07
SHEPTIN, LOUIS 3 C
90355 - 024 U              90355 - 024
TAKE 1 TO 2 TABLETS BY
MOUTH EVERY 6 HOURS
AS NEEDED FOR PAIN

ACETAMIN * 325 MG TAB      # 40
RXH   3 REFILL(S)   EXPIRES: 01/10/08

---

**PHARMACY SERVICES**
FTC OKLAHOMA, OK 73189

RX# 527272   DR. GOFORTH,   12/05/07
SHEPTIN, LOUIS  3C
90355-024 U              90355-024
TAKE ONE TABLET BY MOUTH EVERY
MORNING ——— NOTE: THIS REPLACES
VYTORIN ———CONTINUED IN TRANSIT

ZETIA 10MG      # 7
KWO   3 REFILL(S)   EXPIRES: 01/05/08

EXHIBIT "D"



PHARMACY SERVICES
FTC OKLAHOMA, OK 73189

RX# 527929   DR. GOFORTH,   12/11/07
SHEPTIN, LOUIS   3C
90355-024 U                    90355-024
TAKE ONE TABLET BY MOUTH EVERY
MORNING ——— NOTE: THIS REPLACES
VYTORIN ——CONTINUED IN TRANSIT

ZETIA 10MG                     # 7
RXH   3 REFILL(S)    EXPIRES: 01/10/08

PHARMACY SERVICES
FTC OKLAHOMA, OK 73189

RX# 527921   DR. MIER, PA   12/11/07
SHEPTIN, LOUIS   3C
90355-024 U                    90355-024
DISSOLVE 1 TABLET UNDER THE TONGUE
EVERY 5 MIN UP TO 3 DOSES IF NEEDED
CALL MEDICAL

NITROGLYCERIN 0.4MG SUB   # 1
RXH   1 REFILL(S)    EXPIRES: 01/10/08

PHARMACY SERVICES
FTC OKLAHOMA, OK 73189

RX# 527918   DR. MIER, PA   12/11/07
SHEPTIN, LOUIS 3 C
90355-024 U                    90355-024
TAKE ONE TABLET BY
MOUTH TWICE A DAY

RANITIDINE * 150 MG TAB
                               # 14
RXH   3 REFILL(S)    EXPIRES: 01/10/08

PHARMACY SERVICES
FTC OKLAHOMA, OK 73189

RX# 527923   DR. MIER, PA   12/11/07
SHEPTIN, LOUIS 3 C
90355-024 U                    90355-024
TAKE ONE TABLET BY
MOUTH ONCE DAILY

LANOXIN * 0.25 MG TAB
                               # 7
RXH   3 REFILL(S)    EXPIRES: 01/10/08

PHARMACY SERVICES
FTC OKLAHOMA, OK 73189

RX# 527930   DR. GOFORTH,   12/11/07
SHEPTIN, LOUIS   3C
90355-024 U                    90355-024
TAKE 1/2 TABLET BY MOUTH TWICE A
DAY ——— NOTE: DOSE AND STRENGTH

SOTALOL 80MG TABS   # 7
RXH   3 REFILL(S)    EXPIRES: 01/10/08

PHARMACY SERVICES
FTC OKLAHOMA, OK 73189

RX# 527916   DR. MIER, PA   12/11/07
SHEPTIN, LOUIS 3 C
90355-024 U                    90355-024
TAKE ONE TABLET BY
MOUTH ONCE DAILY

ASPIRIN EC * 325 MG
                               # 7
RXH   3 REFILL(S)    EXPIRES: 01/10/08

PHARMACY SERVICES
FTC OKLAHOMA, OK 73189

RX# 527924   DR. MIER, PA   12/11/07
SHEPTIN, LOUIS 3 C
90355-024 U                    90355-024
TAKE ONE TABLET BY
MOUTH ONCE DAILY

AMLODIPINE * 10 MG TAB
                               # 7
RXH   3 REFILL(S)    EXPIRES: 01/10/08

PHARMACY SERVICES
FTC OKLAHOMA, OK 73189

RX# 527926   DR. MIER, PA   12/11/07
SHEPTIN, LOUIS 3 C
90355-024 U                    90355-024
TAKE ONE TABLET BY
MOUTH TWICE A DAY

METOPROLOL * 50 MG TAB
                               # 14
RXH   3 REFILL(S)    EXPIRES: 01/10/08

PHARMACY SERVICES
FTC OKLAHOMA, OK 73189

RX# 527928   DR. GOFORTH,   12/11/07
SHEPTIN, LOUIS 3 C
90355-024 U                    90355-024
TAKE ONE TABLET BY MOUTH
EVERY DAY ————— NOTE : THIS
REPLACES VYTORIN —— ALONG
WITH ZETIA

SIMVASTATIN * 40 MG TAB
                               # 7
RXH   3 REFILL(S)    EXPIRES: 01/10/08

PHARMACY SERVICES
FTC OKLAHOMA, OK 73189

RX# 527917   DR. MIER, PA   12/11/07
SHEPTIN, LOUIS 3 C
90355-024 U                    90355-024
TAKE ONE TABLET BY
MOUTH ONCE DAILY

CLOPIDOGREL BISULFATE * 75 MG TAB
                               # 7
RXH   3 REFILL(S)    EXPIRES: 01/10/08

EXHIBIT "E"

**Saint Anthony Hospital**
1000 North Lee, Oklahoma City, Oklahoma 73102

*Inpatient Discharge Instructions*

```
ST ANTHONY HOSPITAL
* SHEPTIN, LOUIS          I/P
0734100419  CAR 3005-01
10/23/1948 59Y  M 12/07/07
SUTOR, RONALD   000511770
```

Diagnoses and Comments:

_Cor. to Stent_   _Seizure Disorder_
_HX AF'b_   _@ Shoulder soft tissue carying_
_Hepititus C_
_GERD_

Appointments:
Physician: _Dr. Centre_   _Radical Clinic_   date/time: _____

Special Instructions:
Diet: _Healthy Heart_   Activity: _NO Lifting for 1 week_
Other: (laboratory, physical therapy, return to work, etc)

Home Health: _____   phone: _____

Medications:   (name, dosage, how often)

_EC Asprin 325 daily po_
_Plavix 75 mg_
_Viterin D/46 every evening_
_Sotalol 40 mg_
_Zantac 150 mg twice daily_
_Dilantin 300 mg every day_
_NTG 0.4 mg SL PRN chest pain_
_Tylenol 325 1-2 tabs q 4 hrs PRN pain_

If you have questions, call: _____ / phone: _____
"I understand, and have received a copy of this discharge plan."
        (signature of patient or guardian): _____  date: _12-10-07_
Physician signature: _____ date: _____  discharging nurse: _____ date: _12-10-07_

EXHIBIT

☐ **STAT**

ST ANTHONY HOSPITAL
SHEPTIN, LOUIS                I/P
0734100419   CAR    3005-01
10/23/1948   59Y M   12/07/07
000511770   SUTOR, RONALD

 **St. Anthony Hospital**
1000 North Lee Street
Oklahoma City, OK 73102

St. Anthony
Heart Hospital
1000 North Lee Street
Oklahoma City, OK 73102

**St. Anthony South**
BEHAVIORAL MEDICINE
2129 S.W. 59th Street
Oklahoma City, OK 73119

SA382-B (Rev. 9/05)
**PHYSICIAN'S ORDERS**

| | Read back VO & TO check here | Do Not Use | Use Instead | Do Not Use | Use Instead | Do Not Use | Use Instead | Do Not Use | Use Instead |
|---|---|---|---|---|---|---|---|---|---|
| | | U | Unit | X.0 mg | X mg | Q.D. | Daily | MS or MSO4 | Morphine |
| | | IU | International Unit | .X mg | 0.X mg | Q.O.D. | Every other day | MgSO4 | Magnesium Sulfate |

Dangerous Abbreviations NOT To Be Used

DATE
12/10/07

Discharge

Meds: ECASA 325 g. daily PO
Plavix 75 g daily "
Vytorin 10/40 every evening "
Sotalol 40 v (non daily) "

TIME

Zanacne 150y m.a. dep... ... daily "
Tegretol 200y twice daily "
Dilantin 300 my every evening "
Ntlc 0.4y 5tc prn sl

DATE

Did HIDA          Tylenol extra 1-2 tabs every 4 hrs for Pain

Dx: Coronary Spasm w/ CAD + mild Cardiomyopath
Hyperlipidemia
Hx a fib
Hepatitis C
Chest pain
Bronchitis
Seizure disorder
Nervous Nicotine Dependance
Borderline Diabetes

DATE

→ (R) Breast lump ?
Spasms on both feet around TO pts
(L) Shoulder soft tissue injury - needs further work/up

Pt to contact in the medical clinic PTC
No lifting or straining for 1 week then call ll
(R) Breast mass & (L) Shoulder soft tissue injury needs further followups.

TIME

R. ......

| Do Not Use | Use Instead | Do Not Use | Use Instead | Do Not Use | Use Instead | Do Not Use | Use Instead |
|---|---|---|---|---|---|---|---|
| U | Unit | X.0 mg | X mg | Q.D. | Daily | MS or MSO4 | Morphine |
| IU | International Unit | .X mg | 0.X mg | Q.O.D. | Every other day | MgSO4 | Magnesium Sulfate |

EXHIBIT C

DOCTORS OF THE BUREAU OF PRISONS PUT

PETITIONER ON 3 MEDICATIONS WHICH

IN COMBINATION WERE KILLING PETITIONER

A DISCHARGE ORDER WAS MADE

DELEATING THE 3 MEDICATION SLIPS

BELOW ↓

**1.**

MCC CHICAGO PHARMACY    (312) 322-0567
71 W. VAN BUREN - CHICAGO, IL 60605
   106562      P. HARVEY       12/19/07
SHEPTIN, LOUIS CHARLES        90355-024
MCC CHICAGO - C01-023L
TAKE ONE TABLET BY MOUTH EACH DAY

FOR
BLOOD
PRESSURE

AMLODIPINE 10 MG TAB                   #30
(2)Refills    12/19/2007    IL    RX EXP. 03/17/08

CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

**2.**

MCC CHICAGO PHARMACY    (312) 322-0567
71 W. VAN BUREN - CHICAGO, IL 60605
   106557      P. HARVEY       12/19/07
SHEPTIN, LOUIS CHARLES        90355-024
MCC CHICAGO - C01-023L
TAKE ONE TABLET BY MOUTH TOGETHER
WITH 100MCG

FOR HYPOTHYROID

LEVOTHYROXINE SODIUM 75 MCG TAB  #30
(2)Refills    12/19/2007    IL    RX EXP. 03/17/08

CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

**3.**

MCC CHICAGO PHARMACY    (312) 322-0567
71 W. VAN BUREN - CHICAGO, IL 60605
   106556      P. HARVEY       12/19/07
SHEPTIN, LOUIS CHARLES        90355-024
MCC CHICAGO - C01-023L
TAKE ONE TABLET BY MOUTH TWICE
DAILY

FOR
DIABETES

EXHIBIT
- 1 H -

METFORMIN 1000 MG TAB                  #80
(2)Refills    12/19/2007    IL    RX EXP. 03/17/08

CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS **FILED**

JAN 1 0 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

LOUIS C. SHEPTIN,
      PLAINTIFF

Case #     08C116

v,

JURY TRIAL DEMANDED

NURSE WALKER, RN,
      AND

DIRECTED TO HON. MATTHEW

P. HARVEY, CLINICAL
DIRECTOR & M.D.,
      DEFENDANTS

KENNELLY, DISTRICT JUDGE

EMERGENCY SUPPLEMENT
WITH WITNESS AFFIDAVIT

SUPPLEMENT TO COMPLAINT
EMERGENCY ACTION

PLAINTIFF, LOUIS C. SHEPTIN HEREWITH,

PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE,

SUPPLEMENTS HIS PREVIOUSLY FILED COMPLAINT

AS TO FURTHER RETALITORY ACTS OF

DEFENDANT WALKER, NURSE AT MCC

CHICAGO: TO WIT:

— 1 —

PLAINTIFF REPEATS AND REALLEGES ALL

FACTS IN HIS PREVIOUS COMPLAINT AND

STATES ON OATH:

I. STATEMENT FOR THEIR FACTS

1) ON JANUARY 7, 2009 PLAINTIFF

WENT TO A.M. PILL CALL AT METROPOLITAN

CORRECTIONAL CENTER 71 WEST VAN BUREN

STREET, CHICAGO, ILLINOIS

2) IN FRONT OF SEVERAL WITNESSES

PLAINTIFF ATTEMPTED TO RENEW A

PRESCRIPTION FOR A BOTTLE OF EMERGENCY

CARDIAC MEDICATION KNOWN A SUB LINGUAL

NITROGLYCERIN, USED FOR CHEST PAIN.

SEE EXHIBIT "A"

—2—

3) THAT DEFENDANT WALKER
FLATLY REFUSED TO TAKE THE
"INMATE PRESCRIPTION REFILL REQUEST"
WITH THE CABLE CLEARLY AFFIXED TO
THE REQUEST STATING " YOU LIKE TO
SUE - GET THE JUDGE TO REFILL IT ! "
QUOTE - UN QUOTE. SEE EXHIBIT "A"

FAILURE TO REFILL THIS MEDICATION
REQUEST COULD CAUSE PLAINTIFF'S DEATH,
PAIN, SUFFERING AND/OR CARDIO - DAMAGE.
WALKER'S ACTIONS ARE EGREGIOUS
AND ARE A WANTON DISREGARD TO
BOTH PLAINTIFF'S RIGHTS UNDER THE
8TH AMENDMENT, AND AN ATTEMPT

— 3 —

TO THWART PLAINTIFF FROM LITIGATING
IN THIS COURT, ANOTHER CONSTITUTIONAL
Right TO Access THE Courts PLAINTIFF sues!

## RELIEF

PLAINTIFF SEEKS $10,000.00 DAMAGES FROM
WALKER COMPENSATORY SPECIAL DAMAGES
PUNITIVE DAMAGES OF $100,000.00,
COST OF COURT, ATTORNEY FEES AND
SUCH OTHER & FURTHER RELIEF AS
THE COURT DEEMS JUST & PROPER

I, LOUIS C. SHORTER DECLARE
UNDER PENALTY OF PERJURY THAT
THE FOREGOING IS TRUE & CORRECT

— 4 —

EXECUTED THIS ___7th___ DAY OF

JANUARY, 2008 AT 7:00AM

RESPECTFULLY SUBMITTED

LOUIS C. SHEPTIN

71 W. VAN BUREN ST

CHICAGO, IL 60605

ATTACHMENT:
AFFIDAVIT OF
    MIKE HAYES

## INMATE PRESCRIPTION REFILL REQUEST

Date: 1/7/08 6:30AM                          Page _____ of _____

Inmate Name:

Inmate #: _____    Unit: _____

**Rx Number**                **Medication Name and Strength**

MCC CHICAGO PHARMACY
71 W. VAN BUREN - CHICAGO, IL 60605    (312) 322-0567
106565
        P. HARVEY                      12/19/07
SHEPTIN, LOUIS CHARLES
MCC CHICAGO - C01-023L                 90355-024
DISSOLVE 1 TAB UNDER TONGUE AT
ONSET OF CHEST PAIN MAY REPEAT
EVERY 5 MINUTES. MAX 3 DOSES.

NITROGLYCERIN SL 0.4 MG TAB
(3)Refills    12/19/2007    IL
CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

                                                    LVN-IPRR

** Must be legible to receive medication.
*** Will be ready for pickup _____ ___king days if refills are available.

EXHIBIT "A"
                        P111 1

EXHIBIT "A"

~ 5 ~

AFFIDAVIT

"I MIKE NAYES STATE THAT ON 1/7/07 AT A.M. PILL CALL I WITNESSED NURSE WALKER REFUSE TO TAKE SHERROW'S REQUEST FOR NITRO, STATING "LET THE JUDGE REFILL IT."

WITNESS UNDER PENALTY OF PERJURY: Mike Hayes

SIGNED 07/JAN/07

Reg. 15268-031

— 6 —