IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JAN 1 8 2008
Jan 18, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

LOUIS C. SHEPPTIN (A),
    Plaintiff

v.                                CASE # 08 CV 0116

1. RICHARD ELIAS, USPO
2. CHARLES ARON, LINDSEY WAGNER AUSA
3. P. HARVEY CLINICAL DIRECTOR
   MCC 71 W. VAN BUREN,
       Defendants

PRE-CIVIL SUIT-APPLICATION
APPLICATION FOR PROTECTIVE
ORDER

COMES NOW LOUIS C. SHEPPTIN HEREINAFTER "A", AND MOVES FOR A PROTECTIVE ORDER. PLAINTIFF SHEPPTIN STATES THAT HIS RIGHTS HAVE BEEN SERIOUSLY VIOLATED BY P. HARVEY (SEE π 1 ATTACHED) CHARLES ARON AND LINDSEY WAGNER[1] (SEE π 2 ATTACHED) ARON (π 3 ATTACHED) (π 4 ATTACHED); RICHARD ELIAS (SEE π 5, 6, 7, 8) DR. P. HARVEY π 9. A' HAS SUFFERED INJURY (π 10):

PLAINTIFF ACCUSES THE ABOVE DEFENDANTS OF CALLIOUS DISREGARD TO A'S RIGHT AGAINST CRUEL & UNUSUAL PUNISHMENT (PROHIBITION THEREOF), AND RIGHT TO ADEQUATE MEDICAL CARE.

THE ATTACHED PAGES CLEARLY DEFINE SAID ACTS/OMISSIONS:

-1-

1/ AUSA

5. Placing Δ in a halfway house which could not adequately care for Δ's serious coronary ill(s). Richard Elias did this. 5/

6. Knowingly and intentionally forcing Δ from his hospital bed to be in Chicago "within 72 hours" from his release from Saint Luke's Stroke Unit in Houston, Texas [Richard Elias Demands]

7. Knowingly and intentionally having callous disregard for Δ's medical ills by forcing him to travel on a bus from Houston to Chicago 7/

8. Knowingly and intentionally forcing Δ to continue from Springfield Missouri Saint Johns Hospital to Chicago, while knowing Δ to be seriously ill with Congestive Heart Failure, not fit to travel and seriously ill. Richard Elias called Social Worker at Saint Johns to buy another bus ticket for Δ. Δ was removed from Greyhound Terminal by 911 EMS with cardiac arrest, in route to Chicago

9. BOP Medical Staff calling Dr. Lo at UIC Hospital attempting to get an early discharge on 10/Jan/08 at ten o'clock at night so Δ could appear 1/11/08 before Judge Keys, still under influence of narcotics & ill.

—2—

STATEMENT OF VIOLATION(S)

1. Giving Δ medications off a "Medication Administration Record" belonging to a "James T. Call" causing injury to Δ. Substantiated by actual evidence in 08 cv 0116 and worsening of his coronary condition.

2. Bringing Δ to a Court Hearing less than 12 hours after Δ is discharged from UIC Coronary Intensive Care Unit after undergoing Angioplasty and Stent #8 implanted & intoxicated on Morphine / Micotard !

3. Attorney coming to visit Δ on 12/27 and again 1/5/08 stating he's "Court Appointed" when in fact he's not "Court Appointed" until Judge Kocoras appoints him on 1/11/08 at 10:30 AM. Misrepresentation

4. Refusal of Attorney to Withdraw when Δ fires Attorney for Misrepresentation, Lieing and Fraud in open court on 1/11/08 before Judge A. Keys

---

1/ On 1/11/08 at 11:00 AM Dr Harvey
2/ Lindsey Wyman and C. Aron & A. Keys, Judge
3/ Charles Aron — ARDC complaint filed
4/ Aron and Judge Keys
   Page 2
5/ Richard Elias USPO
6/ Elias
7/ Elias
8/ Elias
9/ Dr R. Harvey and Dr Nowakowski D.O.

— 3 —

I, LOUIS C. SHEPSTIN DECLARE THE FOREGOING TO BE TRUE AND CORRECT. EXECUTED SUNDAY JAN 13, 2008

Respectfully Submitted,

*[signature]*

LOUIS C. SHEPSTIN
71 Willow Brown St
Chicago, IL 60604

CERTIFICATE OF SERVICE

ALL DEFENDANTS, OR THEIR AGENTS HAVE BEEN NOTIFIED OR ARE AWARE THAT THIS DOCUMENT WOULD BE FILED, AND THAT THEY FACE CIVIL SUIT, COMPLAINT, AND/OR LITIGATION RESPECTIVE OF THEIR BLATANT & CALLOUS DISREGARD FOR RULE OF LAW AND A's RIGHTS. DONE THIS 13 DAY OF JANUARY 2008

*[signature]*

cc: UPI PRESS