1/7/87

Dear Judge Kennelly,

08C116

Folks here are heartless. My attorneys at Jenner & Block will do nothing about this crap. I request your intervention. They think they are above the law!

Respectfully yours,
Lou Shutto
Lou Shertno

P.S. - I ask that you reappoint Jenner and Block, Tom McCarthy Esq

I have several witnesses