IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
AT CHICAGO

RECEIVED

JAN 0 7 2008 aew
JAN 07 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

LOUIS CHARLES SHEPTIN,
                PLAINTIFF

        VS.                                     CASE #    08 C 116

DOCTOR HARVEY, CLINICAL
DIRECTOR METROPOLITAN
CORRECTIONAL CENTER              JURY TRIAL DEMANDED
71 WEST VAN BUREN
CHICAGO, ILLINOIS

        AND                      RETALIATION ACTION
                                      SEEKING MEDICAL
NURSE WALKER, RN,                      ATTENTION
        DEFENDANTS

ENERGENCY COMPLAINT & PETITION FOR
PROTECTIVE ORDER OR
INJUNCTION

DIRECTED TO THE HONORABLE MATTHEW KENNELLY, JUDGE

I. JURISDICTION:

        1) JURISDICTION OF THIS HONORABLE COURT
IS INVOKED BY TITLES 28 USC 1331, 1332,
1351, 1651 AND FEDERAL RULES OF CIVIL PROCEDURE,
RULE 65. 42 USC 1283. VENUE IS PROPER.

- 1 -

2) THE PETITIONER ALSO CITES THAT HERETOFORE SUIT WAS HAD AGAINST THE MEDICAL DEPARTMENT AT THE METROPOLITAN CORRECTIONAL CENTER FOR THEIR FAILURE TO ADVISE PETITIONER OF TESTS TAKEN IN 1990 AND 1993 SHOWING PETITIONER POSITIVE FOR HEPATITIS C. SAID ACTION BEFORE THE HONORABLE MATTHEW KENNELLY, JUDGE, AND SETTLED IN MARCH, 2003, VIA PETITIONER'S COUNSEL JENNER & BLOCK, 1 IBM PLAZA, CHICAGO, ILLINOIS. PETITIONER BELIEVES THE ACTS/OMISSIONS ARE RETALIATION FOR THAT SUIT

II. PARTIES:

3) THE DEFENDANTS ARE SUED INDIVIDUALLY, PERSONALLY (AS CITIZENS OF THE STATE OF ILLINOIS) AND OFFICIALLY AS EMPLOYEES OF THE U.S. BUREAU OF PRISONS AND CAN BE SERVED AT 71 WEST VAN BUREN STREET, CHICAGO, ILLINOIS

4) PLAINTIFF IS LOUIS C. SHEPTIN AND "PLAINTIFF AND PETITIONER" DESCRIBE LOUIS C. SHEPTIN AND ARE USED INTERCHANGEABLY IN THIS COMPLAINT OR PETITION. HE CAN BE SERVED AT 71 W. VAN BUREN, CHICAGO, IL 60605. HE IS THE INJURED PARTY IN THIS ACTION CLAIMING BOTH CIVIL & CONSTITUTIONAL TORTS

—2—

III. STATEMENT OF CASE & FACTS

5) ON DECEMBER 18, 2007 PLAINTIFF ARRIVED BY FLIGHT TO CHICAGO FROM OKLAHOMA, WHERE THERETOFORE ON DECEMBER 7, 2007 PLAINTIFF HAD AN IRREGULAR ELECTRO CARDIO GRAM AND WAS RUSHED TO SAINT ANTHONY'S HOSPITAL WITH CARDIAC ARREST, BLOOD PRESSURE OF 94/43 AND ANTERIOR INFARCT, WITH CHEST PAIN

6) PLAINTIFF WAS IMMEDIATELY ADMITTED TO INTENSIVE CRITICAL CARDIAC UNIT ("ICCU") FOR HEART ATTACK BY DOCTOR RONALD SUTOR, CARDIOLOGIST; AT ST. ANTHONY'S.

7) AN EMERGENCY ANGIOPLASTY WAS PERFORMED DUE TO THE CONDITION OF PLAINTIFF (SEE EXHIBIT "A" THE EKG) BY DR. SUTOR, AND PLAINTIFF'S LEFT DECENDING AORTAIC ARTERY WAS FOUND TO BE BLOCKED 80%, AND WAS UNBLOCKED AND STENTED BY DR. SUTOR (SEE EXHIBIT B & C)

8) ON DECEMBER 10, 2007 PLAINTIFF WAS DISCHARGED FROM SAINT ANTHONY'S WITH A SPECIFIC MEDICATION LIST. (SEE EXHIBIT MARKED B "IN PATIENT DISCHARGE INSTRUCTIONS). SEE ALSO EXHIBIT "C"

9) On December 18, 2007, as cited in paragraph 5, Plaintiff was flown by U.S. Marshals to Chicago to appear for a Probation Violation (ie: failure to report a change in residence class C).

10) On December 19, 2007. For the very first time Plaintiff met Defendant, Harvey, in the hallway and Harvey exclaimed "Sheptin, oh Mr. Sheptin your reputation preceeds you" and Harvey, without further adieu walked to his office and shut the door.

11) The evening of December 19, 2007 Plaintiff received approximately 15 bottles of medications, among them medications Plaintiff had never taken, and or medications with highly increased dosages - All of these medications were issued by Defendant P. Harvey: SEE EXAMPLES BELOW:

**MCC CHICAGO PHARMACY**     (312) 322-0567
71 W. VAN BUREN - CHICAGO, IL 60605
106559        P. HARVEY        12/19/07
SHEPTIN, LOUIS CHARLES                90355-024
MCC CHICAGO - C01-023L
TAKE ONE TABLET AT BEDTIME

SIMVASTATIN 40 MG TAB              #30
(2)Refills    12/19/2007    IL    RxExp 03/17/08
CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

**MCC CHICAGO PHARMACY**     (312) 322-0567
71 W. VAN BUREN - CHICAGO, IL 60605
106719        P. HARVEY        12/28/07
SHEPTIN, LOUIS CHARLES                90355-024
MCC CHICAGO - C03-019L
TAKE ONE TABLET BY MOUTH AT BEDTIME

SIMVASTATIN 80 MG TAB              #30
(5)Refills    12/28/2007    IL    RxExp 06/24/08
CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

—4—

12) Many of the dosages were contraindicated for persons with Hepatitis C. All of the December 19, 2007 medications were administered **WITHOUT** physical examination or lab tests, and without consideration of Petitioners HYPOTENSIVE LOW BLOOD PRESSURE(s) [SEE EXHIBIT A]

13) Plaintiff complained on December 20, and 23rd, to the Seventh Circuit Court of Appeals in a Misconduct/Habeas Corpus complaint about irratic medications and non-treatment of a Breast Mass found by a positive mammogram on November 13, 2007. Plaintiff also complained to Judge Kocoras, via Habeas Corpus of misadministration of medications and failure to treat or follow-up on possible Breast Cancer two Hospital cited need follow-up. (SEE EXHIBIT "C" "Physicians Orders" and exhibit marked "F", page 13 of Discharge from Northwestern Dated 12/24/07. Plaintiff's Habeas Corpus Petition to Judge Kocoras in US v. Shepton, 82 CR 555 cited possible assault

1/ See also exhibit G H and I, a list of meds administered to Plaintiff by Harvey, M.D.

14. TWICE ON PILL LINE DEFENDANT WALKER ASKED PLAINTIFF IF HE WAS TAKING ALL HIS MEDICATIONS, PLAINTIFF RESPONDED "YES", WALKER RETORTED "IF YOU AREN'T I'LL THROW YOU IN SHU" (IE: THE HOLE). PLAINTIFF ON THE 23rd OF DECEMBER WAS FEELING VERY TIRED AND TOOK ALL MEDICATIONS GIVEN AND Rx'ED BY P. HARVEY. AMOUNG THOSE MEDICATIONS WAS THE FOLLOWING

1) AMLODIPINE BESYLATE NORVACIC
2) LEVOTHYROXINE 100 & 75 mcg

3) LOPRESSOR 50 mg

4) DIGOXIN 25 mcg

5) PLAVIS 75 mg

8) ASA 325 mg

7) METFORMIN 1000 mg

15) IN THE AFTERNOON OF DECEMBER 23, 2007 PLAINTIFF BEGAN SWEATING, HIS HANDS & FEET BECAME NUMB AND HIS BLOOD PRESSURE WAS LOW, AND WAS DIZZY

16) Plaintiff was taken down to Medical Department where Nurse Valasquez took Plaintiff's Blood Pressure and Oxygen Saturation — Plaintiff's Blood Pressure was 94/60 — His Oxygen was 89%. Vlasques phoned Defendant Harvey and Harvey ordered an injection of Finigan (anti-vomit drug) because Plaintiff was Diphoretic and vomiting. Valasquez told Plaintiff to go to sit in chairs outside clinic — Plaintiff complyed — Plaintiff lost conscoisness, woke up and saw 88/40 on the Blood Pressure Moniter with much activity around him, Vasquez yelling "911", "911" "call "911", He's dieing"

17) Plaintiff was rushed to Northawestern. EMS stated Plaintiff was suffering "Cardiac collapse". They attempted IV & CPR. Plaintiff was admitted to Northawestern and discharged the following day with a special drug list. See Exhibit marked D-E and F. Plaintiff was told by four (4) doctors NOT to take Metaformin, NOT TO TAKE Levothyroxine, NOT TO TAKE Amlodipine, NOT TO TAKE Lopressor — because all these medications lower blood pressure and "coued or caused, Plaintiff's DEATH".

1) Further lowering Plaintiffs B.P.

18) Additionally Northwestern Doctors cited Plaintiff "MUST TELL YOUR DOCTOR (ie: Harvey)" about issues needing further evaluation & RIGHT BREAST MASS" quote-un-quote see Exhibit marked C and F as Highlighted. Both MD's cited follow-up

19) Both Northwestern and Saint Anthony Doctors cited follow-up for breast lump but Harvey has continued to drag his legs causing Plaintiff unnecessary pain, suffering, emotional distress and stress, and anxiety & pain.

20) On November 18, 2007 Doctor Tom Levett at Luthren Medical Center stated in Discharge Orders "AVOID ALL PHYSICAL STRESS" Tom Levitt can be reached @ Luthren Medical Center, Cross Creek, Colorado.

21) ON DECEMBER 29, 2007 PLAINTIFF WAS GIVEN A COPY OF ALL MEDICAL RECORDS, AMOUNG THOSE RECORDS HE RECEIVED A THREE PAGE MEDICATION LIST APPARENTLY IN THE CARE, CUSTODY & CONTROL OF DEFENDANT P. HARVEY, CLINICAL DIRECTOR, OF THE MCC MEDICAL DEPARTMENT.

22) THE MEDICATION LIST MARKED AS EXHIBITS G, H, AND I BARE THE NAME OF JAMES I. CAIL, AGE 69 DATE OF BIRTH JANUARY 23, 1938.

23) YOUR PLAINTIFF HAS NEVER USED THIS ALIAS, IS NOT 69 YEARS OF AGE AND WAS NOT ADMITTED TO SAINT ANTHONYS ON 12/03/07 (SEE LOWER RIGHT HAND CORNER OF EACH PAGE)

24) PLAINTIFF ASSERTS THAT DEFENDANT HARVEY INTENTIONALLY IGNORED THE NAME ON THE MEDICATION LIST (NOT MERELY OVERSITE) AND SAW AN OPPORTUNITY TO INJURE OR MURDER PLAINTIFF AS RETALIATION AGAINST PLAINTIFF FOR HIS LIVER SUIT AGAINST MCC. IT IS INCOMPREHENSIBLE THAT HARVEY A TRAINED MEDICAL DOCTOR SIMPLY IGNORED THE PATIENT'S NAME ON EXHIBITS G, H, I THE MEDICATION LIST OF JAMES T. CAIL, WHICH IS IN BOLD TYPE ON EACH PAGE.

25) FOR THESE REASONS PLAINTIFF SEEKS AN IMMEDIATE PROTECTIVE ORDER AND THE FOLLOWING RELIEF:

# COUNT ONE

Plaintiff repeats and realledges facts contained in paragraphs One thru Twenty-Five. Defendant failed to give adequate standard of care, and/or said care was given in a Negligent manner causing injury to plaintiff, emotional distress, physical and mental injury(ies). Defendant(s) and each of them are directly responsible for the acts/omissions as cited above inclusive of future damages.

# COUNT TWO

Plaintiff repeats and realledges facts as contained in paragraphs One thru Twenty-Five inclusive. Plaintiff accuses Defendant to adequatly and in a timely manner provide follow-up medical care for a cancerious lump in Plaintiff's Right Breast and an injury to Plaintiff's Left Shoulder on Dec 10, 2007 when Plaintiff fell with anker cuffs on in Shower of St Anthony's Hospital. Further Plaintiff accuses Defendant's of violating Plaintiff's 8 amendment protection against cruel & unusual punishment

— 10 —

# COUNT THREE

Repeat & Reallege Paragraphs One Thru Twenty-Five Inclusive. Plaintiff accuses Defendants of Attempted Murder knowingly giving overdoses of medications known to be contraindicated for persons with liver disease (see Clauses on Page 4 Infra). Knowingly and intentionally with gross negligence, and/or medical malpractice

# COUNT FOUR

Repeat and Reallege facts contained in Paragraphs One Thru Twenty-Five inclusive. Defandants are guilty of retaliation for Plaintiff exercizing his right to Litigate.

# RELIEF

A) Grant immediate injunctive relief or protective order

B) Grant compensatory damages of $400,000.00 against each defendant.

— 11 —

C) AWARD PUNITIVE DAMAGES OF
ONE MILLION DOLLARS AGAINST
EACH DEFENDANT;

D) GRANT SUCH OTHER AND
FURTHER RELIEF AS THE COURT
DEEMS JUST, PROPER AND
EQUITABLE; IMMEDIATE MEDICAL
CARE FOR BREAST CANCER.

## PLAINTIFF'S DECLARATION

I, LOUIS C. SHEPTIN DECLARE
UNDER PENALTY OF PERJURY THAT
THE FOREGOING IS TRUE AND CORRECT
EXECUTED THIS 2 DAY OF JANUARY
2008

RESPECTFULLY SUBMITTED,

LOUIS C. SHEPTIN
71 WEST VAN BUREN ST.
CHICAGO IL 60605

ATTACHMENT: EXHIBITS A THRU

12

SHEPTIN, LOUIS
ID:    90355024

12/07/07 8:30:10

59 YEARS

MALE
Meds:
Class:   1
Loc:
Dr:    WILES
Tech:

| | | |
|---|---|---|
| Vent. Rate: | 73 | bpm |
| P Duration: | 102 | ms |
| QRS Duration: | 94 | ms |
| PR Interval: | 176 | ms |
| QT Interval: | 408 | ms |
| QTc Interval: | 429 | ms |
| QT Dispersion: | 40 | ms |
| P-R-T AXIS: | 77° | -73°  89° |

Sinus rhythm
Left axis deviation - anterior fascicular block
Possible old inferior infarct
Possible anterior infarct

Abnormal ECG

* Unconfirmed Analysis *

BP 94/43   P66   R16

DEC 11 2007

Tom F. Gaffords, MD
FTC Oklahoma City, OK
N4

L. Wiles, MD
FTC Oklahoma City, OK

25 mm/s
STABLE 40 Hz

c: 10 mm/mV
c: 10 mm/mV

# Saint Anthony Hospital

1000 North Lee, Oklahoma City, Oklahoma 73102

## Inpatient Discharge Instructions

ST ANTHONY HOSPITAL
* SHEPTIN, LOUIS                    I/P
0734100419   CAR  3005-01
10/23/1948 59Y  M 12/07/07
SUTOR, RONALD      000511770

**Diagnoses and Comments:**

CAS s/p stent    Seizure Disorder
HX AF'b    @Shoulder soft tissue injury
Hepatitis C
GERD

**Appointments:**
Physician: Dr Centore / Medical Clinic    date/time:

**Special Instructions:**
Diet: Healthy Heart    Activity: No Lifting for 1 week
Other: (laboratory, physical therapy, return to work, etc)

Home Health: _____    phone: _____

**Medications:** (name, dosage, how often)

EC Asprin 325 daily PO
Plavix 75mg
Vitorin 10/40 every evening
Sotalol 40mg
Zantac 150 mg twice daily
Dilantin 300 mg everyday
NTG 0.4mg  5 L pRN chest pain
Tylenol 325 1-2 tabs q 4 hrs pRN pain

If you have questions, call: _____ / phone: _____

"I understand, and have received a copy of this discharge plan."
(signature of patient or guardian): _____ date: 12-10-07

Physician signature: _____ date: _____ discharging nurse: Jamie _____ date: 12-10-07

faxed to: _____ fax number: _____ date & time faxed: _____ initials: _____

white copy to patient/guardian, fax to primary physician & home health or others as needed, yellow copy for chart   SA 389A (#12640) Rev. 2/02

☐ **STAT**

ST ANTHONY HOSPITAL
* SHEPTIN, LOUIS
0734100419    CAR    3005-01    I/P
10/23/1948    59Y M    12/07/07
000511770    SUTOR, RONALD



✚ **St. Anthony Hospital**
1000 North Lee Street
Oklahoma City, OK 73102

St. Anthony
Heart Center
1000 North Lee Street
Oklahoma City, OK 73102

✚ **St. Anthony South**
BEHAVIORAL MEDICINE
2129 S.W. 59th Street
Oklahoma City, OK 73119

SA382-B (Rev. 9/05)

## PHYSICIAN'S ORDERS

| | Read back VO & TO check here | Dangerous Abbreviations NOT To Be Used | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Do Not Use | Use Instead | Do Not Use | Use Instead | Do Not Use | Use Instead | Do Not Use | Use Instead |
| | | U<br>IU | Unit<br>International Unit | X.0 mg<br>.X mg | X mg<br>0.X mg | Q.D.<br>Q.O.D. | Daily<br>Every other day | MS or MSO4<br>MgSO4 | Morphine<br>Magnesium Sulfate |

**DATE** 12/10/07

**TIME**

Discharge

Meds    ECASA    325 g    daily    PO

Plavix    75 mg    daily    "

Vytorin    10/10    every evening    "

Sotalol    40 g    nos daily    "

Zantac 150 g    nos daily ~~150 mg~~    "

~~+~~ Tegretol    200 g    twice daily    "

Dilantin    300 mg    every evening    "

NTG    0.4 mg    SL    prn    SL

**DATE**

**TIME**

Dx: MIDM    Tylenol    325 mg    1-2 tabs every 4 hours prn Pain

Dx: Coronary ... disease + mild cardiomyopathy

Hyperchol

Hx a fib

Hepatitis C

GERD

~~Prostate~~

Seizure disorder

Nervous nicotine dependence

**DATE**

**TIME**

Borderline Diabetes

Spurs on both feet ... TO PT,

(L) Shoulder soft tissue injury - needs further work up

Pt to continue in the medical arm FTC

NO lifting or ...... for 1 week then call ll

(R) ...... (L) Shoulder soft tissue ......

....................

R. ....... 

| Do Not Use | Use Instead | Do Not Use | Use Instead | Do Not Use | Use Instead | Do Not Use | Use Instead |
|---|---|---|---|---|---|---|---|
| U<br>IU | Unit<br>International Unit | X.0 mg<br>.X mg | X mg<br>0.X mg | Q.D.<br>Q.O.D. | Daily<br>Every other day | MS or MSO4<br>MgSO4 | Morphine<br>Magnesium Sulfate |

Discharge Instructions                    SHEPTIN, LOUIS - 000267786549

* Final Report *

| | |
|---|---|
| Result type: | Discharge Instructions |
| Result date: | 24 December 2007 10:42 |
| Result status: | Authenticated |
| Result title: | Discharge Instructions |
| Performed by: | BARKER, BLAKE on 24 December 2007 10:51 |
| Verified by: | BARKER, BLAKE on 24 December 2007 10:51 |
| Encounter info: | 000098119928, NMH, Inpatient, 12/23/2007 - |

## * Final Report *

**Discharge Instructions**

Patient: **SHEPTIN, LOUIS**         **MRN - 000267786549 - NMH MRN**
Age: **59 years**   Sex: **Male**   DOB: **10/23/1948**
Associated Diagnoses: **None**
Author: **BARKER, BLAKE**

**Discharge Information**

## Admission date:12/23/07

## Discharge date:12/24/07

## Hospital physician:Didwania, Parikh, Gindi

## Your discharge diagnoses: Chest Pain, subtherapeutic phenytoin level

## Procedures performed: Labwork, Chest X-Ray

## Activities you may perform (limitations noted):As tolerated
### Eating
### Dressing
### Bathing

P. Harvey, M.D.
Clinical Director

| | |
|---|---|
| Printed by: | BARKER, BLAKE |
| Printed on: | 12/24/2007 10:51 |

Page 1 of 3
(Continued)

Discharge Instructions                    SHEPTIN, LOUIS - 000267786549

* Final Report *

**Cooking**
**Shopping**
**Phone use**
**Travel ability**
**Treatments**
**Medication administration**
**Cleaning/laundry**
**Walking**
**Using stairs**
**Moving from bed to chair**

**Additional activity restrictions (lifting/driving/other): As tolerated**

**Assistance you require (walker/cane/crutches/wheelchair/prosthetic device):None**

**Diet restrictions:Low fat, low cholesterol**

**Allergies:**
codeine,tetracycline,Versed

**Your complete list of medications to take:**

aspirin 325 mg oral tablet
        1 tab(s) by mouth daily

Nitrolingual
        1 spray(s) under the tongue every 5 minutes

phenytoin 600mg   oral capsule, extended release
        1 capsule by mouth daily (HIGHER DOSE)

Discharge Instructions                    SHEPTIN, LOUIS - 000267786549

* Final Report *


Plavix
    75 milligram by mouth daily

sotalol
    40 mg PO qd

Tylenol
    325 milligram by mouth every four hours as needed for pain

Vytorin 10/40 tab
    1 tab(s) by mouth daily

Zantac 150
    150 milligram by mouth twice a day

TEGRETOL 200 mg by mouth twice a day ✓

**Changes from your prior medications:**
**Phenytoin dose was increased.**

**When to call your doctor: If any of your symptoms worsen or continue
without resolution or response to medical therapy.**


**Additional instructions (daily weights, wound care): None**


**You must tell your doctor about these issues needing further evaluation:**
**Right breast mass (consider biopsy)**
**Subtherapeutic phenytoin level**


**Your appointments:**
Follow up with your internal medicine doctor in 2-4 weeks.

**Instructions were reviewed and given to the patient.**

**\*\*\*\*\*  SCHEDULED MEDICATION ORDERS  \*\*\*\*\***

**Special Instructions:**

| Ord# | Start | Stop | Drug/Dose/Route/Comments | Frequency | 0000-0730 | 0731-1530 | 1531-2359 |
|------|-------|------|--------------------------|-----------|-----------|-----------|-----------|
| 0172 RH FLK | 12/09 2100 | | **ALBUTEROL 3 ML SOLUTION**  **ALBUTEROL SULFATE INHL**  **Dose: 2.5 MG**  [INHL]  TO BE ADMINISTERED BY RESPIRATORY CARE PERSONNEL.  See Respiratory Care Clinical Notes for documentation of treatment and actual administration time. | every 4h | 0100 0500 | 0900 1300 | 1700 2100 |
| 0159 PD FLK | 12/08 0900 | | AMLODIPINE BESYLATE 10 MG TABLET  NORVASC  **Dose: 10 MG/1 TABLET**  [ORAL]  Ord As: CADUET 10/20  \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* AND \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* | Daily | | 0900 | |
| 0159 PD FLK | 12/08 0900 | | ATORVASTATIN 10 MG TABLET  LIPITOR  **Dose: 20 MG/2 TABLET**  [ORAL] | Daily | | 0900 | |
| 0157 PD FLK | 12/08 0900 | ✓ | ASPIRIN EC 325 MG TABLET DR  ECASA 325MG  **Dose: 325 MG/1 TABLET DR**  [ORAL] | every AM | | 0900 | |
| 0160 PD FLK | 12/08 0900 | | LEVOTHYROXINE 100 MCG TABLET  SYNTHROID  **Dose: 100 MCG/1 TABLET**  [ORAL]  \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* AND \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* | Daily | | 0900 | |
| 0160 PD FLK | 12/08 0900 | ✓ | LEVOTHYROXINE 75 MCG TABLET  SYNTHROID  **Dose: 75 MCG/1 TABLET**  [ORAL] | Daily | | 0900 | |
| 0156 PD FLK | 12/08 2100 | ✓ | METOPROLOL TARTRATE 25 MG TABLET  LOPRESSOR  new dose  **Dose: 25 MG/1 TABLET 50mg**  [ORAL]  IF NO CONTRAINDIACTION | 2 x daily | | 0900 | 2100 |
| 0158 TL | 12/08 1630 | | SURESTEP PRO 1 TEST STRIP  FINGERSTICK BLOOD SUGAR TEST  **Dose: 1 TEST/1 STRIP**  [MISC]  Ord As: START IF BS >150  DOCUMENT RESULTS ON DIABETIC F.S.  60-150mg/dl 0 Units reg insulin  151-200 " 0 Unit 351-400 8 Units  201-250 " 2 Unit ->401  10 Units  251 300 " 4 Unit REPEAT fsbs in4 hr  301-350 " 6 Unit call DR >/- 401 | 2xdaily ac | | 0731  273  4u | 1630 |
| | 12/10 | | Plavix 75 mg | daily | | 0900 | |
| | 12/10 | | Nexium 20mg  PO | BID | | 0900 | 2100 |
| | 12/10 | | Digoxin 0.25 mg PO | BID today then daily | | 0900 | 2100 |

See Page 3

**Unadministered Dose Code**

R = Refused    H = Hold    * = See Narrative Note
A = Pt Absent    NPO

| Init | Signature | Init | Signature |
|------|-----------|------|-----------|
| | | | |
| | | | |

MAR Verified by:   OLD
DEC 1 0 2007

**Site Codes**
1-Rt Upper Arm   2-Left Upper Arm   3-Abdomen
4-Rt Lat Thigh   5-Lt Lat Thigh   6-Buttock
7-Lt Buttock   8-Upper Rt Thigh   9-Upper Lt Thigh
10-High Lat Rt Hip   11-High Lat Lt Hip

3004-01      3SE      A0733700361
CAIL,JAMES T

DOB: 01/23/38   Age: 69Y   Sex: M   Adm: 12/03/07
A00303457          Dr: HOWELL,CLIFFORD ERIC

Allergies: PENICI

St Anthony Hospital          **Covers Doses from:**          **Medication Administration Record**

OKLAHOMA CITY, OK  73102    **12/10/07 00:00 to 12/10/07 23:59**    Printed: 12/09/07 23:00  **Page: 1 (more meds follow...)**

Cail

***** UNSCHEDULED MEDICATION ORDERS (cont.) *****

**Special Instructions:**

| Ord# | Start | Stop | Drug/Dose/Route/Comments | Frequency | 0000-0730 | 0731-1530 | 1531-2359 |
|---|---|---|---|---|---|---|---|
| 0170 RH FLK | 12/08 1700 | | ACETAMINOPHEN 325 MG TABLET<br>ACETAMINOPHEN<br>**Dose: 325 MG/1 TABLET** [ORAL]<br>PRN FOR TEMP > 101 | every 4h PRN | | | |
| 0165 PD FLK | 12/08 1700 | | DILTIAZEM INJECTION<br>DILTIAZEM<br>**Dose: 10 MG/2 ML** [IV]<br>Ord As: <100<br>IF HR >120 FOR 20MIN HOLD FOR SBP | as needed PRN | | | |
| 0161 PD FLK | 12/08 1700 | | HEPARIN FLUSH INJ CARTRIDGE<br>HEPARIN LOCK FLUSH<br>**Dose: 200 UNITS/2 ML** [IV]<br>Ord As: PICC LINE/TRIPLE LUMEN CARE<br>EACH DAY AND PRN AFTER MEDICATION<br><br>Flush each lumen with  10ml NS<br>followed by 2ml 100u/ml Heparin<br>after blood draws and infusions and<br>daily when not in use.<br>***************** AND ***************** | as needed PRN | | | |
| 0161 PD FLK | 12/08 1700 | | SODIUM CHLORIDE INJ SYRINGE<br>NS 10ML SYRINGE FLUSH<br>**Dose: 0.9 %/10 ML** [IV]<br>EACH DAY AND PRN AFTER MEDICATION | as needed PRN | | | |
| 0164 PD FLK | 12/08 1700 | | MAALOX 30ML U/D 30 ML SUSPENSION<br>MAALOX PLUS USE THIS ONE<br>**Dose: 1 DOSE/** [ORAL]<br>Ord As: ANTACID OF CHOICE<br>PRN GASTRIC UPSET | as needed PRN | | | |
| 0162 PD FLK | 12/08 1700 | | METOCLOPRAMIDE INJECTION<br>REGLAN<br>**Dose: 10 MG/2 ML** [IV]<br>Ord As: IF CONTRAINDICATED USE ZOFRAN<br>NAUSEA/VOMITING<br>***************** OR ***************** | q 4 hrs PRN | | | |
| 0162 PD FLK | 12/08 1700 | | ONDANSETRON INJECTION<br>ONDANSETRON HCL<br>**Dose: 4 MG/2 ML** [IV]<br>Ord As: IF REGLAN INEFFECTIVE/CONTRAIN<br>NAUSEA/VOMITING<br><br>Therapeutic substitution per P&T | every 6h PRN | | | |

Unadministered Dose Code

R = Refused    H = Hold    * = See Narrative Note
A = Pt Absent    NPO

| Init | Signature | Init | Signature |
|---|---|---|---|
| Am | L M E Clay | B | PEDOWKN |
| | | | |
| | | | |

MAR Verified by:  0110
DEC 10 2007

**Site Codes**
1-Rt Upper Arm   2-Left Upper Arm   3-Abdomen
4-Rt Lat Thigh   5-Lt Lat Thigh   6-Buttock
7-Lt Buttock   8-Upper Rt Thigh   9-Upper Lt Thigh
10-High Lat Rt Hip   11-High Lat Lt Hip

3004-01        3SE        A0733700361
CAIL, JAMES T

DOB: 01/23/38   Age: 69Y   Sex: M   Adm: 12/03/07
A000303457        Dr: HOWELL, CLIFFORD ERIC

**Allergies:** PENICI

St Anthony Hospital         Covers Doses from:       Medication Administration Record

Printed: 12/09/07 23:00
OKLAHOMA CITY, OK  73102     12/10/07 00:00 to 12/10/07 23:59     Page: 2 (more meds follow...)

***** UNSCHEDULED MEDICATION ORDERS (cont.) *****

Special Instructions:

| Ord# | Start | Stop | Drug/Dose/Route/Comments | Frequency | 0000-0730 | 0731-1530 | 1531-2359 |
|------|-------|------|--------------------------|-----------|-----------|-----------|-----------|
| 0163 PD FLK | 12/08 1/00 | | MOM CONCENTRATE 10 ML SUSPENSION MILK OF MAGNESIA CONC **Dose: 30ML/10 ML** [ORAL] CONTIPATION 10ML CONCENTRATE = 30ML MOM | daily prn PRN | | | |
| 0166 PD FLK | 12/08 1700 | | OXYCODONE/APAP 5/325MG 5 MG TABLET OXYCODONE HCL W/ACETAMINOPHEN **Dose: 1-2 TAB/1-2 TABLET** [ORAL] FOR PAIN | every 3 hours PRN | | ↑ Jrn | |
| 0169 RH FLK | 12/08 1700 | | OXYCODONE/APAP 5/325MG 5 MG TABLET OXYCODONE HCL W/ACETAMINOPHEN **Dose: 5 MG/1 TABLET** [ORAL] 1-2 TABLETS | every 3h PRN | | | |
| 0167 PD FLK | 12/08 1700 | | ZOLPIDEM 5 MG TABLET ZOLPIDEM TARTRATE **Dose: 5 MG/1 TABLET** [ORAL] FOR SLEEP. MAY REPEAT X 1 Caution: This medication may cause drowsiness and confusion. It also may increase the patient's risk of falling. | HS MRX1 PRN | | | |
| | | | Scheduled meds | | | | |
| | 12/10 | | Lovenox 40 mg SQ | daily | | 0900 Jrn | |
| | 12/10 | | Metformin 850mg PO | TID | | 0900 Jrn  1500 | 2100 |

Unadministered Dose Code

R = Refused    H = Hold    * = See Narrative Note
A = Pt Absent    NPO

Site Codes
1-Rt Upper Arm    2-Left Upper Arm    3-Abdomen
4-Rt Lat Thigh    5-Lt Lat Thigh    6-Buttock
7-Lt Buttock    8-Upper Rt Thigh    9-Upper Lt Thigh
10-High Lat Rt Hip    11-High Lat Lt Hip

| Init | Signature | Init | Signature |
|------|-----------|------|-----------|
| JM Jrn | James Shanda Nu RN | PB | Bowen RN |
| | | | |

MAR Verified by: 01/10
DEC 10 2007

3004-01    3SE    A0733700361
CAIL, JAMES T

DOB: 01/23/38    Age: 69Y    Sex: M    Adm: 12/03/07
A000303457    Dr: HOWELL, CLIFFORD ERIC

Allergies: PENICI

St Anthony Hospital

Covers Doses from:

Medication Administration Record

OKLAHOMA CITY, OK  73102

12/10/07 00:00 to 12/10/07 23:59

Printed: 12/09/07 23:00
Page: 3 (End of MAR)

1/2/08

Happy New Year

Dear Judge Kennelly, Your Honor!

I am very scared for my

life - almost died the other

day - I pray you order

something - this has gone

too far to be ignored.

RECEIVED

JAN 0 4 2007

JUDGE MATTHEW F. KENNELLY
UNITED STATES DISTRICT COURT

Most Sincerely,

Lou Shpto

URGENT

PLEASE READ

ATTACHES