

United States District Court
Northern District of Illinois

**FILED**
JAN 07 2008
Jan 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

In re Louis C. Shepstin, Movant

CASE # 08 C 116

Motion to Proceed IFP

I, Louis C. Shepstin declare under penalty of perjury that:

1) I am Plaintiff/Petitioner in attached twelve page complaint with exhibits A thru I. That I believe I am entitled to immediate emergency relief due to refusal to treat &

2) I do not have funds or resources to pay filing fees, and seek to be allowed to proceed in forma pauperis.

3) I own NO property NO accounts nothing of value.

I declare under penalty of perjury that foregoing is true and correct. Executed this 2 day of January 2008.

Lou Shepstin
Chicago, IL 60605