In the United States District Court for the
Northern District of Illinois
Eastern Division

FILED
JAN 2 2 2008
1-22-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Louis C. Sheptin,
    Petitioner

vs

P. Harvey, Clinical Director
Metropolitan Correctional
Center et al,
    Respondents.

Case # 08-CV-0116
08 cv 116

Honorable Matthew Kennelly,
Judge, U.S. District Court

EMERGENCY ADVISORY TO COURT WITH
REQUEST FOR HEARING
— IMMINENT BODILY DANGER —

Your Petitioner, Louis C. Sheptin herewith

wishes the Honorable Court to take Judicial

Notice that:

1) Petitioner has a right breast mass which

is painful, in need of biopsy and has been

recommended by at least four hospitals [¹]

for a "A.S.A.P." follow-up/biopsy.

— 1 —

[¹] Denver Mammogram with positive

2) That Respondent has ignored Petitioner's request for treatment and follow-up by an oncologist, just giving Motrin.

3). Petitioner has a injury to left shoulder that occurred at Saint Anthony Hospital on 12/10/07. It is very painful with limitation of movement, very probably a torn rotor cuff. Because this injury occurred via negligence of Respondent and/or Bureau of Prisons and Saint Anthony Hospital[4], they are responsible for diagnosis and orthopedic surgery, if necessary. Respondent ignores Petitioner's pleas for treatment. Yet he is well in-

---

[4] Petitioner fell in shower at Saint Anthony

- 2 -

FORMED OF SAINT ANTHONY DISCHARGE PAPERS THE CLEARLY STATE PETITIONER IS IN NEED OF FOLLOW-UP (MRI OR CAT SCAN). PETITIONER CANNOT RAISE ARM OVER HEAD WITHOUT INTENSE PAIN. JUST GIVEN MOTRINE

4) RESPONDENT AS OF ~~NOVEMBER~~ DECEMBER 28, 2007 DATE OF EXAMINATION HAS IGNORED PETITIONER'S MEDICAL NEED(S).

5) SINCE DECEMBER 19, 2007 RESPONDENT HAS CAUSED PETITIONER TO HAVE HIS BLOOD SUGER CHECKED WITH A GLUCOSE MONITOR "ACC-U-CHECK" DESIGNED FOR HOME USE. THIS MONITOR IS USE ON BOTH INSILUM DEPENDANT DIABETICS AND DIET CONTROL AND NON-INSULUM DIABETIC OR TYPE 1 OR TYPE 2.

-3-

6) On several occasions this Glucose Home Monitor has registered above 350, Today for example Petitioner's sugar registered 374 — and a second test two minutes later 126. The Risk(s) that Respondent takes using a non-clinical device is beyond comprehension. Accocheck Meters are not designed for consistant use 50 times a day, and Respondent totally disregards and is in callous indifference to the medical needs of inmates here at MCC.

7) Petitioner has Fredicksons Type II, Hyperbata-lipoproteinuria, where Petitioner make his own plaque which clogs arteries. Several doctors prescribed Vytorin 10/40 mg.

Respondent refuses this medication to Petitioner who has 8 stents implanted, in his heart

-4-

8) On at least 3 occasions, when Petitioner had chest pain, Respondent and/or Ms. Lamping, Nurse merely took Petitioner's Blood Pressure, An EKG, and announced Petitioner to be fit to return to his cell, One of these occasions was on 1/8/08 the day before Petitioner was stricken with Angina in Lock-up was transported to University of Illinois Med Center & Angioplastied for the Eighth Time.

9) Petitioner Cites He's In Imminent Bodily Danger by virtue of:

    1) Court Records Showing a His Administration of Medications at MCC by Respondents.

    2) Court Records showing and demonstrating Petitioner's Serious Medical Conditions; iE: CAD/Heart Disease

-5-

3) Medical Records & Exhibits both in this court file and in 82 CR 577 (U.S. v Shegitin) demonstrating a acute deteriation of Petitioner's heart while in the hands of respondent requiring invasive procedures on 12/7/07 and again on 1/9/08 on an emergency basis.

For these reasons, because the record does demonstrate that since 12/18/07 at least 4 (four) life threatening events have occurred, two requiring hospitalization, one cardiac surgery, and Petitioner states-epilipiticus (seizures) today and untreated soft tissue injuries and

— 6 —

LACERATIONS TO HEAD AND RIGHT SHOULDER

PETITIONER MOVES FOR APPOINTMENT OF COUNSEL, HEARING AND TREATMENT.

Respectfully Submitted,

*[signature]* 1/18/08

Louis C. Sheptin
71 West Van Buren St
Chicago, IL 60605

Certificate of Service

I Louis C. Sheptin herewith certify that a copy of this motion was put in institutional mail addressed to BOP Counsel Vince Shaw, 71 W. Van Buren St Chicago

1/15/08   *[signature]*

—2—