MHN

**FILED**
JAN 2 2 2008 aew
1-22-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE LOUIS C. SHEPTIN,       CASE # 08 CV 0116
    PLAINTIFF

FILING OF UNANSWERED REQUESTS
FOR MEDICAL TREATMENT/EXAM

NOW COMES, LOUIS C. SHEPTIN AND HEREWITH FILES FIVE INMATE SICK CALL SIGN-UP FORMS DATED 12/24/07 12/14/07 12/18/07 12/30/07 AND 1/6/08

PLAINTIFF STATES THAT TO DATE NONE OF THE ORIGINAL FORMS HAVE BEEN ANSWERED. NOR HAS PLAINTIFF RECEIVED TREATMENT OR FOLLOW UP.

RESPECTFULLY SUBMITTED

1/17/08

Louis C. Sheptin
71 W. Van Buren St
Chicago, IL 60605

## MCC-CHICAGO
### INMATE SICK CALL SIGN-UP FORM (Solicitud para Solicitud Médico/Dental)

INSTRUCTIONS (Check one)/Instrucciones (Indique uno): MEDICAL __X__ DENTAL ____

1. Name (Nombre): _____ Date (Fecha): 12/25/0_
2. Reg Number (Número de Registro): _____-0__ Age (Edad): 56
3. Housing Unit (Unidad de vivienda): 15 Work Place (Lugar de Trabajo): ____
4. Condition/Problem (Condición/Problema): _____
   Have Biopsy on Right Breast Tumor Discovered
   by Mammogram on Nov 13, 2007 at Denver

5. How long have you had this problem? (¿Cuánto tiempo ha tenido este problema?) 11/13/07
6. Are you taking any medications or over the counter medications at this time? Which ones? (¿Está tomando medicinas actualmente, con o sin receta? ¿Cuáles?) Yes see file
7. Are you allergic to any medications? (¿Es alérgico a algún medicamento?) ____
8. Are you having any pain? (¿Está sintiendo dolor?) Yes  If yes, rate the pain from 0-10 __2__
   (0= no pain, 10=worst pain ever)
   (Si es sí, califíquelo de 0 (no duele) a 10 (peor dolor que ha sentido))

9. Signature: _____

**PLEASE BRING ALL PRESCRIBED AND COMMISSARY MEDICATIONS TO YOUR APPOINTMENT WITH YOUR PROVIDER.**
**POR FAVOR TRAIGA TODAS LAS MEDICINAS RECETADAS Y DE LA COMISARÍA A SUS CITAS CON SU PROVEEDOR DE SERVICIOS.**

---

### TO BE COMPLETED BY MEDICAL PERSONNEL

1. Date triaged: _____ Vital Signs: _____
2. Subjective Information: _____
3. Objective Information: _____
5. Medical Staff Signature and Date: _____

| MEDICAL RECORD | RADIOLOGIC CONSULTATION REQUESTS/REPORTS |
|---|---|

**Attn: Sick Call/Triage**

**Monday thru Friday, (except Wednesdays, weekends & holidays)**

1. **Sick call will be conducted by medical staff, Monday thru Friday, (except Wednesdays, weekends & holidays)** on your housing unit, starting between the hours of 6:30

2. **To expedite the process please have your sick call form completely filled out prior to sick call times. When sick call is announced on your floor present your** completed sick call form to the medical staff member.

3. **DO NOT** leave your sick call form on the correctional officer's desk. **YOU must bring your filled out sick call form to the medical staff member when they announce that sick call/triage is being conducted on your unit.**

4. **DO NOT** leave your medication refill request slips on the correctional officer's desk. You must bring your medication refill request slips to the medical staff during sick call/triage to ensure that your medication is refilled. Medication refills will be distributed back to you within three working days. A working day is Monday thru Friday, except holidays. *If you will run out of medication on Friday or the weekend, then be sure to turn in your request slip no later than Tuesday morning sickcall/triage.*

# MCC-CHICAGO
## INMATE SICK CALL SIGN-UP FORM (Solicitud para Servicios Médicos y Dentales)

INSTRUCTIONS (Check one) MEDICAL  X   DENTAL ___

1. Name (Nombre): _____ C. Sexton _____  Date (Fecha): 12/19/2007
2. Reg Number (Número de Registro): 90355-024  Age (Edad): 59
3. Housing Unit (Unidad de vivienda): 13  Work Place (Lugar de Trabajo): _____
4. Complaint / Medical/Dental Problem: See last complaint — _____ _____ _____
   _____ Pain Management or Kidney _____ _____
   Denied Proper Follow-up in two days — Kankakee and Pulaski
   City Jail failed to return me to Cancer Clinic Apt

5. _____ (¿Cuánto tiempo no _____)? _____
6. Are you taking any prescription or over the counter medications at this time? Which ones? (¿Está tomando medicinas _____ con o sin receta? ¿Cuáles?) Yes ___ ___
7. Are you allergic to any medications? (¿Es alérgico a algún medicamento?) ___ ___ ___
8. Are you having any pain? (¿Está sintiendo dolor?) LITTLE  If yes, rate the pain from 0-10: 3
   (0= no pain, 10= worst pain ever)
   (Si es así, califíquelo de 0 (no duele) a 10 (el peor dolor que ha sentido))
9. Signature (Firma): _____

**PLEASE BRING ALL PRESCRIBED & COMMISSARY MEDICATIONS TO YOUR APPOINTMENT WITH YOUR PROVIDER.**
POR FAVOR TRAIGA TODAS LAS MEDICINAS RECETADAS Y DE LA COMISARÍA A SUS _____

### TO BE COMPLETED BY MEDICAL PERSONNEL

1. Date _____  Vital Signs: _____
2. Subjective Information: _____
3. Objective Information: _____

5. Medical Staff Signature and Date: _____

| MEDICAL RECORD | RADIOLOGIC CONSULTATION REQUESTS/REPORTS |
|---|---|

**Attn: Sick Call/Triage**

**Monday thru Friday, (except Wednesdays, weekends & holidays)**

1. Sick call will be conducted by medical staff, Monday thru Friday, (except Wednesdays, weekends & holidays) on your housing unit, starting between the hours of 6:30

2. To expedite the process please have your sick call form completely filled out prior to these occurrences. When sick call is announced on your floor present your completed sick call form to the medical staff member.

3. **DO NOT** leave your sick call form on the correctional officer's desk. **YOU** must bring your filled out sick call form to the medical staff member when they announce that sick call/triage is being conducted on your floor.

4. **DO NOT** leave your medication refill request slips on the correctional officer's desk. You must bring your medication refill request slips to the medical staff during sick call/triage to ensure that your medication is refilled. Medication refills will be distributed back to you within three working days. A working day is Monday thru Friday, except holidays. If you will run out of medication on Friday or the weekend, then be sure to turn in your request slip no later than Tuesday morning sickcall/triage.

## MCC-CHICAGO
### SIGN-UP FORM (Solicitud para...)

INSTRUCTIONS ... MEDICAL __X__   DENTAL ____

1. Name (Nombre): _____ Date: _____
2. Reg Number: 90657-054   Age: 48
3. Housing Unit: _____  Work Place: _____
4. Complaint/Problema: ... BELIEVE I HAVE TORN ROTOR CUFF, RESTRICTION OF MOVMENT, HURTS WHEN LIFTING OVER MY HEAD

5. How long: _____
6. Are you taking prescription or over the counter medications at this time? Which ones? _____
7. Are you allergic to any medications? ___ VASOTEC, CODINE
8. Are you having any pain? YES   If yes, rate the pain from 0-10: 5
9. Signature: _____

**PLEASE BRING ALL COMMISSARY MEDICATIONS WITH YOUR PROVIDER.**
**POR FAVOR TRAIGA TODAS LAS MEDICINAS RECETADAS Y DE LA COMISARÍA A SUS...**

### TO BE COMPLETED BY MEDICAL PERSONNEL

1. Date: _____   Vital Signs: _____
2. Subjective Information: _____
3. Objective Information: _____
5. Medical Staff Signature and Date: _____

| MEDICAL RECORD | RADIOLOGIC CONSULTATION REQUEST/REPORTS |
|---|---|

**Attn: Sick Call/Triage**

**Monday thru Friday, (except Wednesdays, weekends & holidays)**

1. Sick call will be conducted on your floor every Monday thru Friday, (except Wednesdays, weekends & holidays) on your housing unit, starting between the hours of 6:30

2. To expedite the process please have your sick call form completely filled out prior to these set times. When sick call is announced on your floor present your completed sick call form to the medical staff member.

▲ ATTACH 1ST REPORT ALONG LEFT MARGIN WITH TOP AT THIS LINE ▲

3. **DO NOT** leave your sick call form on the correctional officer's desk. YOU must bring your completed sick call form to the medical staff member each time an announcement that sick call/triage is being conducted is made.

4. **DO NOT** leave your medication refill request slips on the correctional officer's desk. You must present your medication refill request slips to the medical staff doing sick call/triage to ensure that your medication is refilled. Medication refills will be distributed back to you within three working days. A working day is Monday thru Friday, except holidays. *If you will run out of medication on Friday or the weekend, then be sure to turn in your request slip no later than Tuesday morning sick call/triage.*

## MCC-CHICAGO
### INMATE MEDICAL SIGN-UP FORM (Solicitud para Servicios Médicos o Dentales)

INSTRUCTIONS (Check one/Instrucciones: Indique uno):   MEDICAL _✓_    DENTAL _____

1. Name (Nombre): _C. Suarez_                                Date (Fecha): _4/20/07_
2. Reg Number (Número de Registro): _20577-424_              Age (Edad): _50_
3. Housing Unit (Unidad de Vivienda): _1A_    Work Place (Lugar de Trabajo): _____
4. Concern/Problem — _severe pain (s) shoulder, say need to see orthopedic doctor ASAP_

_____

5. How long (¿Cuánto tiempo lo ha tenido/sentido?) _1 month_
6. Are you taking/consuming over the counter medications at this time? Which ones? (¿Está tomando medicinas actualmente, con o sin receta? ¿Cuáles?) _see R&D_

7. Are you allergic to any medication? (¿Es alérgico a algún medicamento?) _see R&D_

8. Are you having any pain? (¿Está sintiendo dolor?) _yes_   If yes, rate the pain from 0-10 _10_
   (0= no pain, 10= worst pain ever)
   (Si es sí, califíquelo de 0 (no duele) a 10 (el peor dolor que ha sentido))

9. Signature: _____

**PLEASE BRING ALL PRESCRIBED & COMMISSARY MEDICATIONS TO YOUR APPOINTMENT WITH YOUR PROVIDER.**
POR FAVOR TRAIGA TODAS LAS MEDICINAS RECETADAS Y DE LA COMISARÍA A SUS

---

### TO BE COMPLETED BY MEDICAL PERSONNEL

1. Date triaged: _____   Vital Signs: _____
2. Subjective Information: _____

3. Objective Information: _____

5. Medical Staff Signature and Date: _____

| MEDICAL RECORD | RADIOLOGIC CONSULTATION REQUESTS/REPORTS |
|---|---|

**Attn: Sick Call/Triage**

**Monday thru Friday, (except Wednesdays, weekends & holidays).**

1. Sick call will be conducted by medical staff, Monday thru Friday, (except Wednesdays, weekends & holidays) on your housing unit, starting between the hours of 6:30

2. To expedite the process please have your sick call form completely filled in *prior to the sick call times*. When sick call is announced on your floor, present your completed sick call form to the medical staff member.

3. **DO NOT** leave your sick call form on the correctional officer's desk. **YOU** must bring your filled out sick call form to the medical staff member when floor by floor sick call/triage is being conducted on your unit.

4. **DO NOT** leave your medication refill request slips on the correctional officer's desk. You must bring your medication refill request slips to the medical staff during sick call/triage to ensure that your medication is refilled. Medication refills will be distributed back to you within three working days. A working day is Monday thru Friday, except holidays. *If you will run out of medication on Friday or the weekend, then be sure to turn in your request slip no later than Tuesday morning sickcall/triage*

COPY

# MCC-CHICAGO
## INMATE SICK CALL SIGN-UP FORM (Solicitud para Servicios Médicos o Dentales)

INSTRUCTIONS (Check one)/Instrucciones (Indique uno): MEDICAL ✓    DENTAL ___

1. Name (Nombre): SARGENT, LOUIS                  Date (Fecha): 1/6/08
2. Reg Number (Número de Registro): 90335-054      Age (Edad): 59
3. Housing Unit (Unidad de vivienda): 13   Work Place (Lugar de Trabajo): N/A

4. Complaint/Problema - Sea bien específico:
   1) PAIN ... 10 SCALE ...
   11/13  2) HAVE ® BARHIT MASS — NEED TO ...
   12/10/07 3) HAVE ® SHOULDER INJURY NEED TO R/O ROTATOR CUFF INJURIES

6. Are you taking any prescription or over the counter medications at this time? Which ones? (¿Está tomando medicinas actualmente, con o sin receta? ¿Cuáles?) SEE MEDICAL FILE

7. Are you allergic to any medications? (¿Es alérgico a algún medicamento?) YES SEE MED FILE

8. Are you having any pain? (¿Está sintiendo dolor?) YES   If yes, rate the pain from 0-10 ___
   (0= no pain, 10= worst pain ever)
   (Si es sí, califíquelo de 0 (no duele) a 10 (el peor dolor que ha sentido))

9. Signature: _____

BRING ALL PRESCRIPTION AND COMMISSARY MEDICATIONS TO YOUR APPOINTMENTS WITH YOUR PROVIDER.
POR FAVOR TRAIGA TODAS LAS MEDICINAS RECETADAS Y DE LA COMISARÍA A SUS CITAS CON SU PROVEEDOR DE SERVICIOS DE SALUD.

---

### TO BE COMPLETED BY MEDICAL PERSONNEL

1. Date triaged: _____ Vital Signs: _____
2. Subjective Information: _____
3. Objective Information: _____
5. Medical Staff Signature and Date: _____

| MEDICAL RECORD | RADIOLOGIC CONSULTATION REQUESTS/REPORTS |
|---|---|

**Attn: Sick Call/Triage**

**Monday thru Friday, (except Wednesdays, weekends & holidays)**

1. **Sick call will be conducted by medical staff Monday thru Friday, (except Wednesdays, weekends & holidays)** on your housing unit, starting between the hours of 6:30 am and 7:30 am.

2. To expedite the process please have your sick call form completely filled out prior to these above times. When sick call is announced on your floor present your completed sick call form to the medical staff member.

3. **DO NOT** leave your sick call form on the correctional officer's desk. **YOU** must bring your filled out sick call form to the medical staff member when they announce that sick call/triage is being conducted on your floor.

4. **DO NOT** leave your medication refill request slips on medication refill request slips to the medical staff during sick call/triage to ensure that your medication is refilled. Medication refills will be distributed back to you within three working days. A working day is Monday thru Friday, except holidays. *If you will run out of medication on Friday or the weekend, then be sure to turn in your request slip no later than Tuesday morning sick call/triage.*