# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 116 | **DATE** | January 23, 2008 |
| **CASE TITLE** | | Louis Sheptin (#90355-024) v. Attorney General | |

**DOCKET ENTRY TEXT:**

The Court grants Louis Sheptin's motion for the appointment of counsel [4] and appoints Thomas J. McCarthy and Jenner & Block, 330 N. Wabash Avenue, Chicago, IL 60611-7603, Tel: (312) 923-2768, to represent Mr. Sheptin in accordance with counsel's trial bar obligations under the District Court's Local Rules 83.11(g) and 83.37. Counsel is directed to review all of the Court's orders and the filings and correspondence by Mr. Sheptin currently on file in this case, which are imaged on this Court's electronic docket. Counsel is directed to comply with this Court's order of January 18, 2008, wherein the Court ordered Mr. Sheptin to file an Amended Complaint that names proper parties as defendants to this action, which is being construed as a civil rights action seeking injunctive relief under *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971). All filings on Mr. Sheptin's behalf shall be filed by counsel.

■ [**For further details see text below.**]      Docketing to mail notices.

isk