

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

**FILED**
JAN 23 2008
Jan 23, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

LOUIS C. SHEPTIN,
PLAINTIFF

versus

DR. D. HARVEY, CLINICAL DIRECTOR MCC,
DEFENDANT

Case# 08-C-0116

Hon. M. Kennelly, Judge

JURY TRIAL DEMANDED

EMERGENCY ACTION

<u>EMERGENCY ACTION!</u>

PLAINTIFF'S COMPLAINT AND MOTION TO CONVERT THIS ACTION TO A BIVINS COMPLAINT WITHOUT NECESSITY OF EXHAUSTING ADMINISTRATIVE REMEDIES BASED ON PROOF <u>IMMINENT BODILY DANGER</u>

↓

```
MCC CHICAGO PHARMACY     (312) 322-0567
71 W. VAN BUREN - CHICAGO, IL 60605
  107093      P. HARVEY         01/16/08
SHEPTIN, LOUIS CHARLES         90355-024
MCC CHICAGO - C03-019L
TAKE ONE TABLET BY MOUTH EACH DAY

Rec'd 1/16/08
 9:50 pm

AMLODIPINE 10 MG TAB              #30
 (0) Refills   01/16/2008   IL   RxExp 02/14/08
   CAUTION: Federal/State law prohibits transfer of this drug
   to any person other than patient for whom prescribed.
```

WAS TOLD TO TAKE THIS MEDICATION OR BE PUT IN SHU FOR FAILURE TO FOLLOW DIRECT ORDER

—1—

I. JURISDICTION:

1) The jurisdiction of this Honorable Court is invoked pursuant to Title 28 USC 1331, or in the alternative Plaintiff seeks his release under 28 USC 2241, Habeas Corpus Act; see also 28 USC 1651 All Writs Act.

II. STATEMENT OF CASE & FACTS:

2) The Plaintiff incorporates herein his application for Writ of Habeas Corpus and Supplement thereto with exhibits attached thereto, showing med records dated 12/7 thru 12/2 See Doc 1, 2, 3, and 4

3) Plaintiff cites that based upon medical records he is hypotensive and takes NO medication to lower blood pressure; and that medications to lower blood pressure could kill Plaintiff or collapse a stented artery[1], or cause MI.

—2—

---

[1] Especially a newly stented artery. Plaintiff has NEVER taken or been Rx'ed anti hypotensives

4) THAT AS LATE AS JANUARY 16, 2008 AS EVIDENCED BY MEDICATION LABEL AFFIXED TO PAGE ONE, DR. HARVEY CONTINUES TO PRESCRIBE JANIE T. CAIL'S BLOOD PRESSURE MEDICATION TO PLAINTIFF, DISPITE THE FACT[1/] THAT RECORDS SHOW PLAINTIFF HAS BEEN HOSPITALIZED WITH LOW BLOOD PRESSURE AND AS RECENT AS JANUARY 9, 2008 WAS HOSPITALIZED WITH PTCA ANGIO-PLASTY, AND WAS STENTED AT U.I.C. MED CENTER.

5) PLAINTIFF BELIEVES HARVEY IS TRYING TO DO BODILY HARM[1/] TO PLAINTIFF, AND/OR TRYING TO CAUSE CARDIAC COLLAPSE BY PRESCRIBING NORVASIC-AMLODIPINE 10 mg-, TO PLAINTIFF WHEN THIS MEDICATION <u>IS NOT</u> MEDICALLY INDICATED.

—3—

---

[1/] PLAINTIFF INFORMED HARVEY ON 12/26/08 OF THIS ERROR.

6) Because of Defendant's continued attempts on Plaintiff's life or continued gross negligence your Plaintiff moves for the following relief: Trial on Merits and:

III Relief:

1) Find that Plaintiff faces imminent bodily danger at the hands of Defendant P. Harvey.

2) Award punitive damages of One Million Dollars.

3) Award compensation in an amount the Court deems just and proper, or in the alternative release Plaintiff from confinement which places Plaintiff in imminent bodily danger, and award attorney fees and cost of court and:

4) As proof of Defendant's gross attempt on Plaintiff's life He shows

-4-

AN ELECTROCARDIOGRAM TAKEN ON DECEMBER 07, 2007 WHICH A BLOOD PRESSURE RECORDED ON FRONT OF 94/43 (HYPOTENSIVE). ADDITIONALLY PLAINTIFF ATTACHS A COPY OF HIS DISCHARGE MEDICATIONS, NONE OF WHICH ARE FOR BLOOD PRESSURE.[4]

PLAINTIFF SEEKS THE IMMEDIATE SERVICE OF THIS COMPLAINT ON HARVEY WITH THE RE-APPOINTMENT OF JENNER AND BLOCK PRO BONO. SO PRAYS YOUR PLAINTIFF

MOST RESPECTFULLY SUBMITTED

*Lewis Charles Shipton* (signature)

LEWIS CHARLES SHIPTON
71 WEST VAN BUREN ST
CHICAGO, IL 60605

ATTACHMENTS: EXHIBIT MARKED 'B' DISCHARGE INSTRUCTIONS
EXHIBIT MARKED "C" EKG WITH BP 94/43

—5—

[4] NONE ARE ANTI-HYPOTENSIVES, HOWEVER SOME LOWER BP AS

# Saint Anthony Hospital
1000 North Lee, Oklahoma City, Oklahoma 73102

## Inpatient Discharge Instructions

ST ANTHONY HOSPITAL
* SHEPTIN, LOUIS           I/P
0734100419   CAR 3005-01
10/23/1948  59Y  M  12/07/07
SUTOR, RONALD         000511770

**Diagnoses and Comments:**
CAD s/p stent    Seizure Disorder
HX AFib    @ Shoulder soft tissue injury
Hepatitis C
GERD

**Appointments:**
Physician: Dr. Centure Medical Clinic   date/time: _____

**Special Instructions:**
Diet: Healthy Heart    Activity: No Lifting for 1 week
Other: (laboratory, physical therapy, return to work, etc)
   Home Health: _____    phone: _____

**Medications:** (name, dosage, how often)
EC Aspirin 325 daily po
Plavix 75mg
Vitamin 10/40 every evening
Sotalol 40mg
Zantac 150 mg twice daily
Dilantin 300 mg everyday
NTG 0.4mg SL PRN chest pain
Tylenol 325 1-2 tabs q 4 hrs PRN pain

If you have questions, call: _____    phone: _____
"I understand, and have received a copy of this discharge plan."
   (signature of patient or guardian): [signature]    date: 12-10-07
Physician signature: _____   date: _____   discharging nurse: [signature]   date: 12-10-07
faxed to: _____   fax number: _____   date & time faxed: _____   initials: _____

Case 1:08-cv-00116    Document 16    Filed 01/23/2008    Page 7 of 7

