

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In The Matter Of: | ) |
| LOUIS CHARLES SHEPTIN | ) |
| vs. | ) Case No.  08 C 116 |
| ATTORNEY GENERAL, et al. | ) |

**TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR REASSIGNMENT**

The above-captioned case having been assigned to the calendar of Judge **Kennelly** in error; it is recommended that the assignment be vacated and the case be reassigned to the calendar of Judge **LINDBERG**. The reasons for the reassignment are indicated on the reverse side.

MICHAEL W. DOBBINS
Clerk

*A. E. Woodham*
A. E. Woodham, Deputy Clerk

Dated:   January 22, 2008

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above-captioned case be and the same hereby is to the calendar of **LINDBERG**.

ENTER:

FOR THE EXECUTIVE COMMITTEE

*James F. Holderman*
Chief Judge

Dated: JAN 2 3 2008

Local Rule 40.3(b)(1)

Case was filed as a Habeas Corpus Petition and directly assigned to Judge Kennelly who was assigned his prior habeas cases (07 C 847, et al). Pursuant to the January 18, 2008 order this case was converted into a civil rights action dealing with conditions of confinement.

Plaintiff is an inmate who has filed a prior 'conditions of confinement' case (02 C 7282). Therefore, under the above-cited rule, this case should be assigned directly to the calendar of Judge LINDBERG who was assigned to his prior 'conditions of confinement' case.