**FILED**

JAN 22 2008   JAN 2 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

January 17, 2008

-08 CV 0116

RECEIVED
JAN 2 2 2008
JUDGE MATTHEW F. KENNELLY
UNITED STATES DISTRICT COURT

Dear Judge Kennelly:

He's done it again! I am sorry to have to inform Your Honor that this Doctor(s) has again misadministered medications not appearing on my medication list. Medication(s) that could kill me. I've had two angioplasties in the past 40 days; a cardiac event on 12/23 after taking Norvasc & Metformin & Levothroxin which hospitalized me. I am very paranoid of this Medical Department, with good reason.

I request the Court taking Judicial Notice of my most recent filing.

Sincerely & Respectfully

Leon C. Shepitin
71 W. Van Buren St
Chicago, IL 60604

P.S. If I could I would file a suit against Congress to obtain a pay raise for ya'll. I understand you serve on slave wages — so I am sure you can understand my fears that the system might pass this by and I might die in here. If there is any type of pleading I could file in Washington D.C. District Court I surely would do it. But please don't take it out on me that your wages do not commensurate with the stress of responsibilities ya'll have. Maybe a judicial strike is in order — not a bad idea — huh.

I am sincerely scared of that quack, Dr. Harvey — he's dangerous and absent minded to the N$^{th}$ degree.