IN THE U.S. DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS

Louis Sheptin v. U.S., 82 CR 555
#90355
Metropolitan Correctional Center
71 West Van Buren
Chicago, Illinois  60605

FILED
JAN 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JAN 25 2008

EXHIBIT LIST
OR
RECORD ON APPEAL LIST

PRECIPIE: US v. SHEPTIN 82 CR 555
SUPPLEMENT RECORD ON APPEAL

TO: HONORABLE MIKE DOBBINS, CLERK

FROM: LOUIS C. SHEPTIN

RE: RECORD ON APPEAL 82 CR 555 & 08 CV 0116

DEAR CLERK THE ONLY RECORD ON APPEAL NECESSARY IS DOCUMENT 129 (MINUTE ORDER)
DOCUMENT 128 EMERGENCY APP FOR HABEAS CORPUS
DOC → 127 — 120
ANY EXHIBITS OR SUPPLEMENTS TO SAID RECORD FILED WITH ABOVE

AND DOCUMENT 1, 2 AND 3 4, 5, 6, 7, 8 OF SHEPTIN V. ATTORNEY GENERAL, 08 CV 0116, JUDGE KENNELLY PRESENTLY PENDING

ADDITIONALLY A COPY OF THE TAPE OF THE STATUS HEARING ON 1/11/08 AT 10:00AM BE PROVIDED THE COURT OF APPEALS. PLEASE

THANK YOU
SINCERELY
LOUIS C. SHEPTIN
71 W. VAN BUREN ST
CHICAGO, IL 60605