

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JAN 25 2008   JAN 2 5 2008 aew
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

LOUIS C. SHEPTIN
    Plaintiff

    v.

ATTORNEY GENERAL

CASE # 08 CV 0116
82 CR 555

Judge Kennelly

NOTICE OF FILING - WITNESS DECLARATION(S)

NOTICE IS HEREBY GIVEN THAT PLAINTIFF FILES ATTACHED WITNESS AFFIDAVITS OF VARIOUS INMATES WHO, ON OATH (28 USC 1746) HAVE AVERRED THAT PLAINTIFF "ON SEVERAL OCCASIONS" BECAME ILL AND WAS NOT TREATED AND RETURNED TO HIS CELL BY STAFF "ILL AND INFIRM."

1/19/08

RESPECTFULLY SUBMITTED,

Louis C. Sheptin
71 W. [illegible] St Chicago 60607

ATTACHMENT 2 PAGES

FILED
JAN 2 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JAN 2 5 2008

## DECLARATION EN-MASSE

We the undersigned Inmates have witnessed Inmate Louis C. Sheptin become seriously ill at Unit 13, Metropolitan Correctional Center, have to be physically assisted and/or carried physically off the unit — un-responsive and returned to his cell ill and infirm, on several occasions. We have also witnessed untreated physical injury(ies), gasping for breath, and passing out — with nothing being done medically by staff.

We declare under penalty of perjury the foregoing to be true

Page 1 of 2

AND CORRECT. SIGNED THIS 19 DAY OF JANUARY 2008, IN CHICAGO, ILLINOIS. (28 USC 1746)

NAME                NUMBER
JUAN JOSE DIAZ (f-f-p-)   21508-424
JAMES Smith WITHOUT PREJUDICE UCC-1-207/1-308 — #11722424

PAGE 2 OF 2

PRELIM  1/18/08

Dear Clerk,

Will you please insure a copy of the foregoing is brought to Judge Kocoras' attention in

US v Shepton 82 CR 555

and

Shepton v AG  08 CV 0116

Thank you

And

Sincerely

Louis Ced Shepton