

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JAN 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN RE LOUIS C. SHEPTIN,
        PLAINTIFF                    CASE # 08-CV-0116

DIRECTED TO THE HONORABLE MATTHEW KENNELLY, JUDGE

PLAINTIFF'S URGENT ADVISORY & REQUEST FOR SUBPOENA
OF MEDICAL RECORDS OF PLAINTIFF LOUIS SHEPTIN
REASON — IMMINENT BODILY DANGER

COMES NOW THE PLAINTIFF, LOUIS C. SHEPTIN AND

URGES THIS HONORABLE COURT TO:

1) SUBPOENA THE COMPLETE MEDICAL FILE OF LOUIS C. SHEPTIN REG# 90355-024 AT THE METROPOLITAN CORRECTIONAL CENTER, 71 WEST VAN BUREN STREET, CHICAGO ILLINOIS 60605; AND

2) SUBPOENA THE COMPLETE MEDICAL FILE OF LOUIS C. SHEPTIN, DATE OF BIRTH 10/23/48, SOCIAL SECURITY NUMBER 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 HOUSED IN THE MEDICAL RECORDS OF UNIVERSITY OF ILLINOIS MEDICAL CENTER, FOR HOSPITALIZATION OF PLAINTIFF FROM 9 JAN 2008 THRU 10 JAN 2008; ATTENDING Dr. Lo

—1—

PLAINTIFF'S REASONS FOR THIS URGENT REQUEST IS TO:

1) PROVE THAT ON 1/9/08 Dr. Harvey FAXED JAMES T. CAILS "MEDICATION ADMINISTRATION RECORD" TO UNIVERSITY OF ILLINOIS MEDICAL CENTER

2) PROVE THAT JAMES T. CAILS MEDICAL RECORDS ARE STILL BEING NEGLIGENTLY KEPT/USED AND RELIED UPON BY BOP MEDICAL STAFF AND CAUSING PLAINTIFF INJURY(IES); AND MISADMINISTRATIONS OF MEDICATION AS LATE AS JAN 16, 2008

3) THAT A CALLOUS DISREGARD FOR PLAINTIFF'S RIGHTS EXIST THAT PLACE PLAINTIFF IN A STATE OF IMMINENT BODILY DANGER WITH RESPECT TO THE DELIVERY OF MEDICAL CARE & MEDICATIONS AT MCC. PLAINTIFF HAS ACUTE CORONARY DISEASE.       -2-

¼ ALL 3 PAGES

-2-

THE PLAINTIFF CITES THAT ON JANUARY 19, 2008 HE SPOKE WITH P. HARVEY AND ASKED HARVEY "WHY ARE PRESCRIBING ANTIHYPERTENSIVE DRUGS TO ME."

PLAINTIFF HAD IN HIS HAND A BOTTLE CONTAINING 29 10 MILLIGRAM TABS OF AMLODIPINE. HARVEY WOULD NOT ADMIT TO HAVING PRESCRIBED THIS MEDICATION[1], HOWEVER HE DID DISCLOSE THAT THE MEDICAL RECORD OF JAMES TI CAIL WAS "ACCIDENTLY FAXED" TO UIC FOR PLAINTIFF'S CONTINUED CARE, AGAIN RISKING THE PLAINTIFF'S LIFE.

ADDITIONALLY HARVEY ACCUSED DR. BONNIE NOWAKOWSKI OF FAXING THE RECORDS TO DR. LO AT U.I.C., "IN ERROR".

IN ANY EVENT THE RETENTION OF INCORRECT MEDICAL INFORMATION IS AN UNACCEPTABLE RISK AND A VIOLATION OF HIPPA.

PLAINTIFF REQUESTS A HEARING AND SUBPOENA OF THE INDICATED RECORDS, AND RELIEF.

JAN 17, 2008

Respectfully yours,

Joe Abut

LOUIS C. SHEPTIN
71 W. VAN BUREN
CHICAGO, IL 60605

[1] HOWEVER A PILL BOTTLE LABEL PROVES DIFFERENT.

—3—

DECLARATION OF PLAINTIFF

I, LOUIS SHEPTIN DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING FACTS ARE TRUE AND CORRECT. EXECUTED JAN 19, 2008.

— 4 —