

UNITED STATES COURT OF APPEALS

SEVENTH CIRCUIT

CLERK OF THE COURT

219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

TELEPHONE
(312) 435-5850

**FILED**
JAN 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JAN 25 2008

TO: District Court Clerk's Office

RE: Notice of Docketing

The below captioned Petition for Writ of Mandamus has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Court No.:   08-1167          Docketed on: 1/22/08
Short Caption:         Sheptin, Louis v. Kennelly, Matthew
District Court Judge:  Matthew F. Kennelly
District Court No.:    08 C 116

If you have any questions regarding this appeal, please call this office.

(1192-020995)