**CEM**

**FILED
JANUARY 23, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

# United States Court of Appeals

For the Seventh Circuit
219 S. Dearborn Street, Suite 2722
Chicago, Illinois 60604

Clerk of the Court                                                                                           (312)435-5850

**To:**   **District Court Clerk's Office**

**Re:**   **Notice of Docketing**

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| | |
|---|---|
| Filed on: | 1/22/08 |
| Appellate Court No.: | 08-1167 |
| Short Caption: | IN Re: Louis Sheptin |
| District Court Judge: | Judge Kennelly |
| District Court No.: | 08 C 116 |

If you have any questions regarding this appeal, please call this office.

**cc:**