UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

JAN 28 2008 *serv*
Jan 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Loers C. Sheoctw
_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

P. Harvey, MD
Cummerce Directon
71 W. Van Beren
Nurse Wacker

_____

_____

(Enter above the full name of ALL
defendants in this action.  <u>Do not</u>
<u>use "et al."</u>)

Case No: __O8 CV 0116__
(To be supplied by the <u>Clerk of this Court</u>)

Jury Trial Demanded

CHECK ONE ONLY:             **AMENDED COMPLAINT**

_____      COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
            U.S. Code (state, county, or municipal defendants)

___✓___      COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
            28 SECTION 1331(a) U.S. Code (federal defendants)

_____      OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Revised 4/01                    1

I.    **Plaintiff(s):**

A.    Name: _Louis C. Shepttw_

B.    List all aliases: _____

C.    Prisoner identification number: _90355 - 024_

D.    Place of present confinement: _MCC_

E.    Address: _71 W. Kaar Burron St Chicago_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II.   **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: _P. Harvey_

Title: _Cuiwicae Direction_

Place of Employment: _MCC Chicago_

B.    Defendant: _Nurse Walker_

Title: _Nurse_

Place of Employment: _MCC Chicago_

C.    Defendant: _Eric Wilson, Warren_

Title: _Wilson_

Place of Employment: _MCC Chicago_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III.   **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.     Is there a grievance procedure available at your institution?

YES ( ✓ ) NO (  )   If there is no grievance procedure, skip to F.

B.     Have you filed a grievance concerning the facts in this complaint?

YES ( ✓ ) NO (  )

C.     If your answer is YES:

1.     What steps did you take?

I WROTE SEVERAL LETTERS TO STAFF UNDER EMERGENCY STATUS ——

2.     What was the result?

N/O ANSWER

3.     If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

I FILED A MOTION FOR EMERGENCY MOTIONS

D.     If your answer is NO, explain why not:

3

E.    Is the grievance procedure now completed?  YES ( )  NO (✓)

F.    If there is no grievance procedure in the institution, did you complain to authorities?  YES (✓) NO ( )

_Federal Court Health & Human Services_
_And FBI_

G.    If your answer is **YES**:

1.    What steps did you take?

_Talked to Norton USATTY investigation_
_Filed suit in Oklahoma —_

2.    What was the result?

_Suit case Filed — No other Action_
_From Anyone Except Judge Kennedy_

H.    If your answer is **NO**, explain why not:

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: _Stedman V Tippit  99 C499_
   _Vicow_

B. Approximate date of filing lawsuit: _May 27, 1999_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

   _____

   _____

   _____

D. List all defendants: _David T Lougunan_

   _____

   _____

   _____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F. Name of judge to whom case was assigned: _____

   _____

G. Basic claim made: _____

   _____

   _____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

   _Dismissed_

   _____

H. Approximate date of disposition: _5/27/99_

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

V.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)



SEE PAGES 1-16
ATTACHED
EXHIBITS MARKED
"C" "D" AND XX
"E")



SEE 1-16
ATTACHED

**VI.    Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.
Cite no cases or statutes.

One Million Dollars Each Defendant
(Compensation)

10 Million Dollars Punitive Damages
Biopsy on Right Breast & Treatment if Needed
Repair of Left Shoulder —
Dentures
Appointment of Counsel Please

**CERTIFICATION**

By signing this Complaint, I certify that the facts stated in this
Complaint are true to the best of my knowledge, information
and belief.  I understand that if this certification is not correct,
I may be subject to sanctions by the Court.

Signed this ___23___ day of __Jan__ , 20_0 8_

_____

_____
(Signature of plaintiff or plaintiffs)

Louis C. Sheonrw  90355·024
_____
(Print name)

90355-0251     90355-024
_____
(I.D. Number)

71 W. Van Buren St
Chicago, FL 60605
_____
(Address)

Attachment
Pages 1-16
Exhibits C,D
and XX

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF STATE OF ILLINOIS

EASTERN DIVISION

LOUIS C. SHEPTIN,
    PLAINTIFF

    VS.

P. HARVEY, CLINICAL DIRECTOR AND

NURSE WALKER,
    DEFENDANTS

CASE # 08 CV 116

DIRECTED TO: THE MOST HONORABLE MATTHEW KENNELLY U.S. DISTRICT JUDGE

## AMENDED COMPLAINT

I. JURISDICTION:

   1) THE JURISDICTION IS VESTED IN THIS HONORABLE COURT BY TITLE 28 U.S.C.A. § 1332.

— 1 —

Page 2

2) This case's jurisdiction is also invoked pursuant to Bivens v. Six Unknown Agents, 403 U.S. 388 (1971)

## II. Venue:

3) Venue is proper pursuant to the fact that most acts, omissions and injury occurred at 71 W. Van Buran Street, Chicago, Illinois at the Metropolitan Correctional Center.

## III. Nature of Case:

4) The Plaintiff, a 59 year old heart patient with 8 implanted stents, seeks Emergency Injunctive Relief for Repeated Administration(s) of Medications perscribed to Plaintiff from a list belonging to James T. Caul. (See Exhibits C & D Attached) See also Supplement to Emergency Application for Habeas & Motion to Convert to Bivens Action in this Case filed.

— 2 —

Page 3

IV - STATEMENT OF FACTS:

5) On December 5, 2007 Plaintiff arrived at the ("FTC") Federal Transit Center in Oklahoma City, OK., in route to Chicago.

6) Due to serious coronary problems a special flight from Denver by Lear Jet was arranged by U.S. Marshals.

7) On December 7, 2008 Plaintiff suffered intense chest pain, and was taken to Medical Department at FTC. An EKG was run, and an ambulance was called.

8) Plaintiff was transported by ambulance to Saint Anthony's Hospital 1000 N, Lee Street, Oklahoma City, OK where Plaintiff was seen by emergency room doctors and Plaintiff was admitted STAT to the Critical Intensive Care Unit ("CICU").

—3—

Page 4

9) Dr. Ronald Sutor, Cardiologist examined Plaintiff and stated Plaintiff needed emergency angioplasty. He also discovered a "Systolic heart murmer" upon exam.

10) Plaintiff signed releases and Dr. Sutor preformed Coronary Angioplasty Surgery and implanted a "Microdriver Stent into Plaintiff's LAD Artery. The LAD Artery in Medical Circules is Known As "The Widow Maker".

11) Prior to Plaintiff's Arrival to FTC on, Nov 13, 2007 Plaintiff had Mammogram of both Left and Right Breasts. The Mammogram was found to be Positive, and a follow-up exam of Biopsy was ordered, for Nov 15, 2007 Plaintiff was not taken.

12) On December 18, 2007 Plaintiff was Flown By Con-Air to O Hare Airport. MCC Staff Picked up Plaintiff

— 4 —

Page 5

13) On 12/18/07 at approximately 8:30 pm
Plaintiff was finally seen by Physicians
Assistant Ariuza. Plaintiff had filled out
a standard intake medical form listing
the following medications:

    A) Digoxin
    B) Sotolol
    C) Narinium or Prepcid
    D) Tegratol
    E) Dilantin
    F) Vytorin
    G) ECASA (Aspirin)
    H) Nitrostat S.L.

14) Aruza gave to Plaintiff the following
medications which came with Plaintiff in
a seperate box, unbeknowingst this Plaintiff:

    A-1) Metoprolol 25 mg
    A-2) Levothyroxine Tabs 100 & 75 mg
    A-3) Plavix
    A-4) Sotolol
    A-5) Simvastatin
    A-6) Nitro Tabs

-5-

PAGE 6

A-7) ACETAMINOPHEN
A-8) AMLODIAINE BESYLATE
A-9) ASPIRIN (NOT ENTERICCONTED)
A-10) LOPRESSOR 100 mg
A-11) DIGOXIN)
A-12) METAFORMIN 875mg.

15) THE FOLLOWING DAY AT PILL CALL ON THE 7TH FLOOR OF M.C.C. ON 12/19/07 PLAINTIFF INTRODUCED HIMSELF TO DEFENDANT AS HE WAS GOING FROM ONE ROOM TO THE OTHER, TRYING TO FIND OUT WHAT THE EXTRA MEDICATIONS WERE FOR. HARVEY RETORTED "OH, YOU'RE SHEPTON, YOU'RE REPUTATION PRECEEDS YOU!" QUOTE — UNQUOTE. HARVEY MADE A QUICK EXIT — SHUTTING THE DOOR BEHIND HIM!

16) ON 12/19/07 AT APPROXIMATELY 3:00 PM NURSE VELASQUEL DELIVERED THE FOLLOWING MEDICATIONS ISSUED BY DR. NSEROY:

DECREASED    B-1) METOPROLOL 100 mg TWICE A DAY

B-2) NORVASC (AMLODIPINE 10 mg)

Page 7

B-3) SOTOLOL 40mg BID

B-4) PLAVIX 75 mg

A-5) NITROTAB S.L. PRN

B-6) DILANTIN (PICCLINE)

(INCREASED)   B-7) METAFORMIN 1000mg TID

B-8) ACCETAMOOPHEN 325 mg

B-9) RANITIDINE 150 mg TAB BID

B-10) SIMVASTATIN 80 mg TABS

B-11) LEVOTHYROXINE 175mg

17) ON OR ABOUT 12/27/07 NURSE WALKER THREATENED PLAINTIFF STATING IF YOU DO NOT TAKE ALL YOUR MEDS I WILL PUT YOU IN SHU (THE HOLE). ADDITIONALLY LATER ON PLAINTIFF ATTEMPETED TO RENEW A PRESCRIPTION FOR NITROGLYCERIN SUB LINGUAL TABS AND WALKER STATED " SHEPPARD, YOU LIKE TO FILE COMPLAINTS, WRITE THE JUDGE, AND ASK HIM FOR YOUR NITRO." MIKE HAYES AND OTHER INMATES WITNESSED WALKER. REFUSE TO REFILL SHEPPARD INMATE REQUEST FOR REFILL (SEE COURT RECORDS FOR DECLARATION & REFILL BLANK).

— 7 —

Page 8 —

18) Plaintiff was Diagnosed with BORDERLINE Diabetics, However Dr. Sutor DID NOT Prescribe any medication for this He did Request follow-up of Lump (R) Breast and Left Shoulder work up

19) On or About 12/26/07 Plaintiff

was finally examined by Defendant. The

Plaintiff ask the Court to Take Judicial Notice

That From 12/18/07 till 12/26/07 Plaintiff was

Not examined by a Medical Doctor and could

Not find out what the Extra Medications were

about.

20) On December 23, 2007 After taking

Metaformum Loprussor 100mg, Sotolol, Digoxin

Page 9

LEVOTHYROXINE, AMLODIPINE, ASA, Plavix
Plaintiff BROKE OUT INTO A COLD SWEAT—
DIZZY WITH HANDS & FEET NUMB —

HE TOLD HIS CELL MATE — CALL THE

GUARD — Plaintiff WAS TAKEN TO Medical

WHERE HIS BLOOD PRESSURE WAS VERY

LOW — Plaintiff WAS TOLD BY NURSE

VALASQUEZ — LEMME CALL HARVEY —

SHE RETURNED AND STATED DR. HARVEY

WANTS YOU TO GO BACK TO YOUR CELL

AND LIE DOWN. VALASQUEZ TOOK

ANOTHER BLOOD PRESSURE AND STARTED

SCREAMING "CALL 911 — CALL 911 "

— 9 —

Page 10

"He's Dieing call 911". Plaintiff passed

out.

21) An Ambulance came, Plaintiff's

Blood Pressure got a little better,

Plaintiff was transported to Northwestern

22) Four Doctors were faxed Exhibit's

C-D, and that Medical Record was faxed

per instruction of Harvey my staff in

Medical Department. Plaintiff was discharged

with yet a New List of Medications
(see Supplement to Emergency Habeas Corpus
with 3 Page Discharge dated) 12/24/07.

Page 11

27) From 12/18/07 thru present Plaintiff has sent written requests to Defendant for Biopsy of right Breast; left shoulder injury follow-up, all requested in discharge notes both of Dr. Sutor and Northwestern. Plaintiff was also stated he was in pain, however these, some 12 requests go unanswered the only answered request is a January 28, 2008 appointment to remove 3 teeth (roots) broken off at the gum, reason why the wait— "Due to recent cardiac work" etc. Request made 12/21! See Exhibit marked XX —

— 11 —

Page 12

23) ON OR ABOUT DECEMBER 28, 2007

PLAINTIFF CALLED TO THE ATTENTION OF

DEFENDANT P. HARVEY THAT HARVEY WAS

USING INCORRECT MEDICAL RECORDS

AND ENDANGERING MY LIFE. HARVEY

SAW THAT PLAINTIFF HAD CAIL'S MED

RECORDS AND ASKED "WHERE DID YOU

GET THOSE" PLAINTIFF STATED "A

MEDICAL RECORD REQUEST" HARVEY

SEEMED VERY NERVOUS WHEN CON-

FRONTED WITH CAIL'S RECORDS

AND HAD NO ANSWER.

— 12 —

— 13 —

24) On Jan 9, 2008 at the lock-up at District Court again Plaintiff complained of Chest Pain to Marshals. Plaintiff was transported to University of Illinois Medical Center Emergency Room, and after exam by Cardiology, Plaintiff was transferred to O.R. for emergency Angioplasty — after 5 hours on the table — an 8th Stent was placed in Plaintiff's LAD Artery by Cardiologists. Plaintiff was sedated from 1/9/08 thru 1/10/08 with Morphine, Valium, Fentynol

Page — 14 —

AND VICODIN. SOME TIME ON 1/10/08 DR. LO RECEIVED A CALL FROM MEDICAL DEPARTMENT AT MCC WANTING UIC TO DISCHARGE. A PREMATURE DISCHARGE WAS DONE, AND 12 HOURS LATER, STILL IN A FOG FROM MEDICATIONS & NARCOTICS PLAINTIFF WAS DRAGGED BEFORE ARLANDER KEYS, U.S. MAGISTRATE JUDGE FOR A STATUS HEARING.

25) ON, OR ABOUT JANUARY 16, 2008 DEFENDANT HARVEY AGAIN PRESCRIBED PAIL'S MEDICATIONS TO PLAINTIFF; THE FOLLOWING DAY PLAINTIFF

— 14 —

Page 15

FILED A MOTION TO CONVERT THE EMERGENCY HABEAS ACTION TO A BIVINS ACTION. ADDITIONALLY ON OR ABOUT JANUARY 16, PLAINTIFF FELL OFF HIS BUNK WITH A SEIZURE AND LACERATED HIS Right SHOULDER — HARVEY SAW PLAINTIFF ON JANUARY 19, 2008 AND STATED —

"WHY ARE YOU STILL giving ME ANTI-HYPERTENSIVES?" HARVEY REPLYS IT'S DR. NOWAKOWSKIS FAULT SHE FAXED CALL'S MED LIST TO UIC AND UIC USED IT TO MAKE YOUR DISCHARGE MEDS" QUOTE — UN QUOTE.

26) THUS HARVEY SEEMED TO KNOW EXACTLY WHAT HAPPENED.

27) PLAINTIFF BELIEVES HIS LIFE IS IN DANGER.

— 15 —

— Page 16 —

28) PLAINTIFF BELIEVES THAT HARVEY IS RETALLIATING AGAINST PLAINTIFF FOR HIS PRIOR LITIGATION BEFORE THIS COURT.

29) I CONTACTED THE WARDEN AND HIS ASSISTANTS AND PSYCHOLOGY ABOUT MY FEARS AND THEY RECEIVED A COPY OF PLAIN MED LIST FROM DR. PAWA, PhD HERE.

30) I BELIEVE THE ACTS OF HARVEY ARE INTENTIONAL, NOT MERELY OVERSIGHT OR NEGLIGENCE - NO ONE CAN BE THIS STUPID!

— 16 —

***** SCHEDULED MEDICATION ORDERS *****

**Special Instructions:**

| Ord# | Start | Stop | Drug/Dose/Route/Comments | Frequency | 0000-0730 | 0731-1530 | 1531-2359 |
|------|-------|------|--------------------------|-----------|-----------|-----------|-----------|
| 0172 RN FLK | 12/09 2100 | . | ALBUTEROL 3 ML SOLUTION<br>ALBUTEROL SULFATE INHL<br>Dose: 2.5 MG          [INHL]<br><br>TO BE ADMINISTERED BY RESPIRATORY CARE PERSONNEL.<br>See Respiratory Care Clinical Notes for documentation of treatment and actual administration time. | every 4h | 0100 0500 | 0900 1300 | 1700 2100 |
| 0159 PO FLK | 12/08 0900 | | AMLODIPINE BESYLATE 10 MG TABLET<br>NORVASC<br>Dose: 10 MG/1 TABLET     [ORAL]<br>Ord As: CADUET 10/20<br>************** AND ****************** | Daily | | 0900 | |
| 0159 PO FLK | 12/08 0900 | | ATORVASTATIN 10 MG TABLET<br>LIPITOR<br>Dose: 20 MG/2 TABLET     [ORAL] | Daily | | 0900 | |
| 0157 PO FLK | 12/08 0900 | , | ASPIRIN EC 325 MG TABLET DR<br>ECASA 325MG<br>Dose: 325 MG/1 TABLET DR  [ORAL] | every AM | | 0900 | |
| 0160 PD FLK | 12/08 0900 | | LEVOTHYROXINE 100 MCG TABLET<br>SYNTHROID<br>Dose: 100 MCG/1 TABLET    [ORAL]<br>************** AND ****************** | Daily | | 0900 | |
| 0160 PD FLK | 12/08 0900 | , | LEVOTHYROXINE 75 MCG TABLET<br>SYNTHROID<br>Dose: 75 MCG/1 TABLET     [ORAL] | Daily | | 0900 | |
| 0156 PD FLK | 12/08 2100 | , | METOPROLOL TARTRATE 25 MG TABLET<br>LOPRESSOR  new dose<br>Dose: 25 MG/1 TABLET  50mg  [ORAL]<br>IF NO CONTRAINDIACTION | 2 x daily | | 0900 | 2100 |
| 0158 TL | 12/08 1630 | | SURESTEP PRO 1 TEST STRIP<br>FINGERSTICK BLOOD SUGAR TEST<br>Dose: 1 TEST/1 STRIP     [MISC]<br>Ord As: START IF BS >150<br>DOCUMENT RESULTS ON DIABETIC F.S.<br><br>60 150mg/dl 0 Units reg insulin<br>151-200 " 0 Unit:351-400 8 Units<br>201-250 " 2 Unit:=>401  10 Units<br>251-300 " 4 Unit:REPEAT fsbs in4 hr<br>301-350 " 6 Unit:call DR >/= 401 | 2xdaily ac | 0761<br>273<br>4u | 1630 | |
| | 12/10 | | Plavix 75 mg | daily | | 0900 | |
| | 12/10 | | Nexium 20mg  PO | BID | | 0900 | 2100 |
| | 12/10 | | Digoxin 0.25 mg PO | BID today then daily | | 0900 | |

See Page 3

**Unadministered Dose Code**

R = Refused    H = Hold    * = See Narrative Note
A = Pt Absent    NPO =

| Init | Signature | Init | Signature |
|------|-----------|------|-----------|
| | | | |

**Site Codes**
1-Rt Upper Arm  2-Left Upper Arm  3-Abdomen
4-Rt Lat Thigh  5-Lt Lat Thigh  6-Buttock
7-Lt Buttock  8-Upper Rt Thigh  9-Upper Lt Thigh
10 High Lat Rt Hip  11-High Lat Lt Hip

3004-01      3SE      A0733700361
CAIL, JAMES T

DOB: 01/23/38  Age: 69Y  Sex: M  Adm: 12/03/07
A000303457      Dr: HOWELL, CLIFFORD ERIC

Allergies: PENICI

MAR Verified by:  O/10
DEC 1 0 2007

St Anthony Hospital

Covers Doses from:

Medication Administration Record

OKLAHOMA CITY, OK  73102

12/10/07 00:00 to 12/10/07 23:59

Printed: 12/09/07 23:00
Page: 1 (more meds follow...)

EXHIBT C

**\*\*\*\*\* UNSCHEDULED MEDICATION ORDERS (cont.) \*\*\*\*\***

**Special Instructions:**

| Ord# | Start | Stop | Drug/Dose/Route/Comments | Frequency | 0000-0730 | 0731-1530 | 1531-2359 |
|------|-------|------|--------------------------|-----------|-----------|-----------|-----------|
| 0170 RN FLK | 12/08 1700 | | ACETAMINOPHEN 325 MG TABLET<br>ACETAMINOPHEN<br>**Dose: 325 MG/1 TABLET**          [ORAL]<br>PRN FOR TEMP > 101 | every 4h<br>PRN | | | |
| 0165 PD FLK | 12/08 1700 | | DILTIAZEM  INJECTION<br>DILTIAZEM<br>**Dose: 10 MG/2 ML**          [IV]<br>Ord As: <100<br>IF HR >120 FOR 20MIN HOLD FOR SBP | as needed<br>PRN | | | |
| 0161 PD FLK | 12/08 1700 | | HEPARIN FLUSH  INJ CARTRIDGE<br>HEPARIN LOCK FLUSH<br>**Dose: 200 UNITS/2 ML**          [IV]<br>Ord As: PICC LINE/TRIPLE LUMEN CARE<br>EACH DAY AND PRN AFTER MEDICATION<br><br>Flush each lumen with     10ml NS<br>followed by 2ml 100u/ml Heparin<br>after blood draws and infusions and<br>daily when not in use.<br>\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* AND \*\*\*\*\*\*\*\*\*\*\*\*\*\*\* | as needed<br>PRN | | | |
| 0161 PD FLK | 12/08 1700 | | SODIUM CHLORIDE  INJ SYRINGE<br>NS 10ML SYRINGE FLUSH<br>**Dose: 0.9 %/10 ML**          [IV]<br>EACH DAY AND PRN AFTER MEDICATION | as needed<br>PRN | | | |
| 0164 PD FLK | 12/08 1700 | | MAALOX 30ML U/D 30 ML SUSPENSION<br>MAALOX PLUS USE THIS ONE<br>**Dose: 1 DOSE/**          [ORAL]<br>Ord As: ANTACID OF CHOICE<br>PRN GASTRIC UPSET | as needed<br>PRN | | | |
| 0162 PD FLK | 12/08 1700 | | METOCLOPRAMIDE  INJECTION<br>REGLAN<br>**Dose: 10 MG/2 ML**          [IV]<br>Ord As: IF CONTRAINDICATED USE ZOFRAN<br>NAUSEA/VOMITING<br>\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* OR \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* | q 4 hrs<br>PRN | | | |
| 0162 PD FLK | 12/08 1700 | | ONDANSETRON  INJECTION<br>ONDANSETRON HCl<br>**Dose: 4 MG/2 ML**          [IV]<br>Ord As: IF REGLAN INEFFECTIVE/CONTRAIN<br>NAUSEA/VOMITING<br><br>Therapeutic substitution per P&T | every 6h<br>PRN | | | |

**Unadministered Dose Code**

R = Refused     H = Hold     \* = See Narrative Note
A = Pt Absent     NPO

| Init | Signature | Init | Signature |
|------|-----------|------|-----------|
| | | | |

MAR Verified by:          DEC 1 0 2007

**Site Codes**
1-Rt Upper Arm   2-Left Upper Arm   3-Abdomen
4-Rt Lat Thigh   5-Lt Lat Thigh   6-Buttock
7-Lt Buttock   8-Upper Rt Thigh   9-Upper Lt Thigh
10-High Lat Rt Hip   11-High Lat Lt Hip

3004-01          3SE          A0733700361
**CAIL, JAMES T**

DOB: 01/23/38   Age: 69Y   Sex: M   Adm: 12/03/07
A000303457          Dr: HOWELL, CLIFFORD ERIC

**Allergies: PENICI**

St Anthony Hospital

OKLAHOMA CITY, OK  73102

**Covers Doses from:**

12/10/07 00:00 to 12/10/07 23:59

**Medication Administration Record**

Printed: 12/09/07 23:00
Page: 2 (more meds follow...)

EXHIBIT "D"

## MCC-CHICAGO
### INMATE SICK CALL SIGN-UP FORM *(Solicitud para Servicios Médicos o Dentales)*

INSTRUCTIONS (Check one)*Instrucciones (Indique uno):*  MEDICAL _____    DENTAL __✓__

1. Name (*Nombre*): **Louis Shepton**                     Date (*Fecha*): **21 Dec 2007**
2. Reg Number (*Número deRegistro*):  **90355-024**        Age (*Edad*): **59**
3. Housing Unit (*Unidad de vivienda*): _____    Work Place (*Lugar de Trabajo*): _____

4. Complaint/Problem: Be very specific (*Queja/Problema - Sea bien específico*) _____

_____
            3 Teeth  Broken off @
_____
        Gum Line w/ Exposed Roots
_____
            Need Extraction (s)

5. How long have you had this problem? (*¿Cuánto tiempo ha tenido este problema?*)  **8 months**

6. Are you taking any prescription or over the counter medications at this time? Which ones? (*¿Está tomando medicinas actualmente, con o sin receta? ¿Cuáles?*)  **A Bunch**

7. Are you allergic to any medications? (*¿Es alérgico a algun medicamento?*)  **See Record**

8. Are you having any pain? (*¿Está sintiendo dolor?*) **Yes**   If yes, rate the pain from 0-10  **3-5**
                                    (0= no pain, 10+ worst pain ever)
                *(Si es sí, califíquelo de 0 (no duele) a 10 (el peor dolor que ha sentido))*

9. Signature (*Firma*) *[signature]*

**BRING ALL YOUR PRESCRIBED & COMMISSARY MEDICATIONS TO YOUR APPOINTMENTS**
**WITH YOUR PROVIDER.**
**POR FAVOR TRAIGA TODAS LAS MEDICINAS RECETADAS Y DE LA COMISARÍA A SUS**
**CITAS CON SU PROVEEDOR DE SERVICIOS DE SALUD.**

*****************************************************************************************
**TO BE COMPLETED BY MEDICAL PERSONNEL**

1. Date Scheduled/triaged: **January 28**   Time/Vital Signs: **0900**

2. Subjective Information: **Due to recent cardiac work it is prudent to allow time for healing of stint and surgical site**  RECEIVED

                                                DEC 2 6 2007

3. Objective Information: _____

5. Medical Staff Signature and Date: *[signature]*
                    Rick D. Vaccarello, D.D.S
                    CAPT, USPHS
                    MCC Chicago                    EXHIBIT XX