IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JAN 2 8 2008
Jan 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN RE LOUIS C SHEPTIN,   |   CASE # 08-CIV-116
         PLAINTIFF

DECLARATION OF TROY ROPP

"My name is Troy Ropp, Fed Reg # 13127-040 and I am confined at the Metropolitan Correctional Center, 71 W. Van Buren St, Chicago, Illinois, and have been in Unit 13, Room 1419 since January 16, 2008. Louis Sheptin is my cell-mate. On or about January 18, 2008 Mr. Sheptin became seriously ill with shortness of breath, and lost consciousness on the main floor

— 1 —

I NOTICED various BRUISES on Mr SHEPTIN'S BODY, Right SHOULDER & BACK. I was INFORMED THE PRECEEDING DAY(S) BEFORE I got HERE, HE FELL off HIS BUNK WITH SEIZURES; HOWEVER on JAN 18, 2008 GUARDS DID NOTHING RIGHT AWAY. SOME 30 MINUTES WENT BY WITH SHEPTIN ON THE MAIN FLOOR going IN AND OUT OF CONSCIOUSNESS, GASPING FOR BREATH. FINALLY SHEPTIN PASSED OUT ON THE TABLE AND THEY PUT SHEPTIN IN A WHEELCHAIR AND TOOK SHEPTIN TO MEDICAL on 7TH FLOOR. ABOUT 45 MINUTES LATER THEY WHEELED SHEPTIN BACK TO THIS CELL, IN THE

-2-

wheelchair and Shepton got up and went right to bed, still short of breath.

I further sayeth naught

I, Troy Ropp declare under penalty of perjury the foregoing to be true and correct. Executed this 24 day of January, 2008

Respectfully Submitted

Troy Ropp