

TO: CLERK OF COURT

AND: TO JAMES A. HOGUE  *James Hogue*
71 W. Van Buren ST    09169-424
Chicago, IL, 60605

FILED
JAN 30 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RE: DEPRIVATION OF Bi-Polar Medications

→ FROM: LOUIS C. SHEPTIN #2   08 CV 0116   JAN 30 2008

Dear Clerk,

Please be advised that Medical Staff (i.e. Dr. P. Harvey & instigated by Nurse R. Walker) have abruptly CUT-OFF James Hogue's Bi-Polar medications. I witnessed two transactions between Nurses and Mr. Hogue getting CUT-OFF. Hogue is on my unit. Mr. Hogue who's signature appears BOTH above & below needs emergency Civin's complaints He is in imminent danger AND SO ARE WE!! if he does not get his meds. Pronto!

Insure Judge Kennelly gets a copy of this communication.

Concur:
— 1 —   *James Hogue*
         *Sheptin*

PLEASE SEND COMPLAINT FORMS FOR BIVENS ACTIONS, I'LL HELP Hogue FILL-UM-OUT — HE NEEDS HIS MEDS — BE FOR HE COMES APART IN HERE

Sincerely
Louis C. Shepperson

I DECLARE UNDER PENALTY OF PERJURY THE FOREGOING TO BE TRUE & CORRECT, EXECUTED THIS 27 DAY OF JANUARY, 2008

I WILL ASSIST Mr. Hogue IN THE FILLING OUT OF 28 USC 1332 BIVENS COMPLAINT EXHAUSTION OF ADMIN REMEDIES WILL BE WORTHLESS — WARDEN CANNOT OVERRIDE MD's ORDERS nor either can Director of BOP.

Very Urgent

Communication

for

Judge Nolan II
Magistrate Judge

And

Chief Judge Kennelly

1) Judge Nolan II, Female Magistrate Judge is personally aware of Hopwas medical condition and ordered FBI to retrieve Hopwas meds from 105 S. Ashland Salvation Army Halfway House 15 Nov 2007