IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JAN 30 2008
JAN 30 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN RE LOUIS C. SHEPTIN,
AFFIANT

CASE # 08 CV 116

DIRECTED TO THE HONORABLE MATTHEW KENNELLY,
U.S. DISTRICT JUDGE

## NOTICE ....

NOTICE IS HEREWITH GIVEN, THAT

LOUIS C. SHEPTIN FILES THIS HIS **AFFIDAVIT**

CONCERNING ILLEGAL, UNUSUAL, AND UNRECORDED [1]

ACTIVITIES AT THE MEDICAL DEPARTMENT AT MCC

CHICAGO, 71 W-VAN BUREN ST, CHICAGO, IL 60604.

AFFIDAVIT ATTACHED, 10-PAGES

[1] NOT STANDARD BOP PROCEDURE(S)

1/27/08

10 PAGES ATTACHED

RESPECTFULLY SUBMITTED
Louis C. Sheptin
71 W. Van Buren St
Chicago, IL 60605

i

AFFIDAVIT OF LOUIS C. SHEPTIN

JAN 30 2008
FILED
JAN 30 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I, LOUIS C. SHEPTIN DECLARE UNDER PENALTY OF PERJURY THE FOLLOWING:

1) MY NAME IS LOUIS C. SHEPTIN AND I AM COMPETENT TO ATTEST TO THE FOLLOWING, OVER THE AGE OF TWENTY-ONE (21) AND AN AMERICAN CITIZEN.

2) I UNDERSTAND I WOULD BE LIABLE FOR PERJURY[1] CHARGES IF I LIE IN THIS UNSWORN DECLARATION UNDER

— 1 —

[1] TAKE NOTICE THAT ON FRIDAY 1/25/08 I WITNESSED A INMATE TAKING THE "HAZARD INFECTIOUS MATERIAL" "LABLE" OFF THE USED BOXES AND THROWING THE BOXES IN REGULAR TRASH.
08-cv-116 → INMATE ORDERLY WHO WORKS ON 2ND FLOOR hospital.

TITLE 28 U.S.C.A. 1746 AND TITLE 18 USCA 1001.

3) I AM CONFINED AT THE METROPOLITAN CORRECTIONAL CENTER, A FEDERAL BUREAU OF PRISONS FACILITY PHYSICALLY LOCATED AT 71 WEST VAN BUREN STREET, CHICAGO, ILLINOIS.

4) THE MEDICAL CLINIC IS LOCATED ON THE SEVENTH (7TH) FLOOR OF THE FACILITY, AND FOUR ELEVATORS ACCESS THE SEVENTH FLOOR, HOWEVER ONLY ONE IS USED FOR INMATES.

-2-

5) When you exit the elevator there is a small waiting area and a glass door, which medical staff lock, behind the door is a mini-waiting room with the medical records office in juxtaposition, to left.

6) Leaving the mini-waiting area is a larger waiting area and a long wall of offices, dental office,⁴ pharmacy (the pharmacy has a special reinforced steel door with a 12"x12" window) I frequently look in windows.

—3—

4 Far Right In Corner Across From Bathroom

7) I HAVE WITNESSED BOTH NURSE LAMPING AND NURSE WALKER IN THE PHARMACY FILLING PERSCRIPTIONS, AND TOUCHING BOTTLES AND SHELVES, TAKING PILLS OUT

8) I AM AWARE THAT NEITHER LAMPING NOR WACKER ARE LICENSED REGISTERED PHARMISTS IN THE STATE OF ILLINOIS; AND HAVE NO BUSINESS IN THERE, LEGALLY.

9) I HAVE ALSO SEEN LAMPING WALK DIRECTLY FROM THE PHARMACY, EXIT TO THE RIGHT AND GO INTO Dr. P. Harvey's OFFICE WITH A PLASTIC YELLOW BOX FULL OF REFILLED OR FILLED PERSCRIPTION BOTTLES, AND CHARTS.

—4—

10) I HAVE HEARD LAMPING ON A FRIDAY EVENING REPORT TO HARVEY HER ACTIVITIES REGARDING HER WORK IN THE PHARMACY, WHAT'S SHE'S DONE ETC., ON TWO OCCASIONS

11) I AM AWARE THAT THERE IS A CONTRACT PHARMIST, A RUSSIAN LADY WHO COMES IN TO FILL Rx'S, FOR INMATES.

12) IT IS MY BELIEF THAT INMATES ARE IN IMMINANT DANGER OF SERIOUS INJURY IF NOT DRUG INTERACTIONS AND DEATH DUE TO THIS ILLEGAL AND UNLAWFUL PRACTICE AT MCC; (SAVING MONEY?!)?!

-5-

13) I HAVE SEEN LAMPTING RETURN THE PHARMACY KEYS TO Dr. HARVEY IN THE COMMON AREA, SEVERAL TIMES AFTER LAMPING (OR WALKER) FINISHED THEIR WORK IN FILLING PERSCRIPTIONS AND RE-STOCKING THE PHARMACY.[4]

14) I HAVE ALSO SEEN BOTH WALKER AND LAMPING ACCESSING THE CONTROLLED MEDICATION MACHINE LOCATED IN THE BACK OF THE PHARMACY, AND ENTERING PASSWORDS AND TAKING MEDS FROM THE MACHINE.

- 6 -

[4] I HAVE ALSO WITNESSED "BIOHAZARD LABELS" (INFECTIOUS WASTE) TORN OFF BOXS BY INMATE ORDINARY AND BOX's PUT IN PUBLIC TRASH, ON FRIDAY MORNING 1/25/08

14) I VAIRLY BELIEVE, THAT DUE TO INTENTIONAL ACTS OF A MEDICAL STAFF MEMBER, MEDICATIONS WHICH WERE PERSCRIBED TO ME OFF A MEDICATION CHART OF JAMES CAIL, DATE OF BIRTH 01-23-1948 ALMOST KILLED ME.

15) I AM ALSO PERSONALLY AWARE THAT A MEDICAL STAFF MEMBER, AT THE INSTRUCTIONS OF Dr. P. HARVEY, FAXED CAIL'S CHART IN LIEU of MINE TO UNIVERSITY OF ILLINOIS MEDICAL CENTER, CARDIOLOGY, AND UIC ISSUED INCORRECT DISCHARGE MEDS ON 1/10/08, AT 10:00 PM

-7-

16) I HAVE SEEN A UIC MEDICINE LIST IN MY MCC MEDICAL RECORDS HERE ON JAN 19, 2008 WHEN DR. HARVEY WAS THUMBING THRU MY MCC MEDICAL CHART. I ASKED DR. HARVEY "HOW DID I AGAIN GET PERSCRIBED AMIODARINE", AND HARVEY POINTED A FINGER AT NOWAKOWSKI, M.D., HOWEVER HARVEY'S NAME APPEARS ON THE PERSCRIPTION LABEL, SAID LABEL I HAVE AFFIXED TO A MOTION TO CONVERT, FILED IN 08CV0116.

SINCE 1/19/08 HARVEY AND WALKER HAVE ATTEMPTED TO ADMINISTER SOMEONE ELSE MEDS, TO ME AGAIN.

—8—

17) Since Jan 16, 2008 the type of Dilantin meds has been changed and I am no longer being given a "Kap-Seal" red-banded Dilantin! (a cap that cannot be opened) I am concerned my life is at risk, as I had seizures the other day leaving cuts & bruises on my head, right shoulder, I was not taken to the hospital[1], and the bruises are starting to fade[1] I do not know why I seized, I am being given 600mg of Dilantin & Tegratol. I am not sure there's Dilantin in my new meds! Or what they are; they can be altered.

p. Bob Normally photographs injuries - they didn't with me.

—9—

[1] Not photographed here (the bruises) a common practice of custody staff is to photo injuries.

18) I am writing this information in the event that I seize again I could easily die due to the stress on my heart, and should this happen I would request an atopsy and med/lab check of my blood levels for Dilantin, and charges be filed.

I, LOUIS C. SHEPTIN declare under penalty of perjury that the foregoing is true & correct. Executed this 27 day of January, 2008

*[signature]*
MCC
71 W. Van Buren
Chicago, IL 60605

— 10 —