IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS
EASTERN DIVISION

LOUIS C. SHEPTIN

v.

P. HARVEY, CLINICAL DIRECTOR

08-CV-116

FILED
JAN 3 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## SICK CALL AFFIDAVIT

"THE MEANING OF SICK CALL"

1) You fill out GREEN FORM ATTACHED: (see attached)

2) ABOUT 9:00AM TO 10:00 AM NURSE WACKER, MONDAY – FRIDAY COMES TO EACH UNIT "YELLS: "SICK CALL" COLLECTS THE GREEN SLIPS AND LEAVES......

AND THAT YOUR HONOR IS

"SICK CALL"

NO ONE IS EXAMINED AT THIS TIME!

AT MCC CHICAGO.

I HAVE SENT IN COUNTLESS

SLIPS ONLY TO BE RETURNED

<u>ONE</u>

FROM DENTAL DEPT.

I, LOUIS C. SHEPTIN DECLARE

UNDER PENALTY OF PERJURY THE

FOREGOING IS TRUE & CORRECT. EXECUTED

THIS ___ DAY OF JANUARY, 2008

CONCURRING
WITNESS _____

CONCURRING
WITNESS _____

CONCURRING
WITNESS _____

RESPECTFULLY SUB
_____
LOU SHEPTIN
71 W. Van Buren

MCC-CHICAGO
INMATE SICK CALL SIGN-UP FORM *(Solicitud para Servicios Médicos o Dentales)*

INSTRUCTIONS (Check one)*Instrucciones (Indique uno):*  MEDICAL _____   DENTAL _____

1. Name (*Nombre*):_____ Date (*Fecha*):_____
2. Reg Number (*Número deRegistro*): _____ Age (*Edad*): _____
3. Housing Unit (*Unidad de vivienda*): _____ Work Place (*Lugar de Trabajo*): _____

4. Complaint/Problem: Be very specific (*Queja/Problema - Sea bien específico*)_____
_____
_____
_____
_____

5. How long have you had this problem? (*¿Cuánto tiempo ha tenido este problema?*)_____
6. Are you taking any prescription or over the counter medications at this time? Which ones? (*¿Está tomando medicinas actualmente, con o sin receta? ¿Cuáles?*) _____
_____

7. Are you allergic to any medications? (*¿Es alérgico a algun medicamento?*)_____
_____

8. Are you having any pain? (*¿Está sintiendo dolor?*) _____ If yes, rate the pain from 0-10 _____
(0= no pain, 10+ worst pain ever)
(*Si es sí, califíquelo de 0 (no duele) a 10 (el peor dolor que ha sentido)*)

9. Signature (*Firma*)_____

**BRING ALL YOUR PRESCRIBED & COMMISSARY MEDICATIONS TO YOUR APPOINTMENTS WITH YOUR PROVIDER.**
**POR FAVOR TRAIGA TODAS LAS MEDICINAS RECETADAS Y DE LA COMISARÍA A SUS CITAS CON SU PROVEEDOR DE SERVICIOS DE SALUD.**

*********************************************************************
**TO BE COMPLETED BY MEDICAL PERSONNEL**

1. Date triaged:_____ Vital Signs:_____

2. Subjective Information: _____
_____

3. Objective Information:_____
_____

5. Medical Staff Signature and Date:_____

| MEDICAL RECORD | RADIOLOGIC CONSULTATION REQUESTS/REPORTS |
|---|---|

**Attn: Sick Call/Triage**

**Monday thru Friday, (except Wednesdays, weekends & holidays)**

1. Sick call will be conducted by medical staff, Monday thru Friday, (except Wednesdays, weekends & holidays) on your housing unit, starting between the hours of 6:30 am and 7:30 am.

2. To expedite the process please have your sick call form completely filled in prior to the sick call times. When sick call is announced on your floor present your completed sick call form to the medical staff member.

3. **DO NOT** leave your sick call form on the correctional officer's desk. **YOU** must bring your filled out sick call form to the medical staff member when they announce that sick call/triage is being conducted on your floor.

4. **DO NOT** leave your medication refill request slips on the correctional officer's desk. **YOU** must give your medication refill request slips to the medical staff during sick call/triage to ensure that your medication is refilled. Medication refills will be distributed back to you within three working days. A working day is Monday thru Friday, except holidays. *If you will run out of medication on Friday or the weekend, then be sure to turn in your request slip no later than Tuesday morning sickcall/triage.*

519-111
NSN 7540-00-634-4160
FPI LEX ♻ Printed on Recycled Paper

RADIOLOGIC CONSULTATION
REQUESTS/REPORTS
STANDARD FORM 519 (REV. 2-84)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-45.505