

**CERTIFIED COPY**

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

Submitted January 22, 2008
Decided January 28, 2008

**FILED**
JAN 3 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JAN 3 0 2008

Before

Hon. KENNETH F. RIPPLE, *Circuit Judge*

Hon. ILANA DIAMOND ROVNER, *Circuit Judge*

Hon. DIANE S. SYKES, *Circuit Judge*

| | |
|---|---|
| LOUIS C. SHEPTIN,<br>  Petitioner. | ] Petition for Writ of<br>] Mandamus from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 08 C 116<br>]<br>] Matthew F. Kennelly,<br>]    Judge.<br>] |
| No. 08-1167 | |

The following are before the court:

1. **EMERGENCY APPLICATION UNDER ALL WRITS ACT 28 U.S.C. § 1651 FOR A WRIT OF MANDAMUS**, filed on January 22, 2008, by the pro se Petitioner.

2. **IN FORMA PAUPERIS APPLICATION AND FINANCIAL AFFIDAVIT**, filed on January 22, 2008, by the pro se Petitioner.

IT IS ORDERED that #1 is DENIED.

IT IS FURTHER ORDERED that #2 is DENIED. The Petitioner's prison shall remit the $455 filng fee from the Petitioner's prison trust account using mechanism of 28 U.S.C. § 1915(b).

A True Copy:
Teste:

Clerk of the United States
Court of Appeals for the
Seventh Circuit.