IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LOUIS C. SHEPTIN,
    Plaintiff

v.

P. HARVEY Clinical
Director ET AL,
    Defendants

CASE # 08 CV 116

**FILED**
JAN 31 2008
Jan 31 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## DECLARATION OF JAMES HOGUE

I, James Hogue declare under penalty of perjury the following:

1) My true name is JAMES HOGUE, and I am confined at MCC 71 W. Van Buren St, Chicago, Illinois.

2) I've been diagnosed with Bi-Polar Disorder since June, 2005.

-1-

-2-

3) On or about 19 of January I was told by Nurse P. Walker that Dr. P. Harvey stopped my morning dose of Lithium Carbonate, a Bi-Polar medication; reasons that I missed a couple of doses (the medication make me sleep).

4) Yesterday I was told by Nurse Vacasquez that I was totally taken off my Bi-Polar meds by P. Harvey, M.D.

5) Dr. Harvey has never examined me, nor called me in for an exam.

—3—

6) Additionally, Inmate Shoptin has also been denied Nitro by Nurse Walker a couple of weeks ago, and Nurse Walker frequently threatens inmates with placement in SHU (the hole) for refusing to take medication, sometimes medication the inmate feels is misadministered.

7) Last night when I was denied my Bi Polar meds Mr. Shoptin was standing behind me, and heard the conversation.

—3—

4

7) Mrs. Shelton was also down stairs when Walker violated my rights under Uniform Health Care Information Act § 1-202(a) and verbally spoke with me aloud about my Psycho-trophic meds in front of several inmates.

I, James A. Hogue declare under penalty of perjury the foregoing is true and correct. Executed this 26 day of January, 2008

James Hogue
08168-424