# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 116 | **DATE** | 2/5/2008 |
| **CASE TITLE** | Louis Sheptin (#90355-024) v. Attorney General | | |

**DOCKET ENTRY TEXT:**

Plaintiff Louis Sheptin's motion to proceed *in forma pauperis* [25] is granted. Finding that plaintiff is unable to pay the initial partial filing fee, the Court waives such payment. However, the trust fund account officer at plaintiff's place of confinement is authorized and directed to make deductions from plaintiff's trust fund account in accordance with this order until the entire $350 filing fee is paid. The clerk shall send a copy of this order to the trust fund account officer at Metropolitan Correctional Center. The trust fund account officer is directed to deduct from plaintiff's trust fund account monthly payments in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments collected from plaintiff's trust fund account shall be forwarded to the clerk of court each time the amount in the account exceeds $10 until the full $350 filing fee is paid. All payments shall be sent to the Clerk, United States District Court, 219 S. Dearborn St., Chicago, IL 60604, 20th floor, and shall clearly identify plaintiff's name and the case number of this action. Plaintiff shall remain responsible for payment of the filing fee, and the inmate trust account office at Metropolitan Correctional Center, or any other facility where plaintiff is confined, shall notify authorities at any other facility to which plaintiff may be transferred of any outstanding balance owed for the filing fee in this case.

Docketing to mail notices.

isk