# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 116 | **DATE** | 2/05/2008 |
| **CASE TITLE** | Louis Sheptin (#90355-024) v. Attorney General | | |

**DOCKET ENTRY TEXT:**

By order of 1/23/08, the Court appointed counsel for Mr. Sheptin. [15] Accordingly, the motion for appointment of counsel [33] filed on 1/31/08 is denied as moot. The Court will not rule on any motions or pleadings filed personally by Mr. Sheptin until counsel has appeared and informed the Court how he wants to proceed. Mr. Sheptin is reminded that the Court will consider only filings by Mr. Sheptin's counsel.

Docketing to mail notices.

isk