IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

RECEIVED
2-4-2008
FEB 4 2008  MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

LOUIS C. SHEPTIN,
  Plaintiff

  v.

DENTIST VACCRELLO, DDS,
  Defendant

Case # 08 CV 116

THE HONORABLE:
Judge Matthew Kennelly

EMERGENCY-SUPPLEMENT-TO-AMENDED COMPLAINT

The Plaintiff, annexed Exhibit XY, an answer from Dental Department, Defendant Vaccrello, who made appointment for 1/28/08. Plaintiff, based on this appointment date refused to be transported by U.S. Marshals to a status hearing in 82 CR 555, Judge Keys; hearing 1/28/08...

-1-

Plaintiff waited all day 1/28/08 but no dental call was forthcoming. Additionally on the 28th of January 6 inmates were called for dental work, 5 today - Plaintiff none.

Plaintiff has 8 infected roots, abcessed, broken off at the gum line. Plaintiff has repeatedly[2] requested dental care without result, since his confinement at MCC. Plaintiff vairly believes that with his heart condition, he is in imminent danger of serious bodily injury or death due to Plaintiff's exclusion by Defendant from prompt dental care, since 12/18/07, and the infection going to the heart.

— 2 —

2/ Both in writing & verbally to Ross.

Plaintiff cites rule of caud and case authority:

McAcphin v. Toney, 281 F3d 709 (2002)

Additionally, Plaintiff hasn't enough teeth to chew food, and all Defendants know this - that Plaintiff adds both Dentists, Dr. Ross and Dr. Vaccarello as Defendants for being willfully indifferent to serious medical/dental needs and placing Plaintiff's life in truly imminant danger of sudden death for reason of septic infection, or infection via venous pathways to Heart.

It is obvious from the evidence (Exhibit XX) that Plaintiff is being spinned.

— 3 —

For these reasons, and the court files, Plaintiff seeks his release or appointment of counsel.

Respectfully submitted,

1/30/08

[signature]

Louis C. Shepton
71 W. Van Buren
Chicago, IL 60605

—4—