MHN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF
ILLINOIS - EASTERN DIVISION

FILED
FEB 0 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN RE LOUIS C. SHEPTIN,    CASE # 08 CV 0116
PLAINTIFF

DIRECTED TO JUDGE KENNELLY;

NOTICE OF FILING: DECLARATION

OF TROY ROPP

I, LOUIS C. SHEPTIN HEREWITH FILE

FOR SAFEKEEPING THE DECLARATION OF

WITNESS TROY ROPP.

2/4/08

RESPECTFULLY SUBMITTED

[signature]

LOUIS C. SHEPTIN
71 W. VAN BUREN ST
CHICAGO, IL 60605

ATTACHMENT: DEC.
TROY ROPP
by LABEL

TOTAL     9

08 cv-0116

**FILED**

FEB 0 7 2008 *aew*

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

<u>DECLARATION OF TROY ROPP</u>

I, TROY ROPP DECLARE UNDER PENALTY OF PERJURY THE FOREGOING TO BE TRUE & CORRECT:

1) I AM OVER THE AGE OF 21 AND COMPETENT TO ATTEST TO ALL THINGS CONTAINED HEREIN;

2) I AM CONFINED IN THE MCC LOCATED AT 71 W. VAN BUREN ST IN CELL # 1419 WITH MR. LOUIS SHEPPING.

3) I HAVE BEEN HERE SINCE JANUARY 16, 2008.

-1-

4) In the past week Mr. Shelton has run fever that his shirt was soaking wet, coughing, spitting up blood, and choking.

5) In the past week Mr. Shelton choked up phlegm and coughed all night long, and kept me up, at least 2 days.

6) I've seen Mr. Shelton spit up blood, only for a nurse to come to the cell and state "That's not blood," and give Mr Shelton a "Proventil" inhaler, and say "You'll be ok."

7) Shelton has continually gotten worse. He has serious dental infection with 5 teeth red with infection.

-2-

8) The staff do not seem to care about my cell mates health or well being. He's been sick since I arrived with possible pneumonia, respiratory problems, pain, gas, gastritis, inability to chew, dental problems, spitting up blood, possible lung infection or TB. I know he from time to time has chest pain as well.

I, Troy Ropp declare under penalty of perjury the foregoing is true and correct executed this 4 day of Feb, 2008. *Troy Ropp* 13457-040

-3-



Sheplin, Louis  90355-024

Albuterol inhaler
inhale 2 puffs every
six hours as needed

Not good for
cardiac patients!
Check PDR
No info slip given
given by Harvey, MD

-4-