IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
FEB 07 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN RE LOUIS C. SHEPTIN,
    Plaintiff

CASE # 08 CV 0116

EMERGENCY
NOTICE OF FILING OF EVIDENCE

NOTICE IS HEREWITH GIVEN THAT IN ADDITION TO SERVING DENTAL DEPARTMENT WITH ATTACHED, YOUR PLAINTIFF SUPPLY'S THE HONORABLE COURT TWO COPIES OF "MCC CHICAGO INMATE SICK CALL SIGN-UP FORM" AND PRAYS THE COURT WILL SERVE ONE ON DEFENDANT'S WITH AN ORDER FOR DENTAL TREATMENT.[1]

PLAINTIFF WOULD ADVISE THE HONORABLE COURT THAT DR. SHANK AT THE NORTHWESTERN HOSPITAL DENTAL CLINIC WILL PERFORM

—1—

Dental care on Plaintiff if MCC Dentists decline to do so. To leave these infected teeth in Plaintiff's mouth places Plaintiff at serious risk for cardiac infection and puts Plaintiff in imminent danger a real and proximate danger which could cause Plaintiff's death. See the Toney case! 281 F 3d 709 (2002) 28 USCA §1915(g)

Plaintiff's medical conditions warrant sus-sponte action on this Court, additionally Plaintiff has filed in this Court a signed Inmate Sick Call form dated 12/21/07 giving an appointment date of 1/28/08 signed & rubber stamped by the Dentist.

-2-

<u>Because Plaintiff is a "Pre-Trial Detainee" the U.S. Marshals Service are responsible for Plaintiff's Health Care!</u>

Plaintiff suggests that the Marshals be ordered to take Plaintiff to Northwestern Dental Clinic on the first floor the Fineberg Building and that Dr. Shawk remove the three roots, since by silence MCC Dentists do not wish to treat Plaintiff (probably for fear of cardiac problems)[1]. A tort claim is in the court files on this matter which was never answered by BoP, sent in March, 2007.

-3-

[1] It's Plaintiff's guess that will be their excuse — but a poor excuse; cause Shawk, DDS examined Plaintiff in March, 2007 (see Habeas Corpus filed in court via E-mail, with all the exhibits

WHEREFORE, Plaintiff respectfully requests the Honorable Court to consider this Notice of Filing as a Motion to Treat.

Respectfully submitted,

2/5/08

Louis C. Shepton
71 W. Van Buren St
Chicago, IL 60605

Attachment —

Copy of Tort Claim was faxed when Plaintiff E. mailed Habeas Corpus to Court while a Northwestern in March, 2007. Plaintiff while in custody of BoP 4/06 thru 2/07 never received dental care.

" Doctrine of Capable of Repetition yet evading Review " Supreme Court case — citation unknown but doctrine does exist.

— 4 —



## MCC CHICAGO
## INMATE SICK CALL SIGN-UP FORM (Solicitud para ser visto Médico o Dentista)

INSTRUCTIONS (Check one)/Instrucciones (Indique uno):   MEDICAL _____   DENTAL  X

1. Name (Nombre): Louis Shepard
2. Reg Number (Número de Registro): 40945-424
3. Housing Unit (Unidad de vivienda): 7B    Work Place: _____

4. Complaint/Problem: Be very specific (Queja/Problema - Sea bien específico): [illegible handwriting]

5. How long have you had this problem? (¿Cuánto tiempo ha tenido...): [illegible]
6. Are you taking any prescription or over the counter...: [illegible]
7. Are you allergic to any medication: [illegible]
8. Are you having any pain? (¿Está sintiendo dolor?): [illegible]
9. Signature (Firma): [signature]

**BRING ALL YOUR PRESCRIBED & COMMISSARY MEDICATIONS TO YOUR APPOINTMENT WITH YOUR PROVIDER**
POR FAVOR TRAIGA TODAS LAS MEDICINAS [illegible] A LA COMISARÍA A SUS [illegible]

*********************************************************

1. Date triaged: _____
2. Subjective Information: _____
3. Objective Information: _____
5. Medical Staff Signature and Date: _____

| MEDICAL RECORD | RADIOLOGIC CONSULTATION REQUEST/REPORT |

**Attn: Sick Call Times**

(Monday thru Friday, except Wednesdays, weekends & holidays)

1. **Sick call** will be conducted by medical staff Monday thru Friday, (except Wednesdays, weekends & holidays) between 6:00 am and 7:30 am.

2. To execute sick call, you must have your sick call form completed and ready to hand in at sick call times. When medical is available, you must present your completed sick call form to the medical staff member. NOTICE 1ST REPORT ALONG THIS LINE

3. **DO NOT** leave your sick call form on the correctional officer's desk. You must give your completed sick call form to the medical staff member when they announce that sick call/triage is being conducted on your floor.

4. **DO NOT** leave your medication refill request on the correctional officer's desk. **YOU** must give your medication refill request to the medical staff member. Sick call/triage is one thing, and medication refill is another. Medication refills will be delivered back to you within three working days. A working day is Monday thru Friday, except holidays. If you are out of medication on Friday or the weekend, then be sure to turn in your refill slip no later than Thursday morning sick call/triage.

## MCC-CHICAGO
## INMATE SICK CALL SIGN-UP FORM

INSTRUCTIONS (Check one) *Instrucciones (indique uno):* MEDICAL _____ DENTAL _X_

1. Name *(Nombre):* _____
2. Reg Number *(Número de Registro):* _____
3. Housing Unit *(Unidad de vivienda):* ___13___  Work Place *(Lugar de Trabajo):* _____
4. Complaint/Problem: Be very specific *(Queja/Problema - Sea bien específico):* _____

5. How long have you had this problem? *(¿Cuánto tiempo ha tenido este problema?)* _____
6. Are you taking any prescription? *(¿Está tomando alguna medicina recetada?)* _____
7. Are you allergic to any medications? *(¿Es alérgico a alguna medicina?)* _____
8. Are you having any pain? *(¿Tiene algún dolor?)* _____  from 1-10

Signature/(Firma): _____

**BRING ALL YOUR PRESCRIBED & COMMISSARY MEDICATION TO YOUR APPOINTMENT WITH YOUR PROVIDER**

*POR FAVOR ...................... COMISARÍA A SUS ...*

*****************************************************************

1. Date triaged: _____
2. Subjective Information: _____
3. Objective Information: _____
5. Medical Staff Signature and Date: _____

| | | CONSULTATION REQUEST/REPORTS |
|---|---|---|

### Sick Call Schedule

Monday thru Friday (except Wednesdays, weekends & holidays)

1. Sick call will be conducted by medical staff Monday thru Friday (except Wednesdays, weekends & holidays) on your floor between 6:00 am and 7:30 am.

2. [illegible] your sick call [illegible] completed sick call form to [illegible] medical staff member.

3. [illegible] sick call form to the correctional [illegible] medical staff member when they announce that sick call/triage is being conducted on your floor.

4. DO [illegible] the correctional officer's desk. YOU must give your medication refill [illegible] three [illegible] days. A [illegible] Monday thru Friday, [illegible] holidays. If you [illegible] of medication on [illegible] or the weekend, [illegible] be sure to turn in your [illegible] slip no later than Tuesday morning at sick/triage.

```
REG NO        NAME          FROM           TO           TIME   CATEGORY(2)    CATEGORY(3)

                                                               QTR ASGN       WRK ASGN
CALLOUTS      FOR  02-01-2008
-----------------------------
09426-027     DESHAZER                     JUMAH PRAY   1230   F01-024L       UNASSG
29394-177     DIAZ-DIAZ                    JUMAH PRAY   1230   F02-010U       UNASSG
26405-198     DIAZ-TORRE                   JUMAH PRAY   1230   I04-006L       ORD R/D
22473-424     GIBBS                        JUMAH PRAY   1230   H01-012L       UNASSG
11065-424     GILMER                       JUMAH PRAY   1230   G01-005U       UNASSG
10167-424     HART                         JUMAH PRAY   1230   H03-009L       UNASSG
21836-424     HARVEY                       JUMAH PRAY   1230   E02-014L       FS/PM
16775-045     HENLEY                       JUMAH PRAY   1230   F01-026L       UNASSG
21873-424     HOSSEINI                     JUMAH PRAY   1230   C04-014U       UNASSG
22497-424     HUNTER                       JUMAH PRAY   1230   G02-001L       UNASSG
21193-424     HUSEIN                       JUMAH PRAY   1230   H01-007L       UNASSG
06697-424     JACKSON                      JUMAH PRAY   1230   I01-023L       FS/AM
09160-027     JAMES                        JUMAH PRAY   1230   C03-021U       UNASSG
10619-424     JONES                        JUMAH PRAY   1230   F02-006U       UNASSG
17593-424     JONES                        JUMAH PRAY   1230   F04-008L       UNASSG
16819-424     JUMAH                        JUMAH PRAY   1230   F04-011L       UNASSG
21254-424     KING                         JUMAH PRAY   1230   H01-009L       ORD 23
31880-112     KING                         JUMAH PRAY   1230   Z01-021LAD     UNASSG
18218-424     LIMANE                       JUMAH PRAY   1230   E03-026L       UNASSG
28874-050     MAJEOBAJE                    JUMAH PRAY   1230   D04-007L       UNASSG
07604-424     MANSOORI                     JUMAH PRAY   1230   H02-013L       UNASSG
30163-424     MARTIN                       JUMAH PRAY   1230   G01-011U       UNASSG
30049-424     MORRIS                       JUMAH PRAY   1230   E01-025U       UNASSG
21872-424     OBAEI                        JUMAH PRAY   1230   D02-007U       UNASSG
19573-424     PAIGE                        JUMAH PRAY   1230   D01-017U       UNASSG
04897-424     PEDROZA-DI                   JUMAH PRAY   1230   C01-025L       UNASSG
18585-424     REXHEPI                      JUMAH PRAY   1230   I03-024L       ORD LOBBY
39303-039     SALAMEH                      JUMAH PRAY   1230   I03-024U       FS/AM
18774-424     SHANNON                      JUMAH PRAY   1230   F03-021U       UNASSG
22344-424     SHAREEF                      JUMAH PRAY   1230   C02-012U       UNASSG
08880-424     SHELBY                       JUMAH PRAY   1230   G01-012L       UNASSG
02921-424     SMITH                        JUMAH PRAY   1230   G01-008L       UNASSG
22546-424     SODAGAR                      JUMAH PRAY   1230   H01-005U       UNASSG
21801-424     SOKOYA                       JUMAH PRAY   1230   H01-016L       UNASSG
14728-424     WILLIAMS                     JUMAH PRAY   1230   H04-006U       LAUNDRY
08826-027     ZAHURSKY                     JUMAH PRAY   1230   Z02-011LAD     UNASSG
09447-027     FAUST                        MED ADM      1200   F01-018U       UNASSG
08926-027     FULLER                       MED ADM      1300   C01-017U       UNASSG
10816-424     GLOVER                       MED ADM      1300   I02-004L       HVAC
21921-424     LOMAX                        MED ADM      1200   F02-014U       UNASSG
17816-424     MARCELLO                     MED ADM      1200   F04-010U       UNASSG
21339-424     STITMAN                      MED ADM      1200   I04-004L       GEN MECH 3
10510-424     VILLA                        MED ADM      1300   G04-012L       UNASSG
22050-424     DEAN                         MED DENTAL   1200   G03-009U       UNASSG
09220-027     FRAZIER                      MED DENTAL   1200   H01-011U       UNASSG
92151-020     GREER                        MED DENTAL   1200   C01-020U       UNASSG

G0002         MORE PAGES TO FOLLOW . . .
```

```
   CCCB1              *                CHICAGO MCC              *         01-31-2008
 PAGE 003 OF 003                                                          15:11:37

 REG NO      NAME          FROM         TO              TIME    CATEGORY(2)   CATEGORY(3)

 CALLOUTS    FOR  02-01-2008                                    QTR ASGN      WRK ASGN
 ---------------------------------
 22553-424   HAMDAN                     MED  DENTAL     1200    F01-026U      UNASSG
 17252-424   LATCHIN                    MED  DENTAL     1200    Z01-026LDS    UNASSG
 04612-061   RILEY                      MED  DENTAL     1200    Z01-028LAD    UNASSG
 14625-041   SIFUENTES                  MED  DENTAL     1200    H04-003U      UNASSG
 33979-044   WHITFIELD                  MED  DENTAL     1200    H04-010U      UNASSG
 19050-424   REZCO                      MED  PE         1000    Z02-009LAD    UNASSG
 04612-061   RILEY                      MED  PE         1000    Z01-028LAD    UNASSG
 08930-027   TAYLOR                     MED  PE         1000    Z02-006LAD    UNASSG
 19047-424   FAIRCHILD                  MEDCDCCC        1200    D04-004U      UNASSG
 12409-040   RIGGS                      MEDCDCCC        1300    I02-013L      FS/PM
 13311-040   TOLEN                      MEDCDCCC        1300    I03-020U      LAUNDRY
 20189-047   BINNICK                    MEDMDCCC        1200    D04-008L      UNASSG
 19583-424   BUFFINGTON                 MEDMDCCC        1400    C02-012L      UNASSG
 22693-208   CALDERON-G                 MEDMDCCC        1200    G02-008L      FS/PM
 87357-008   CHRISTMON                  MEDMDCCC        1400    G03-002U      FS/PM
 04872-424   CRUZ                       MEDMDCCC        1300    F02-011L      UNASSG
 15078-424   CUSTABLE                   MEDMDCCC        1300    C01-019L      UNASSG
 09180-027   FREEMAN                    MEDMDCCC        0900    Z02-005LAD    UNASSG
 17252-424   LATCHIN                    MEDMDCCC        0900    Z01-026LDS    UNASSG
 73085-053   MILLAN                     MEDPHARM        1200    H01-005L      UNASSG




 G0000          TRANSACTION SUCCESSFULLY COMPLETED
```