UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOUIS CHARLES SHEPTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08 C 116 |
| ) | |
| ATTORNEY GENERAL, DOCTOR ) | |
| HARVEY, Clinical Director at Metropolitan ) | Judge George W. Lindberg |
| Correctional Center, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To: Jonathan C. Haile
Assistant United States Attorney
219 South Dearborn Street
Chicago, IL 60604
(312) 886-2055
jonathan.haile@usdoj.gov

PLEASE TAKE NOTICE that on Friday, February 15, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable George W. Lindberg, or any judge sitting in his stead, in Room 1425 at 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present the accompanying Motion to Remand, a copy of which is herewith served upon you.

Respectfully submitted,

JENNER & BLOCK LLP


By: *s/ Thomas J. McCarthy*
Thomas J. McCarthy

Thomas J. McCarthy
JENNER & BLOCK LLP
330 N. Wabash Ave.
Chicago, IL 60611
(312) 222-9350

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing MOTION TO REMAND to be served by electronic filing in accordance with Local Rule 5.9 on:

Jonathan C. Haile
Assistant United States Attorney
219 South Dearborn Street
Chicago, IL 60604
(312) 886-2055
jonathan.haile@usdoj.gov

*s/ Thomas J. McCarthy*
Thomas J. McCarthy
