## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 116 | **DATE** | 2/13/2008 |
| **CASE TITLE** | Sheptin v. Harvey | | |

**DOCKET ENTRY TEXT**

The motion to remand [44] is granted in part and denied in part. This case is remanded to the Bureau of Prisons for further administrative proceedings. The court will not retain jurisdiction during the pendancy of those administrative proceedings.

Docketing to mail notices.

| | Courtroom Deputy Initials: | slb |
|---|---|---|