RECEIVED
1-31-2008
JAN 3 1 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JAN 3 1 2008

LOUIS C. SHEPTIN,
   PLAINTIFF,

vs.

P. HARVEY, MD, AND
P. WALKER, NURSE,
   DEFENDANTS

Civil # 08-CV-116

Jury Trial

Hon. Matthew Kennelly

### EMERGENCY PRO SE SUPPLEMENT TO AMENDED COMPLAINT
28 USC 1331

Plaintiff incorporates all pleadings, affidavits & medical records heretofore filed in this case, into this supplement to amended complaint. F.R.Civ.P.

Plaintiff asserts <u>he remains in imminent danger of serious physical injury</u>:

—1—

Plaintiff asserts he is suffering cruel and inhuman punishment, unnecessary pain, suffering and a worsening of the following medical conditions due to denial of follow-up care[*] for the following conditions:

1) Tumor or cancer in right breast, follow-up care ordered 11/13/07; again on 12/10/07; again on 12/23/07 and again on 1/10/08 by four different hospitals; biopsy, possible cancer treatment.

2) Follow-up care for a left-shoulder soft tissue injury ordered on 12/10/07 again on 12/23/07 and 1/10/08, needing MRI or CAT scan; injured on 12/10/07

-2-

[*] and treatment

3) Follow-up care for Heart Disease - ie: cardiac diet and Doctor Ordered Medication Vytorin; Specialized Care, Cardio Consults.

4) Follow-up care for Liver Pain - Hep-C

5) Dental Care, 3 teeth broken off at gum line, dentures (Plaintiff has 3 teeth).

6) Sores on Scalp & Body

7) Pulmonary Condition - spitting up black gook w/ blood.

Plaintiff states he has repeatedly sent Medical Cop Outs to Clinic without response.

- 3 -

THE ONLY RESPONSE PLAINTIFF HAS RECEIVED WAS FROM DENTIST WITH AN APPOINTMENT DATE OF 1/28/08 — HOWEVER PLAINTIFF WAS NOT CALLED OUT FOR DENTAL VISIT, AND PLAINTIFF REFUSED A 1/28/08 COURT DATE IN ORDER TO GET PAINFUL TEETH (ROOTS) WITH EXPOSED NERVES EXTRACTED.

WHEREFORE PLAINTIFF SEEKS THE SAME MONITARY DAMAGES & INJUNCTIVE RELIEF AS HERETOFORE STATED, FROM DEFENDANTS

1/29/08

Respectfully submitted,

[signature]

LOUIS C. SHEPTIN
71 W. Van Buren St
Chicago 60605

- 4 -