FILED
JUN 9 2008
6-9-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS FOR EASTERN DIVISION

| | |
|---|---|
| IN RE LOUIS C. SHEPTIN, MOVANT | CAUSES No 82-CR-555 <br> 07-CR-197 <br> 08-CV-1944 <br> 08-CV-116 |

May it Please The Most Honorable Judges:

— NOTICE —

Your Movant on many occasions has been advised not to correspond directly with the Court; and your Movant can understand that Movant's writings tax the Court's resources (Movant would be more than happy to be a pro se clerk, sleep in lock-up and repay the Court); But in no way, shape, or form, can your Movant continue to be administered medications that Movant, has plainly advised his keeper are causing serious allergic reactions (and maybe even congestive heart failure).

Your Movant was a Class-C Probation Violation with guidelines of 5-13 months. There are medical records which basically prove that Movant was hospitalized when status hearing was called in late July, early August; and was hospitalized many times before & after, warrant issued.

On Jan 9, 2008 (for example) the Marshals were very hesitant to call an ambulance, but while at Univ of Illinois, Chicago Medical Center an 80% blockage was discovered and angioplasty surgery was done and stent number 8 was implanted.

Your Movant deeply apologizes to the Court for his pro se motions/briefs ets, however how is Movant support to protect himself?

Did you know, in the past two months

Three inmates have needlessly died. Where there's smoke there's fire. Movant just returned from Northwestern; changes were made in the medications but Movant <u>WILL NOT RECEIVE THOSE</u> meds (ie: Lipator 80mg.), even though a team of competent cardiologists prescribed them. WHY?

In addition to these problems, the Medical Staff persist to attempt to administer a medication Movant is highly allergic to. SEE: ATTACHED Medical Treatment Regime

To put it bluntly — ya'll have won — your Movant rests his case and begs the Honorable Judges to understand that his prolific filings are only representative of Movant's right to redress; and to seek competent treatment

Movant does not seek to abuse the process, and is in such a state of medical turmoil, it is very difficult to even begin to assist his counsel in his defense. 8 Stents - Congestive Heart Failure - Fluid Retention to name a few - preoccupy this Movant's ability to focus. Put yourself in Movant's shoes, please.

Movant notes he returns from the hospital and staff are still trying to push Lisinopril down Movant's throat. Don't you wonder why? This is why Movant has filed 2241 actions. What would the Honorable Court do if a doctor continued to give a justice a medication that on more than one occasion, complained of an allergic reaction. Now even nutritional doctors contraindicate

THE MEDICATION IN A 4 PAGE REPORT. WHEN WILL THIS MADNESS CEASE.

In closing your Movant prays the Court attempt to understand the Movants processing of the events that have occurred. Movant feels like that guy in Li'l Abner with Black Cloud hanging over his head. He's getting to be a tired old man, seeking a little mercy, a little justice, and peace.

Movant again attachs exhibits which demonstrate the condition staff state Movant was as of June 4, 2008

Movant seeks a rapid resolution to the cases, please.

Attachment

June 4, 2008      5

Sincerely & Respectfully

Louis C. Sharpe

U.S. Department of Justice  
Federal Bureau of Prisons

**Medical Treatment Refusal**  
(Rechazo de Tratamiento Médico)

Date: June 4, 2008 (Fecha)

I, Shephn Louis  90355-024 , refuse treatment recommended by the Federal
(Name and Registration Number) (Nombre y Número de Registro) (rechaza el tratamiento recomendado por el Personal

Bureau of Prisons Medical staff for the following condition(s):  
Médico del Bureau Federal de Prisiones, por las siguientes razones):  
DESCRIBE IN LAYMAN'S TERMINOLOGY: (DESCRIBA EN TERMINOLOGIA COMUN Y CORRIENTE):

Congestive Heart Failure

The following treatment(s) was/were recommended:   (El siguiente tratamiento(s) fue/fueron recomendado(s)):

Lisinopril 20 mg 1 tab

Federal Bureau of Prisons Medical staff members have carefully explained to me that the following possible consequences and/or complications may result because of my refusal to accept treatment:

(Los miembros del personal Médico del Bureau Federal de Prisiones me ha explicado cuidadosamente las posibles consecuencias o complicaciones siguientes que pueden resultar por causa de mi rechazo a aceptar tratamiento):

Worsening of cardiac that may lead to death.

I understand the possible consequences and/or complications, listed above, and still refuse recommended treatment. I hereby assume all responsibility for my physical and/or mental condition, and release the Bureau of Prisons and its employees from any and all liability for respecting and following my expressed wishes and directions.

(Me doy por enterado de las posibles consecuencias o complicaciones enlistadas arriba, y aun así me rehuso al tratamiento recomendado. Por medio de la presente, asumo toda responsabilidad por mi condición física o mental, y relevo al Bureau de Prisiones y a sus empleados de cualquiera y toda responsabilidad por cause de respectar y seguir mis expresos deseos y direcciones.)

_____  6-4-08
Patient's Signature and Date    (Firma del Paciente y Fecha)

Am Allergic to other meds!

_____ 6-4-08
Signature of Witness and Date    (Firma del Testigo y Fecha)

_____ 6-4-08
Signature of Witness and Date    (Firma del Testigo y Fecha)

Original - Inmate's Medical Record  
Canary - Hospital File

Cardiac Cath Procedure                     SHEPTIN, LOUIS - 80490030

* Final Report *

| | |
|---|---|
| Result Type: | Cardiac Cath Procedure |
| Result Date: | January 09, 2008 4:55 PM |
| Result Status: | Auth (Verified) |
| Result Title: | INTERVENTIONAL CARDIAC CATHETERIZATION |
| Performed By: | Vidovich MD, Mladen I on January 09, 2008 4:55 PM |
| Verified By: | Vidovich MD, Mladen I on January 09, 2008 5:04 PM |
| Encounter info: | 80490030-0369, UICMC, INPATIENT, 1/9/2008 - 1/10/2008 |

## * Final Report *

### University of Illinois Medical Center at Chicago
### INTERVENTIONAL CARDIAC CATHETERIZATION

**NAME**: Sheptin, Louis   **MR#**: 80490030   **CINE#**: 08-0025 **DATE**: 1-9-2008
**REFERRING PHYSICIAN**: T. Stamos, MD
**ATTENDING CARDIOLOGIST**: M. Vidovich, MD   **CARDIOLOGY FELLOW**: A. Koli, MD
**PRE-OP DIAGNOSIS**: unstable angina, chest pain s/p PCI
**CONSCIOUS SEDATION**: administered during the procedure
**PROCEDURAL MEDICATIONS**
   Total units Heparin given: 4000 units
   Intracoronary NTG: 100 + 100 mcg
   Eptifibatide bolus and infusion given in the cath lab

**Fractional Flow Reserve LAD**
Radi pressure wire with baseline of 0.90 and 0.70, 0.72 with adenosine 50 mcg i.c.

**VESSEL DILATED**: mid LAD
**LESION TYPE**: B
**SUPPLIES UTILIZED**:
   Guiding Catheter: XB 3.5 6 Fr
   Guide Wire: Prowater Flex
   Balloon Dilatation Catheter: Quantum Maverick 2.75 x 12 mm and Quantum Maverick 3.0 x 12 mm
(high-pressure postdilatation 18 atm)
   Stent: **Vision 2.75 x 15 mm cobalt-chromium bare-metal stent** (14 atm)
**PROCEDURAL COMMENTS**:
   Pre-PTCA stenosis: 80%
   Post-PTCA stenosis: 0%
**COMMENTS OF DILATATION**: no dissection. TIMI III flow
This patient left the lab in stable condition. The distal pulses were intact after the procedure.

**CLOSURE DEVICE**: Angioseal

**Contrast used during procedure: Visipaque 210 ml (diagnostic cath and PCI)**

| | |
|---|---|
| Printed by: | Rodriquez, Yolanda |
| Printed on: | 5/13/2008 9:56 AM |

Page 1 of 2
(Continued)

SHEP-UIC 0027

Cardiac Cath Procedure                    SHEPTIN, LOUIS - 80490030

\* Final Report \*

**RECOMMENDATIONS:**
1. ASA 325 mg po daily then 81 mg po daily indefinitely — *Not given by BOP*
2. Plavix 75 mg po daily for 1 month minimum — *Not given by BOP*
3. Continue eptifibatide infusion for additional 18 hours

**Completed Action List:**
\* Perform by Vidovich MD, Mladen I on January 09, 2008 4:55 PM
\* Modify by Vidovich MD, Mladen I on January 09, 2008 4:55 PM
\* Modify by Vidovich MD, Mladen I on January 09, 2008 5:01 PM
\* Sign by Vidovich MD, Mladen I on January 09, 2008 5:04 PM  Requested by Vidovich MD, Mladen I on January 09, 2008 5:04 PM
\* VERIFY by Vidovich MD, Mladen I on January 09, 2008 5:04 PM
\* Review by Stamos MD, Thomas D on January 10, 2008 11:48 AM  Requested by Vidovich MD, Mladen I on January 10, 2008 11:48 AM

Printed by:   Rodriquez, Yolanda
Printed on:   5/13/2008 9:56 AM

Page 2 of 2
(End of Report)

SHEP-UIC 0028