

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS
EASTERN DIVISION

FILED
JUN - 5 2008
Jun 5, 2008
MICHAEL W. ROBBINS
CLERK, U.S. DISTRICT COURT

IN RE LOUIS C. SHEPTIN,     Brook Filings
        MOVANT              82-CR-555
                            07-CR-197
                            08-CV-1944
                            08-CV-116

DIRECTED TO THE Honorable Judges Kennelly, Kocoras AND
THE MOST HONORABLE GEORGE LINDBERG

MAY IT PLEASE THE HONORABLE COURT:

EMERGENCY NOTICE

COMES NOW your Movant, LOUIS C.
SHEPTIN AND RESPECTFULLY SHOWS THIS
HONORABLE COURT THE ATTACHED MEDICAL TREATMENT
REFUSAL. YOUR MOVANT WAS CONTINUALLY NOTIFIED
MEDICAL STAFF OF ALLERGIC REACTIONS TO MEDICATION
"LISINOPRIL", INCLUSIVE OF SEVERE PAIN IN LIMBS,
DIZZINESS, RETENTION OF URIN, SHORTNESS OF
BREATH, KIDNEY PAIN. EXHIBITS A AND E

Unfortunately medical staff (Dr. Harvey) ignore these symptoms, and continue to perscribe this medication! Without exam.

As shown attached Movant's medical/cardiac condition IS WORSENING. Movant's legs are swelling and Movant does now have <u>CONGESTIVE HEART FAILURE</u>, (see attached). Movant started showing symptoms of CHF shortly after arriving at Medical Center in Springfield, Movant's weight had risen (apparently due to water retention). Springfield gave Movant breathing treatments, and unfortunately started Movant on Lisnopril which is a treatment for CHF, however the side effects were so bad, Movant was

HOSPITALIZED. NEGLIGENTLY THE MEDICATION WAS NOT CHANGED. MOVANT RETURNED TO MCC. ON MONDAY, MAY 19, 2008, AND SINCE THAN HAS NOT BEEN EXAMINED, NOR CALLED TO THE MEDICAL DEPARTMENT, HOWEVER MOVANT VIA INSTITUTIONAL MAIL HAS CONTACTED DR. HARVEY WITHOUT RESPONSE (SEE ATTACHED), TWICE. BECAUSE CONGESTIVE HEART FAILURE IS A FATAL CONDITION, IF NOT TREATED CORRECTLY AND PROMPTLY, AND BECAUSE LISINOPRIL CAUSES ME TO RETAIN MORE FLUIDS, I BELIEVE THE MEDICAL DEPARTMENT IS FLERTING WITH MY DEATH.

I BESEECH THE HONORABLE COURT TO INTERVENE ON MY BEHALF, OR ALLOW ME TO GO TO UIC OR NORTHWESTERN, IMMEDIATELY

-3-

I WAS TOLD BY DR. MOOHMED CHADRESSY THAT "SOME PEOPLE CANNOT TOLERATE LISINOPRIL," AND "IF YOU HAVE ANY SIDE EFFECTS, LET ME KNOW IMMEDIATELY." I DID NOT HAVE THE OPPORTUNITY TO TELL HIM, HOWEVER MY CARDIAC CONDITION IS WORSENING, AND AS EVIDENCED BY THE ATTACHED EXHIBIT MARKED "A", I HAVE CHF, AND AS EVIDENCED BY "B", "C" AND "D", I'VE ATTEMPTED RESOLUTION, AND AS SHOWN BY EXHIBIT "E" - THIS IS PROTRACTED.



THIS MEDICATION WAS GIVEN IN SPRINGFIELD

-4-

W I STARTED THIS MEDICATION SHORTLY BEFORE LEAVING SPRINGFIELD, BECAUSE MY CHF STARTED GETTING WORSE AND MY LUNGS STARTED GETTING FLUID IN THEM.

to help combat my CHF and help me cough up fluid(s), however I'm not so sure this is standard of care for congestive heart failure[1], and I'm not so sure Dr. Harvey was the competence to treat my cardiac condition. Not once has he consulted with a cardiologist, nor have I seen one here.

I beg the court's indulgence in this case and I humbly apologize, sincerely apologize, and respectfully request that the Honorable Court take judicial notice of the attached documentation. Please help me.

Attachments Exhibits A-E          Respectfully yours,
May 31, 2008                      [signature]
                                  Louis C. Sheptin
                                  71 W. Van Buren St
                                  Chicago, IL 60605

---
[1] Contraindicated for heart

**U.S. Department of Justice**  
**Federal Bureau of Prisons**

**Medical Treatment Refusal**  
*(Rechazo de Tratamiento Médico)*

Date / Fecha: May 31, 2008

I, Sheylin Louis  91355-024
 (Name and Registration Number) (Nombre y Número de Registro)

refuse treatment recommended by the Federal
(rechaza el tratamiento recomendado por el Personal

Bureau of Prisons Medical staff for the following condition(s):
Médico del Bureau Federal de Prisiones, por las siguientes razones):

**DESCRIBE IN LAYMAN'S TERMINOLOGY:** (DESCRIBA EN TERMINOLOGIA COMUN Y CORRIENTE):

Congestive Heart Failure

The following treatment(s) was/were recommended: (El siguiente tratamiento(s) fue/fueron recomendado(s)):

Lisinopril 20 mg

"thinks I'm allergic to Lisinopril"

Federal Bureau of Prisons Medical staff members have carefully explained to me that the following possible consequences and/or complications may result because of my refusal to accept treatment:

(Los miembros del personal Médico del Bureau Federal de Prisiones me ha explicado cuidadosamente las posibles consecuencias o complicaciones siguientes que pueden resultar por causa de mi rechazo a aceptar tratamiento):

Worsening of CHF/CHA

I understand the possible consequences and/or complications, listed above, and still refuse recommended treatment. I hereby assume all responsibility for my physical and/or mental condition, and release the Bureau of Prisons and its employees from any and all liability for respecting and following my expressed wishes and directions.

(Me doy por enterado de las posibles consecuencias o complicaciones enlistadas arriba, y aun así me rehuso al tratamiento recomendado. Por medio de la presente, asumo toda responsabilidad por mi condición física o mental, y relevo al Bureau de Prisiones y a sus empleados de cualquiera y toda responsabilidad por cause de respectar y seguir mis expresos deseos y direcciones.)

_[signature]_  5/31/08
Patient's Signature and Date   (Firma del Paciente y Fecha)

_[signature]_  5-31-08
Signature of Witness and Date   (Firma del Testigo y Fecha)

_[signature]_  5-31-08
Signature of Witness and Date   (Firma del Testigo y Fecha)

Original – Inmate's Medical Record  
Canary – Hospital File  
Pink – To Inmate

BP-S148.055  **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                              FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| DR HARVEY, CD | 5/26/08 |
| FROM: SHEPPARD, LOUIS | REGISTER NO.: 90355-024 |
| WORK ASSIGNMENT: O/N | UNIT: 13 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Dear Sir: Need to change my Rx for Cozaar/II

Legs swelling real bad — retaining fluid.

I have in the past taken Lasix and potassium

without problems, will you change the script?

Sent you a request last week

(Do not write below this line)

DISPOSITION:

NO ANSWER

Signature Staff Member        Date

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)        This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

BP-S148.055   **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                   FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Dr. Harvey Clinical Director | DATE: 5-19-08 |
|---|---|
| FROM: Shepton, Louis | REGISTER NO.: 90355-ULJ |
| WORK ASSIGNMENT: U/A | UNIT: 13 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Sir. Legs are swelling. Need lasix. Lisonipril comes having awful reaction — doesn't work, causing me big pain in kidneys, less, and doesn't help. Please see me.

(Do not write below this line)

DISPOSITION: NO ANSWER

Signature Staff Member | Date

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94





COPY

## MCC-CHICAGO
## INMATE SICK CALL SIGN-UP FORM (Solicitud para Servicios Médicos o Dentales)

INSTRUCTIONS (Check one)/Instrucciones (Indique uno): MEDICAL ✓    DENTAL ___

1. Name (Nombre): CHEPTIN, LODIS    Date (Fecha): 5/28/08
2. Reg Number (Número de Registro): 90355-017    Age (Edad): 58
3. Housing Unit (Unidad de vivienda): 13    Work Place (Lugar de Trabajo): M/X
4. Complaint/Problem. Be very specific (Queja/Problema - Sea bien específico): LISINOPRIL MEDS WHICH WERE RX'D SEE AGE CAUSING ME BAD SIDE EFFECTS. THIS WAY SUPPOST TO BE A WATER PILL HAVE A REALLY TELF MEDICATIONS CANNOT BE TAKEN WITH MY PRESENT MEDS — BAD INTERACTION OR ALLERGIC + DIZZY + PAINFUL CRAMPS IT DOESN'T HELP ME GET RID OF WATER
5. How long have you had this problem? (¿Cuánto tiempo ha tenido este problema?) SINCE 5/11/08
6. Are you taking any prescription or over the counter medications at this time? Which ones? (¿Está tomando medicinas actualmente, con o sin receta? ¿Cuáles?) SEE CHART
7. Are you allergic to any medications? (¿Es alérgico a algún medicamento?) YES LISINOPRIL YEAST, TETRACYCLINE, CODINE
8. Are you having any pain? (¿Está sintiendo dolor?) YES    If yes, rate the pain from 0-10 8
 (0= no pain, 10= worst pain ever)
 (Si es sí, califíquelo de 0 (no duele) a 10 (el peor dolor que ha sentido))
9. Signature (Firma): _[signature]_

**BRING ALL YOUR PRESCRIBED & COMMISSARY MEDICATIONS TO YOUR APPOINTMENTS WITH YOUR PROVIDER.**
**POR FAVOR TRAIGA TODAS LAS MEDICINAS RECETADAS Y DE LA COMISARÍA A SUS CITAS CON SU PROVEEDOR DE SERVICIOS DE SALUD.**

*********************************************************************
### TO BE COMPLETED BY MEDICAL PERSONNEL

1. Date triaged: ___    Vital Signs: ___
2. Subjective Information: ___

    NO ASSESSMENT AS OF 6/2

3. Objective Information: ___

5. Medical Staff Signature and Date: ___

DEFENDANT HARVEY GIVEN HAD NOTICE OF REACTION ON 5/27/08, DISPITE HIS FAILURE TO ANSWER B, C, D, AND E THIS MATTER SUPERCEDES THE EXHAUSTION REQUIREMENT — CONGESTIVE HEART FAILURE IS TIMELY, PROGRESSIVE AND FATAL.

...ying treatment(s) was/were recommende... / ...siguiente tratamiento(s) fue/fueron recomen...

Lisinopril 20mg

Federal Bureau of Prisons Medical staff members have carefully explained to me that the following possible consequences and/or complications may result because of my refusal to accept treatment:

(Los miembros del personal Médico del Bureau Federal de Prisiones me ha explicado cuidadosamente las posibles consecuencias o complicaciones siguientes que pueden resultar por causa de mi rechazo a aceptar tratamiento):

Death

I understand the possible consequences and/or complications, listed above, and still refuse recommended treatment. I hereby assume all responsibility for my physical and/or mental condition, and release the Bureau of Prisons and its employees from any and all liability for respecting and following my expressed wishes and directions.

(Me doy por enterado de las posibles consecuencias o complicaciones enlistadas arriba, y aun así me rehuso al tratamiento recomendado. Por medio de la presente, asumo toda responsabilidad por mi condición física o mental, y relevo al Bureau de Prisiones y a sus empleados de cualquiera y toda responsabilidad por cause de respectar y seguir mis expresos deseos y direcciones.)

_____ Patient's Signature and Date  (Firma del Paciente y Fecha)

_____ 5/27/08
Signature of Witness and Date  (Firma del Testigo y Fecha)

_____ 5-27-08
Signature of Witness and Date  (Firma del Testigo y Fecha)

Original - Inmate's Medical Record
Canary - Hospital File
Pink - To Inmate

Dr. Henry I HAVE CONTINUOUSLY COMPLAINED THIS MEDICATION CAUSES ME TO GET DIZZY - PAIN IN CHEST AND DOES NOT WORK E