

FILED
JUN 5 2008
JUN 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS FOR
THE EASTERN DIVISION

IN RE LOUIS C. SHEPTIN,
PLAINTIFF - DEFENDANT

CASES NO: 07-CR-197
07-CV-1994 82 CR-557
08-CV-116

NOTICE & REQUEST TO CLERK

REQUEST FOR ELECTRONIC FILING; OR CONVENTIONAL XEROXING:

THE PLAINTIFF/DEFENDANT IN THE ABOVE NUMBERED CASES RESPECTFULLY REQUESTS THAT THE HONORABLE CLERK INSURE THAT EXHIBITS A THRU E ARE SCANNED IN SUCH A MANNER THAT THEY WILL BE VIEWED IN PACER IN THEIR PRESENT FORM; IF UNABLE TO OBTAIN ELECTRONIC FILING - REQUEST IS MADE FOR CONVENTIONAL FILING OF THE EXHIBITS SO THEY ARE LEDGIBLE TO THE HONORABLE COURT.

THIS REQUEST IS MADE SO THE Judges INVOLVED WILL BE ABLE TO VIEW ALL EXHIBITS CLEARLY. DEFENDANT IS AWARE NCR COPIES DO NOT SCAN WELL.

LASTLY THIS SPECIAL REQUEST IS MADE BECAUSE OF THE CIRCUMSTANCES INVOLVED IN THIS FILING.

THANK YOU &

RESPECTFULLY YOURS,

LOUIS P. SHOOTER
90355-024
71 W. VAN BUREN ST
CHICAGO, IL 60605