UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LOUIS CHARLES SHEPTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 116 |
| | ) | |
| ATTORNEY GENERAL, DOCTOR | ) | |
| HARVEY, Clinical Director at Metropolitan | ) | Judge George W. Lindberg |
| Correctional Center, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:  Jonathan C. Haile
Assistant United States Attorney
219 South Dearborn Street
Chicago, IL 60604
(312) 886-2055
jonathan.haile@usdoj.gov

    PLEASE TAKE NOTICE that on Wednesday, July 2, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable George W. Lindberg, or any judge sitting in his stead, in Room 1425 at 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present the accompanying Motion to Reconsider or Clarify Dismissal Order, a copy of which is herewith served upon you.

                                                 Respectfully submitted,

                                                 JENNER & BLOCK LLP


                                   By:    *s/ Thomas J. McCarthy*
                                             Thomas J. McCarthy

Thomas J. McCarthy
JENNER & BLOCK LLP
330 N. Wabash Ave.
Chicago, IL 60611
(312) 222-9350
tmccarthy@jenner.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing MOTION TO RECONSIDER OR CLARIFY DISMISSAL ORDER to be served by electronic filing on June 26, 2008 in accordance with Local Rule 5.9 on:

Jonathan C. Haile
Assistant United States Attorney
219 South Dearborn Street
Chicago, IL 60604
(312) 886-2055
jonathan.haile@usdoj.gov

*s/ Thomas J. McCarthy*
Thomas J. McCarthy